## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Criminal Case No. 02-388 (ESH)** |
| ) | |
| **SALVATORE MANCUSO-GOMEZ** ) | |
| a.k.a. "El Mono," ) | |
| a.k.a. "Santander Lozada, ) | |
| ) | |
| **JUAN CARLOS SIERRA-RAMIREZ,** ) | |
| a.k.a. "El Tuso," ) | |
| a.k.a. "El Primo," ) | |
| ) | |
| **Defendant.** ) | |
| _____/ | |

## **PROPOSED ORDER OF DETENTION**

Upon consideration of the Government' motion to detain the defendants without bond pending trial pursuant to 18 U.S.C. § 3142 and the record herein, it is, this _____ day of _____, 2008,

ORDERED, that the Government's motion is granted and that defendants MANCUSO-GOMEZ and SIERRA-RAMIREZ will be held without bond pending trial. In support of this ruling, the Court makes the following findings:

1. There is a presumption that the defendants should be detained because they have been charged by Indictment with an offense for which a maximum term of imprisonment of ten years of more is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2. The defendants have no ties to the United States and their personal characteristics support the conclusion that he is a risk of flight if released.

3. The defendants are a danger to the community in general as a result of their drug trafficking activities, and their association with a Foreign Terrorist Organization.

4. The defendants have not rebutted the presumption contained in the Bail Reform Act and accordingly, no condition or combination of conditions will reasonably assure the appearance of the defendants at trial. See 18 U.S.C. § 3142(e).

5. The defendants shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6. The defendants shall be afforded reasonable opportunity for private consultation with counsel.  18 U.S.C. § 3142(i)(3).

_____
Honorable Judge Alan Kay
United States Magistrate Judge
United States District Court
District of Colombia

cc:   Glenn C. Alexander, Trial Attorney
      Narcotic and Dangerous Drug Section
      U.S. Department of Justice
      1400 New York Ave., N.W.,
      Washington, D.C. 20005
      202-305-0524
      glenn.alexander@usdoj.gov