UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 02-388-02 (ESH) |
| : | |
| SALVATORE MANCUSO-GOMEZ : | (FILED UNDER SEAL) |
|   a/k/a "El Mono," : | |
|   a/k/a "Santander Lozada," : | |
|   Defendant. : | |

## GOVERNMENT'S ADDENDUM TO MEMORANDUM IN AID OF SENTENCING AND MOTION PURSUANT TO U.S.S.G. § 5K1.1

Comes the United States, by and through its attorneys, and submits this additional information in aid of the sentencing of defendant Salvatore Mancuso-Gomez ("Mancuso" or "the defendant").

**I. Assistance to the United States**

The defendant provided the following additional assistance to the United States which was not noted in its previous sentencing memorandum. In 2010, the defendant arranged for about $500,000 to be wired to a DEA account in the United States. The money was wired from Honduras, Guatemala, and the Dominican Republic. Case agents hoped that the movement of the money would permit them to open a money laundering investigation. However, no further investigation was feasible, and no arrests, indictments, or convictions resulted from the surrender of the money.

Also, the reference on page 13 of the previously filed sentencing memorandum to Eder Pedraza Pena should be corrected to note that in November 2010, Pedraza Pena was extradited to New York to face charges there.

1

## II. Assistance to Colombia

As noted in the previously filed sentencing memorandum, Mancuso was among the first AUC leaders to surrender to Colombian authorities and begin cooperating with the Colombian government and judicial authorities. By the time Mancuso was extradited to the United States in May 2008, a large part of the AUC had surrendered, and the Colombian government was well into the long and continuing process of investigating the countless atrocities and corruption perpetrated by the AUC. These investigations were handled primarily by two different parts of the Colombian government - the Prosecutor General's Office, as part of the Justice and Peace program, and by the Colombian Supreme Court, which had authority to investigate political corruption, including corruption in the nation's legislative branch and national and local governments.

Also as previously noted, the defendant was interviewed many times by investigators from the Justice and Peace program, including the Colombian Prosecutor General, and investigators from the Colombian Supreme Court, before and after he was extradited to the United States. These interviews -- which took place in the United States after he was extradited -- typically occurred via video teleconference. Although the defendant never testified in any U.S. proceedings, he has appeared many times in Colombia Justice and Peace and Supreme Court proceedings via video teleconference. In the Justice and Peace program alone, Mancuso was interviewed or appeared more than 100 times.

### Colombian Supreme Court

As noted previously, after the AUC began to demobilize, the Supreme Court of Colombia

began to investigate the AUC's ties to numerous national and state elected officials, in what became widely known as the "Para-Political Scandal" in Colombia.[1] As the government wrote in its previous sentencing memorandum, the "defendant has cooperated with the Supreme Court investigations of the corrupt ties between the AUC and elected national figures in the Colombian legislature and among Colombian governors. The defendant provided information about elected officials who were allegedly linked to the AUC, including officials who were elected with AUC assistance, and corruptly accepted financial contributions or bribes from the AUC."

Further, the government wrote that "Noted below are some of the individuals investigated and convicted by the Supreme Court based on a larger body of evidence to which the defendant contributed." There followed a description of ten (10) cases in which the defendant's testimony had assisted the government of Colombia in securing convictions. Those ten cases involved former governors, senators, and congressman. Those ten cases were intended to illustrate the wide ranging significance of the defendant's assistance in the Supreme Court's investigations. However, the government did not list all the Supreme Court cases in which the defendant either testified or provided information. What follows are the remaining cases, known to the government, that the defendant assisted in.

- Jorge Aurelio Noguera Coates was prosecuted before the Supreme Court of Colombia, and, on September 12, 2012, he was found guilty of corrupt activities and sentenced to 25 years in prison. Noguera was the head of the Colombian counter intelligence agency, known as "DAS." In this case, the court's written opinion indicated that Mancuso's information played a role in securing the conviction. The key witness was apparently Rafael Garcia Torres, the former

---

[1] "The AUC maintained close relationships with politicians and the armed forces, as became evident during the unfolding of the "parapolitics" scandal during which more than a third of public officials were investigated for their ties to the paramilitaries. See: http://colombiareports.co/understanding-colombian-conflict-drugs, 1/14/2015.

chief of information technology for the DAS. Others also testified. Similarly, the former deputy director of DAS, Jose Miguel Jimenez Narvaez, was also convicted, based in part on testimony from the defendant. Also, DAS official Emilio Vence Zabaleta was convicted. The key witness appeared to be Garcia Torres but the defendant and at least ten other witnesses testified against Vence Zabaleta. Lastly, Romulo Betancurt, the DAS director in Bolivar was convicted, in part based on testimony from the defendant that Betancurt provided intelligence reports to the AUC.

- Hugo Heliodoro Aguilar, former police colonel and governor, was prosecuted before the Supreme Court of Colombia, and, in 2011 was sentenced to 20 years and 9 years in prison in two cases. Many witnesses testified against him, including the defendant. Key witnesses included Edward Tellez Cobos and COL Juan Carlos Prieto.

- Senator Dieb Maloof was prosecuted before the Supreme Court of Colombia, and in 2008 was sentenced to 4 years and 10 months in prison. The defendant testified that he gave money to Maloof. Other witnesses also testified.

- Senator Javier Caceres Leal was found guilty in 2012 and sentenced to 9 years. The defendant testified via video teleconference. Another key witness was Uber Enrique Banques, also known as "Juancho Dique."

- Jesus Roldan, also known as "Mono Leche," was convicted of killing Carlos Castano, one of the original founders of the AUC and a person close to the defendant. The defendant testified, along with many other witnesses, including Freddy Rendon and Cobos Tellez.

- Governor Libardo Samancas Torres was prosecuted before the Supreme Court of Colombia, convicted of receiving electoral benefits and sentenced to 45 months in prison. At least five AUC commanders testified, including the defendant.

- Senator Luis Gil was arrested in November 2008, prosecuted before the Supreme Court, convicted and sentenced to 90 months in prison. Again, Mancuso was one of several AUC witnesses who provided evidence against the defendant.

- Former Congressman Miguel de la Espirella was arrested in May 2007, prosecuted before the Supreme Court of Colombia, convicted of election fraud and sentenced to 43 months in prison. Again, Mancuso was one of several witnesses who provided information upon which the court relied to convict him.

- Congresswoman Muriel Benito Revollo was prosecuted before the Supreme Court, convicted, and sentenced to 47 months. Mancuso testified he made a political pact with Benito.

- Salvadore Arana Sus, former governor of Sucre and former ambassador to Chile, was arrested in May 2008, prosecuted before the Supreme Court for the murder of Tito Diaz, a local mayor, and in December 2009 was sentenced to 40 years in prison. The defendant was one of several witnesses in the case.

- Senator Ricardo Elucre Chancon was prosecuted before the Supreme Court and convicted.

- Senators Reginaldo Montes and Juan Manuel Lopez Cabrales were prosecuted before the Supreme Court in 2008, about three months after the defendant was extradited to the United States. Both were convicted and sentenced, Montes to 72 months in prison and Lopez to 74 months in prison. The defendant testified in both cases.

- General Rito Alejo Del Rio was prosecuted before the Supreme Court of Colombia in August 2012 and was sentenced to 25 years in prison for the murder of a peasant leader. Many witnesses testified, including the defendant.

## III. Conclusion

For the reasons outlined in its previously filed sentencing memorandum, the government believes that, based on the entirety of the record in this case and the factors set forth in Section 3553(a), including the additional information set out above, a sentence of no less than 263 months of imprisonment is a reasonable and appropriate sentence under the unique circumstances present in this case.

Respectfully submitted,

Arthur Wyatt
Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By: Paul W. Laymon, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
paul.laymon@usdoj.gov
202-330-1400

## CERTIFICATE OF SERVICE

A copy of this motion was mailed, via electronic mail, to counsel for defendant, Joaquin Perez, 6780 Coral Way, Miami, Florida, on March 11, 2015.

/s/ Paul W. Laymon
Paul W. Laymon