EXHIBIT 1



DOCTOR

**ALVARO URIBE VELEZ**

**PRESIDENT OF THE REPUBLIC OF COLOMBIA**

E.S.D.

Reference: right of petition

SALVATORE MANCUSO GOMEZ, of legal age, identified as it appears next to my signature, held in a prison in Warsaw, State of Virginia, USA, as a Colombian citizen, in my capacity as postulated in the process of Justice and Peace, exercising the right enshrined in Article 23rd of the Political Constitution of Colombia and other related standards, hereby, in the most kind and respectful manner I request that this right of petition be acquitted in writing:

By resolution 303rd of 2004, the President of the Republic, previous concept of the Ministry of Interior and Justice SUBORDINATED THE EXTRADITION OF MISTER SALVATORE MANCUSO GOMEZ to fulfill three requirements: "(i) To fulfill the commitments made under the peace process with the United Self-Defense Forces of Colombia, AUC. (ii) That he abandon the illicit activities. (iii) That he contribute to the participation of the members of the AUC in the peace process", taking into account the above, in the most attentive and respectful manner I ask you to please answer the following questions:

1. Inform me what were the reasons that led to my extradition to the United States?

Calle 98 N° 17-20 Local 103 Tel. 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com



EXHIBIT 1

www.nitropdf.com

EXHIBIT 1

N° 308294

2. Inform me of the commitments that I acquired as part of the process of justice and peace of AUC that I did not fulfill, specifying what were the facts that led to the breach that led to the extradition.

3. Taking into account that You Mr. president informed to the country through the media that the extradition of paramilitary leaders took place because supposedly we continued to commit crimes, including the undersigned, I ask you to please inform me which were the crimes committed by SALVATORE MANCUSO GOMEZ after demobilized, specifying WHICH WAS the court ruling in which your decision and my extradition was based.

I inform you that I authorize Doctor JAIME ALBERTO PAERES JARAMILLO, identified with Colombian Citizenship card number 98.523.173 issued in Itagui, with professional Card number 100271 of the Superior Council of the Judiciary, so that in my name and representation he may claim the answer to this right of petition.

The response can be sent to doctor Paeres to the Calle 42 # 80 b 22 of Medellin, cell phone number 310-396-57-13

Thanking you for your collaboration and the attention to the present,

Kind Regards,

Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com




EXHIBIT 1
www.nitropdf.com

EXHIBIT 1



Nº 308295

I accept

| Signature | Signature |
|---|---|
| SALVATORE MANCUSO GOMEZ | Professional Card 1000271 CSJ |
| Colombian Citizenship Card | Colombian Citizenship Card |
| 6.892.624 issued in Monteria | 98523173 issued in M |

I, CLEMENCIA PAREDES, COMPETENT OFFICIAL ENGLISH-SPANISH-ENGLISH AND FRENCH-SPANISH-FRENCH TRANSLATOR DULY REGISTERED BEFORE THE FOREIGN AFFAIRS MINISTRY PURSUANT TO RESOLUTION 6694/78 ISSUED BY THE JUSTICE MINISTRY, DO HEREBY CERTIFY: THAT THIS IS AN ACCURATE AND COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE AND BELIEF OF THE ATTACHED DOCUMENT

BOGOTÁ D.C., MARCH 16, 2015

Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com




EXHIBIT 1

www.nitropdf.com




Liberty and Order                                   OFI10-13170-DVJ-

0300

Ministry of Interior and Justice

Republic of Colombia

Bogota D.C., Tuesday April 27th of 2010

Sir

**Salvatore Mancuso Gomez**

Atte. Doctor Jaime Alberto Paeres Jaramillo

Calle 42 No. 80 B – 22

Medellin – Antioquia

Reference:        Response to right of petition

Extradition of Salvatore Mancuso

Gomez

Mister Mancuso:

I refer to your letter addressed to the President of the Republic, filed in this Entity on April 6th of this year, through which, exercising the right of petition, requires to

Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com




EXHIBIT 1

www.nitropdf.com

EXHIBIT 1

<s>Case 1:02-cr-00388-ESH   Document 128-1   Filed 03/30/15   Page 5 of 19



be absolved of some questions regarding the National Government's decision to extradite him to the United States of America.

In this regard, in a kindly way I would like to point out:

By Constitutional ruling[1], the extradition may be requested, granted or offered in accordance with international treaties and by the law. The extradition of Colombian citizens by birth is granted for offenses committed abroad, considered as such in the Colombian legislation.

In the process of request of your extradition, the Ministry of Foreign Affairs conceptualized that in the absence of applicable extradition agreement with the Government of the United States of America, it was appropriate to act in accordance with the relevant rules of Colombian Code of Criminal Procedure.

In this regard, it is noted that the performance of the National Government held strictly to the provisions of Articles 508 and following of Law 600 of 2000. Pursuant to the provisions of Article 510 of that mentioned procedural criminal statute, granting extradition is optional of the National Government, but requires the prior approval of the Supreme Court of Justice.

_____

[1]Article 35th of the Colombian Political Constitution, modified by Legislative Act No. 01 of 1997.

_____

Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com



EXHIBIT 1

EXHIBIT 1
Case 1:02-cr-00388-ESH   Document 128-1   Filed 03/30/15   Page 6 of 19



**TRANS WORLD TRANSLATIONS** — **TRADUCCIONES TÉCNICAS Y OFICIALES**   Nº 308298
TECHNICAL AND OFFICIAL TRANSLATIONS

Carrera 9 No. 14-10 Commutator. 4443100 www.mij.gov.co

Claims and Complains Line 01800 09 11170

Page 1 of 6

In his case, the Criminal Appeals Chamber of the Supreme Court of Justice found accredited formal requirements required by law to make the extradition process. He verified that the documents fulfill the conditions of validity claiming procedural regulations, found that the requirements of the full identity of the person required, double criminality and equivalence of the ruling issued abroad with the resolution of Colombian accusation against him which it was issued, on November 24th of 2004, issued a favorable concept for his extradition.

However, Article 519 of Act 600 of 2000 provides that if the concept of the Supreme Court of Justice is in favor of extradition, **the National Government is free to act in accordance with the national interest.**

This makes it clear that the National Government, in exercise of discretional power that grants and acting in accordance with the national interest, we must decide on the extradition request itself, observing the requirements and enshrined limitations in Article 35 of the Political Constitution, meaning, there is crime abroad, that it is not a political offense and, in the case of citizens by birth, that offenses were committed subsequent to December 17th of 1997, the date of the enactment of Legislative Act No. 01 of 1997, regulation which amended the cited constitutional provision.



Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com



www.mijusticia.com

EXHIBIT 1



In his case it is observed that none of these limitations is presented, as it will be shown:

The charge for which his extradition was granted consists of behaviors that have the equivalent in Colombia in conducts defined as common crimes: conspiracy and trafficking, manufacture or possession of drugs; punishable by more than four years of imprisonment. Likewise, the commission of these punishable acts passed national borders, taking at least -partially, realization abroad, particularly in the requesting country.

Likewise, neither the extradition was granted for offenses that occurred prior to December 17th of 1997, since all the facts he is charged were committed after that date.

It is further noted that the Executive Resolution No. 303 of December 16th of 2004, through which resolved on his extradition request, were consigned considerations which the National Government hadto subordinate that decision to breach of a precise conditions there were also established where it expressly reserved to the President or the Republic let the authority to assess compliance with those conditions. This was arranged in the following terms:






Page 2 of 6



Liberty and Order

Ministry of Interior and Justice

Republic of Colombia

"On July 15th of 2003, the National Government and the United Self-defense of Colombia A.U.C. as a result of the Exploratory Phase advanced between the parties from the month of December of 2002 signed the "Agreement of Santa Fe of Ralito to contribute to the peace of Colombia", in which one of the signatories is from the citizen **SALVATORE MANCUSO GOMEZ**.

By Resolution 091 of 2004, the National Government declared open the process of dialogue, negotiation and signing of agreements with the United Self-Defense Forces of Colombia, AUC. ofwhich is part the citizen **SALVATORE MANCUSO GOMEZ** required for conducts related to drug trafficking.

By Resolution 233 of 2004, as extended by Resolution 300 of December 14th of 2004, the National Government acknowledged as a representative member for the United Defense Forces of Colombia, AUC the citizen **SALVATORE MANCUSO GOMEZ**, reason why the presence in Colombia of the citizen quoted is particularly

Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com





important for advancing the peace process with the United Self-Defense Forces of Colombia, AUC.

The United Self Defense Forces of Colombia, AUC, have expressed their willingness and commitment to make every act aimed to the demobilization of members of organized illegal armed groups operating under his control.

That pursuant to the provisions of the Code of Criminal Procedure, the National Government, in exercise of his discretional power, attending national conveniences, considered relevant make the grant of concession of extradition of the citizen SALVATORE MANCUSO GOMEZ to the following conditions:

1. To meet the commitments under the peace process with the United Self-Defense Forces of Colombia, AUC.

2. To abandon illegal activities.

3. To contribute to the participation of members of the AUC. in the peace process.

(…)





EXHIBIT 1

www.nitropdf.com

EXHIBIT 1

**TWT** TRANS WORLD TRANSLATIONS — TECHNICAL AND OFFICIAL TRANSLATIONS

TRADUCCIONES TÉCNICAS Y OFICIALES

N° 308302

Carrera 9 No. 14-10 Commutator. 4443100 www.mij.gov.co

Claims and Complains Line 01800 09 11170

Page 3 of 6

For these reasons,

RESOLVES:

ARTICLE FIRST: To subordinate the decision of extradition of the Colombian citizen SALVATORE MANCUSO GOMEZ identified with Colombian citizenship card No. 6.892.624, by the following charge 1 (Conspiracy to import and to manufacture and distribute five kilograms or more of cocaine with intent and with knowledge that such cocaine would to be imported into the United States), based on the indictment No. 02-388ESH issued under the seal on September 17th of 2002 in the District Court of the United States for the District of Columbia, the failure of either conditions laid down in the relevant part of this resolution and in particular the following:

1. Meeting the commitments under the peace process with the United Self-Defense Forces of Colombia "AUC.

2. Abandon illicit activities.

3. That contributes to the participation of members of the AUC. inthe peace process.

Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com





EXHIBIT 1

www.nitropdf.com



N.º 308303

"PARAGRAPH: The President of the Republic shall evaluate the compliance with the conditions set out in this article ... "

It is also found that in the aforementioned administrative act an exception was made that if found faulty conditions mentioned in precedence, would be done the delivery of the citizen required under the commitment of the requesting country to offer the safeguards which must accompany the extradited national, as happens to be:

"Given that the crimes referred to in the formal application are not punished with the death penalty, the National Government in case of resulting **failed the conditions laid down in this administrative act** and therefore be appropriate the extradition, this will be held under the commitment by the requesting country, on the fulfillment of the other conditions laid down by the Constitutional Court, especially that he will not be subject to the penalty of life imprisonment or the death penalty prohibited under Colombian law ... "

Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com







**N⁰ 308304**

TWT TRANS WORLD TRANSLATIONS
TECHNICAL AND OFFICIAL TRANSLATIONS
TRADUCCIONES TÉCNICAS Y OFICIALES
Carrera 9 No. 14-10 Commutator. 4443100 www.mij.gov.co

Claims and Complains Line 01800 09 11170

Page 4 of 6



BICENTENARIO
1810-2010

Liberty and Order

Ministry of Interior and Justice

Republic of Colombia

It is noted that subsequently the National Government through Executive Resolution No. 137 of May 12th of 2008, decided to order his delivery, expressly noting that the same would take place "under the commitment by the requesting country on compliance with the conditions to which referred to in paragraph 2nd of Article 512 of Act 600 of 2000, after informing the same to the decision by the H. Constitutional Court in Case C-1106 of August 24th of 2000, "recalling the requesting country" that the citizen extradited may not be submitted to trial or convicted of a prior act different from that which motivates the present application, in accordance with the provisions of paragraph 1st of Article 512 of Law 600 of 2000 ... "



Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com

Clemencia Paredes Tejada
TRADUCTORA OFICIAL
Resolución 0694/78 Minjusticia
ENGLISH - FRENCH - SPANISH
ANGLAIS- FRANÇAIS - ESPAGNOL
Sello Oficial



EXHIBIT 1



The requesting country by the Verbal Note No. 1377 of May 12th of 2008 provided the mentioned commitment and becoming effective his delivery on May 13th of 2008.

==Challenges in his communication what were the reasons that led to his extradition to the United States of America, what were its commitments and what were those who failed and requests information from the judgment to be had if the reason for the decision was because supposedly it continued to commit crimes.==

This Office warns that the reasons the National Government to decide on the request for his extradition, the subordination of it and the decision on the time of delivery were recorded in the respective administrative acts issued for the purpose, of which there is an attached copy.

It is considered appropriate however, to make a few clarifications:

As there is a favorable opinion of the Supreme Court for his extradition to be given budgets and requirements applicable constitutional and legal order, the National Government was free to act in accordance with the national interest.

==In that sense, the decision on the request for his extradition, subject to compliance with conditions whose valuation was reserved to the President of the Republic and finally the order of his delivery in extradition, corresponded to an essentially discretionary decision.==

Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twftraducciones@gmail.com





www.hh.com



==It is not observed that the text of the Executive Resolution through which the delivery was ordered, mention has been made that the basis for the decision had obeyed to the fact that the person required continued to commit crimes and therefore does not refer to a conviction.==

Page 5 of 6



Liberty and Order

Ministry of Interior and Justice

Republic of Colombia

Because then it is a discretionary decision, legally adopted, is not required that additional motivation is requested to that contained in the decisions of the National Government, being clear that if the assessment was made it was considered at the time that there was non-compliance with of the conditions imposed by subordinating the decision, the National Government was entitled to, in exercising of that discretion granted under the law: to enforce the extradition.

Kind Regards,

Signature

**Miguel CeballosArevalo**

Vice Ministry of Justice and Law



Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com



EXHIBIT 1

www.nitropdf.com



Illegible 10 160 36  06/04/2010

(NIE10 519)

———

Carrera 9 No. 14-10 Commutator. 4443100 www.mij.gov.co

Claims and Complains Line 01800 09 11170

Page 6 of 6

I, CLEMENCIA PAREDES, COMPETENT OFFICIAL ENGLISH-SPANISH-ENGLISH AND FRENCH-SPANISH-FRENCH TRANSLATOR DULY REGISTERED BEFORE THE FOREIGN AFFAIRS MINISTRY PURSUANT TO RESOLUTION 6694/78 ISSUED BY THE JUSTICE MINISTRY, DO HEREBY CERTIFY: THAT THIS IS AN ACCURATE AND COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE AND BELIEF OF THE ATTACHED DOCUMENT

BOGOTÁ D.C., MARCH 16, 2015

Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com




EXHIBIT 1

www.nitropdf.com




532-21

When answering please

Quote this number

20120302252

Medellin, March 8, 2012

Mr.

**SALVATORE MANCUSO GOMEZ**

Inactive Student

CEAD Medellin

Subject: Answer Right to Petition 20120302252

Dear Mr. Mancuso,

In response to the right to petition filed by you and archived in our departments with number 20120302252, I am attaching to this communication certificate number 414-012-02-292, issued by the Office of Registry and Academic Control.



EXHIBIT 1

www.nitropdf.com



We expect this information to give a clear and accurate response to your request.

Sincerely,

*Signature*

**JUAN BAYONA FERREIRA**

Director CEAD Medellin

West Area

Annex: 1 folio

I, CLEMENCIA PAREDES, COMPETENT OFFICIAL ENGLISH-SPANISH-ENGLISH AND FRENCH-SPANISH-FRENCH TRANSLATOR DULY REGISTERED BEFORE THE FOREIGN AFFAIRS MINISTRY PURSUANT TO RESOLUTION 6694/78 ISSUED BY THE JUSTICE MINISTRY, DO HEREBY CERTIFY: THAT THIS IS AN ACCURATE AND COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE AND BELIEF OF THE ATTACHED DOCUMENT

BOGOTÁ D.C., MARCH 18, 2015



Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com

EXHIBIT 1



Nº 308483



(CONSECUTIVE 414-012-02-292)

THE OFFICE OF REGISTRY AND ACADEMIC CONTROL OF THE

UNIVERSIDAD NACIONAL ABIERTA Y A DISTANCIA UNAD – MEDELLIN

CERTIFIES

The Student **SALVATORE MANCUSO GOMEZ**, identified with citizenship card number **6892624**, is an INACTIVE student of the academic program **BUSINESS ADMINISTRATION**, (higher Education Program) approved by Resolution No. 2562 of May 30, 2006, registry SNIES 1688, offered by the **SCHOOL OF ADMINISTRATIVE, ECONOMIC, ACCOUNTING AND BUSINESS SCIENCES**, with a duration of 160 credits.

The student started his studies in the period 2008-I equivalent to the first semester of 2008, obtained the following grades to May 13, 2008.

| PERIOD 2008-I | Credits | Grade 60% |
| --- | --- | --- |
| COMMUNICATION SKILLS | 2 | 3.9 |
| POLITICAL CULTURE | 2 | 3.7 |
| COMPUTER TOOLS | 2 | 3.3 |
| ENGLISH 0 | 2 | 4.0 |



EXHIBIT 1

| | | |
|---|---|---|
| INTRODUCTION TO BUSINESS ADMINISTRATION | 2 | 4.3 |
| MATHEMATICAL LOGIC | 2 | 3.5 |
| METHODOLOGY OF ACADEMIC WORK | 2 | 3.7 |
| UNADISTA PEDAGOGIC PROJECT | 2 | 3.8 |
| **PERIOD TERM AVERAGE** | | 3.8 |

This certification is issued without erasures or amendments by request of the interested party in Medellin on March seven (7) 2012.

Signature

**JUAN BAYONA FERREIRA**

Director

Regional Center – UNAD Medellin

Projected: Gemima Rios

Certification: **SALVATORE MANCUSO GOMEZ I.D. 6892624**

I, CLEMENCIA PAREDES, COMPETENT OFFICIAL ENGLISH-SPANISH-ENGLISH AND FRENCH-SPANISH-FRENCH TRANSLATOR DULY REGISTERED BEFORE THE FOREIGN AFFAIRS MINISTRY PURSUANT TO RESOLUTION 6694/78 ISSUED BY THE JUSTICE MINISTRY, DO HEREBY CERTIFY: THAT THIS IS AN ACCURATE AND COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE AND BELIEF OF THE ATTACHED DOCUMENT

BOGOTÁ D.C., MARCH 18, 2015



EXHIBIT 1