Case 1:02-cr-00388-ESH   Document 128-2   Filed 03/30/15   Page 1 of 8



| | DEPOSIT RECEIPT CERTIFIED | R   NO. |
|---|---|---|
| | | 10094 |
| DATE<br><br>MAY 12TH /95 | DESTINATION<br><br>BOGOTA | Seal |
| | SPECIAL SERVICE WIEGHT  CARRIAGE<br><br>$1310 = signature Fernando BoteroZea | |
| | PRESERVE AND PRESENT IT IN CASE OF CLAINS | |

Monteria, May 11th of 1995

Doctor

FERNANDO BOTERO ZEA

Ministry of Defense

Santafe de Bogota

Sir Ministry:

I, SALVATORE MANCUSO GOMEZ, of legal age, identified with Colombian Citizenship Card No. 6'892.624 issued in Monteria, of profession Agricultural administrator, neighbor and with permanent residence in this city, in the calle 57 10B-24, phone 851025, acting in my own name, owner of the rural property, Farm "La Capilla", located in the municipality of Monteria, Cordova, landlord of the farm "El Peñozo" located in the Peñozo region of the municipality of Palmira, located in



**EXHIBIT 2**

the municipality of Tierralta, landlord of the farm "El Delirio" located in the region of Toro, municipality of Tierralta; landlord of the farm "Los Cocos" located in the region of los Cocos, municipality of Lay, municipality of Tierralta and landlord of the farm "El jardin" located in the region of Volador, jurisdiction of the municipality of Tierralta Cordova, being protected by the constitutional guarantees established in Article 2nd, final section which textually states: "The authorities of the Republic are constituted to protect all people resident in Colombia, on its life, properties, beliefs and other rights and freedoms and to ensure the compliance of the duties of the state and of the particulars..."; and following the Article 58 of the current Colombian Political Constitution that textually states: "Are guaranteed the private property and other rights acquired in accordance with the civil laws, which can not be unrecognized or vulnerable for the subsequent laws, when the application of a law issued by public use or of social interest, result in a conflict with the rights of particulars with the need for it recognized, the private interest should give in to the public or social interest.  The property is a social function that implies obligations....."

The section 2nd of Article 42 of the Colombian Political Constitution states the following:  "The state and the society guarantee the integral protection of the family.  The law might determine the inalienable and unseizable family patrimony.  The honor, dignity and intimacy of the family are inviolable".

In response to these supra-legal norms and as a simple citizen dedicated to field work and livestock and inasmuch as in the area where are located the properties

**EXHIBIT 2**



that currently I have, use and administer, are classified as "Zones of public order "due to the constant presence and influence of insurgent groups calling themselves FARC-EP, ELN and EPL dissident " in addition to common crime groups where these antisocial have been assaulting and destroying the majority and neighboring crops of rural properties that I have, use and administer, killing workers and kidnapping managers and employees of these farms, stealing a large fairly number of cattle livestock from owners of these assets that to date we have refused to pay livestock, papayera and rice vaccineproduct of extortion that we are victims by these antisocial precisely not to contribute to these same monies collected that strengthened these groups, so that eventually murdered us.

My family depends on income produced by the farm, the livestock and crop production, inasmuch as we are beset by guerrillas, and the State has an obligation and a constitutional duty to ensure the honor and property and life of citizens together and pooled, I am asking you to provide the due Constitutional protection, on goods and properties that I have, use and administer, over my life and the lives of my family and my employees, to AVOID the fire, assault, destruction, theft, kidnapping, murder and all manner of attacks in the aforementioned premises. The insurgent groups calling themselves FARC-EP, ELN and EPL dissident and common crime groups" have been attacking our Department for a long time and specially the municipalities of Tierralta and Valencia, which have always been characterized by the presence of these insurgent groups.




**EXHIBIT 2**



Nº 308259

The constitutional protection I request it in light of a series of attacks by the guerrillas to me and my family, like a series of threats that have been subjected lately, for which let me attach photocopies of three letters I received by the guerrillas apparently guerrilla commanders XVIII Front of the FARC-EP, who signed as "PABLO AND ARIEL R." where REQUIRES from me the amount of Eighty Million pesos ($ 80'000.000) otherwise I am declare as ENEMY AND MILITARY OBJECTIVE, as well as my family, my possessions and those who I administer and workers at my service.

As evidence of actions of these criminals is the kidnapping of Swedish citizens DANNY APPLEGATE and TOMMY TIRVYNG, the fire and destruction of the farms "Guayaquil" and "Los Alpes", the death of farmers and workers occurred in the last six months, theft of cattle livestock that exceed more than two thousand cattle (2,000).

It is an obligation and a duty of Law, to fulfill the protection of life, honor and property of citizens throughout the national territory; I therefore ask the proper protection of the State under the Constitution and under the Act.

Awaiting your response, support and protection, I subscribe.

Yours Faithfully,

Signature



**EXHIBIT 2**

**SALVATORE MANCUSO GOMEZ**

Colombian Citizenship Card 6'892.624 issued in Monteria

Appendix: Photocopies

Copy to: XI Brigade

Cordova Police Department

Major of Cordova

Ministry of defense

Ministry of Government

Commissioner for Peace

Municipality of Tierralta

I, CLEMENCIA PAREDES, COMPETENT OFFICIAL ENGLISH-SPANISH-ENGLISH AND FRENCH-SPANISH-FRENCH TRANSLATOR DULY REGISTERED BEFORE THE FOREIGN AFFAIRS MINISTRY PURSUANT TO RESOLUTION 6694/78 ISSUED BY THE JUSTICE MINISTRY, DO HEREBY CERTIFY: THAT THIS IS AN ACCURATE AND COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE AND BELIEF OF THE ATTACHED DOCUMENT

BOGOTÁ D.C., MARCH 16, 2015



**EXHIBIT 2**



Montería, mayo 11 de 1995

Doctor
FERNANDO BOTERO ZEA
Ministro de Defensa
Santafé de Bogotá

Señor Ministro:

Yo, SALVATORE MANCUSO GOMEZ, mayor de edad, identificado con cédula de ciudadanía No. 6'892.624 expedida en Montería, de profesión Administrador Agropecuario, vecino y residente en esta ciudad, en la calle 57 10B-24, teléfono 851025, obrando en nombre propio, propietario del inmueble rural, finca "La Capilla", ubicada en la región de Betancí, corregimiento de Tres Piedras, jurisdicción del municipio de Montería, Córdova, arrendador de la finca "El Peñozo" ubicada en la región del Peñozo, corregimiento de Palmira, municipio de tierralta, arrendador de la finca "El Delirio", ubicada en la región del toro, municipio de Tierralta; arrendador de la finca "Los Cocos" ubicada en la región de los Cocos, corregimiento de Lay, municipio de Tierralta, y arrendador de la finca "El Jardín" ubicada en la región de Volador, jurisdicción del municipio de Tierralta Córdova, acogiéndome a las garantías constitucionales establecidas en el Artículo 2o., inciso final que textualmente dice: "Las autoridades de la República están instituidas para proteger a todas las personas residentes en Colombia, en su vida, bienes, creencias y demás derechos y libertades y para asegurar el cumplimiento de los deberes del Estado y de los particulares..."; y atendiendo el tenor del artículo 58 de la actual Constitución Política de Colombia que textualmente reza: "Se garantizan la propiedad privada y los demás derechos adquiridos con arreglo a las leyes civiles, los cuales no pueden ser desconocidos ni vulnerados por las leyes posteriores, cuando de la aplicación de una ley expedida por utilidad pública o de interés social, resultaren en conflicto los derechos de los particulares con la necesidad por ella reconocida, el interés privado deberá ceder al interés público o social. La propiedad es una función social que implica obligaciones............

El inciso 2o. del artículo 42 de la Constitución Política de



EXHIBIT 2

El inciso 2o. del artículo 42 de la Constitución Política de Colombia establece lo siguiente: "El Estado y la sociedad garantizan la protección integral de la familia. La Ley podrá determinar el patrimonio familiar inalienable e inembargable. La honra, la dignidad y la intimidad de la familia son inviolables".

En atención a esas normas supralegales y como simple ciudadano dedicado a las labores del campo y la ganadería y como quiera que en la zona donde se encuentran situadas las propiedades que en la actualidad tengo, manejo y administro, están catalogadas como "Zonas de Orden Público" debido a la constante presencia e influencia de los grupos insurgentes autodenominados "FARC-EP, ELN y disidentes del EPL", además de grupos de la delincuencia común, donde estos antisociales han asaltado y destruído las mayorías y cultivos vecinos de los predios rurales que tengo, manejo y administro, causando la muerte a trabajadores y llevándose consigo a los administradores y empleados de estas fincas, hurtando un gran número bastante considerable de semovientes vacunos a los propietarios de estos bienes que hasta la fecha nos hemos negado a pagar la vacuna ganadera, papayera y arrocera producto de la extorsión y el boleteo de que somos víctima por parte de estos antisociales, precisamente para no contribuir a que con estos mismos dineros recaudados se fortalezcan estos grupos, para que tarde o temprano nos asesinen.

Mi familia depende de la renta que produce la finca, los semovientes y la producción de los cultivos, como quiera que estamos acosados por la guerrilla, y el Estado tiene la obligación y el deber constitucional de velar por la honra y bienes y vida de los ciudadanos, en forma conjunta y mancomunadas, estoy solicitando a ustedes, se preste la debida Protección Constitucional, sobre los bienes y propiedades que tengo, manejo y administro, sobre mi vida y sobre la vida de mi familia y de mis trabajadores, a fin de que se EVITE el incendio, el asalto, la destrucción, el hurto, el secuestro, el asesinato y toda clase de atentados en los predios antes mencionados. Las autodenominadas "FARC-EP, ELN, disidentes del EPL y delincuentes comunes, vienen azotando hace mucho tiempo a nuestro departamento y en especial los municipios de Tierralta y Valencia, los cuales siempre se han caracterizado por la presencia de estos grupos insurgentes.

La protección constitucional la solicito en vista de una serie de atentados por parte de la guerrilla a mi persona y a mi familia, al igual que una serie de amenazas y boleteos de que he sido víctima últimamente, para lo cual me permito adjuntar fotocopias de tres escritos que he recibido por parte al parecer de los comandantes guerrilleros del XVIII Frente de las FARC-EP, quienes firman como "PABLO" y "ARIEL […], donde exigen la suma de Ochenta Millones de pesos ($80.000.000), de lo contrario me

**EXHIBIT 2**

declaran como <u>ENEMIGO Y OBJETIVO MILITAR</u>, al igual que a mi familia, mis bienes y los que administro y a los trabajadores a mi servicio.

Como prueba de accionar de estos delincuentes, está el secuestro de los ciudadanos suecos DANNY APPLEGATE y TOMMY TIRVYNG, el incendio y destrucción de las fincas "<u>Guayaquil</u>" y "<u>Los Alpes</u>", la muerte de ganaderos y trajadores ocurridas en estos últimos seis meses y el hurto de semovientes vacunos que sobrepasan a más de Dos mil reses (2.000).

Es obligación, y es un Deber de Ley, cumplir con la protección a la Vida, Honra y Bienes de los ciudadanos en todo el territorio Nacional; por ello pido la debida protección del Estado según la Constitución y según la Ley.

En espera de su respuesta, apoyo y protección, se suscribe.

Atentamente,

SALVATORE MANCUSO GOMEZ
CC. 6'892.624 Montería

Anexo: Fotocopias

C.C. XI BRIGADA
    DEPARTAMENTO DE POLICIA CORDOVA
    GOBERNACION DE CORDOVA
    MINISTERIO DE DEFENSA
    MINISTERIO DE GOBIERNO
    COMISIONADO PARA LA PAZ
    ALCALDIA DE TIERRALTA

**EXHIBIT 2**