Nº 308249

## SUPERIOR COURT OF THE DISTRICT

## HALL OF JUSTICE AND PEACE

Medellín, December 9th of two thousand and fourteen

**Filed**: 110016000253-2006-82611

**Postulate**: Jesús Ignacio Roldán Pérez

**Crimes**: Conspiracy to commit a crime and other

Act no. 003

Speaker Magistrate:

**Rubén Darío Pinilla Cogollo**

*Judgment*

Page 20 and 21:



EXHIBIT 3

### 2.2.1. The Doctrine of National Security and counterinsurgency ideology

45. The Peasant Self-Defense Forces of Córdoba and Urabá were the epitome of the paramilitary phenomenon and its origin is linked to the Middle Magdalena and to the paramilitary groups that emerged in that region. Hence, it is necessary to trace this story to understand the background behind its creation and the circumstances surrounding the birth and expansion of paramilitaries in Colombia.

46. The emergence of illegal armed groups in Colombia, at least in recent history, dates back to the mid-twentieth century with the violence between liberals and conservatives, traditional political parties of Colombia. But once the groups that followed one ideology or another were demobilized, some organizations and dissident foci remained. As a consequence of that emerged the guerrillas of the FARC as a kind of peasant self-defense of liberal character, but the course of the war took them to evolve into a very different ideology. Around the same time also emerged the ELN (National Liberation Army), July 4, 1964[24]. Against the first, the state launched a military offensive that ousted them of the region of Marquetalia, but did not annihilate them, nor defeated them militarily. The birth of these guerrilla organizations, that the State called Communists, served as fundament to President Guillermo León Valencia to issue Decree 3398 of 24 December 1965, adopted as permanent legislation by Law 48 of 1968.

47. The decree was based on the doctrine of national security and allowed-or better yet, promoted- participation of citizens in national defense. This authorized the Executive to create civilian self-defense patrols by decree and




EXHIBIT 3



Nº 308251

the Ministry of Defence to supply them with weapons used exclusively by the Armed Forces. Indeed, Article 25 of the Decree provides that "all Colombians, men and women not included in the call for compulsory military service may be used by the Government in activities and tasks which contribute to the restoration of normality" and Article 33, paragraph 3 provided that "The Ministry of National Defense, through the authorized commands may provide, when they consider it appropriate, as private property, arms that are considered for the exclusive use of the Armed Forces."

48. Based on this concept and covered by these rules, the Commander of the Armed Forces, General Oscar Botero Restrepo, approved the Rules of Combat for Counterinsurgency by Resolution 036 of November 12, 1987, through which was defined that the counterinsurgency war should be done with the support of the civilian population, recruiting civilians and using paramilitary actions against the guerrillas.

---

24 www.ELN-voces.com.

I, CLEMENCIA PAREDES, COMPETENT OFFICIAL ENGLISH-SPANISH-ENGLISH AND FRENCH-SPANISH-FRENCH TRANSLATOR DULY REGISTERED BEFORE THE FOREIGN AFFAIRS MINISTRY PURSUANT TO RESOLUTION 6694/78 ISSUED BY THE JUSTICE MINISTRY, DO HEREBY CERTIFY:  THAT THIS IS AN ACCURATE AND COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE AND BELIEF OF THE ATTACHED DOCUMENT

BOGOTÁ D.C., MARCH 16, 2015

**EXHIBIT 3**

Calle 98 N°17-20 Local 103 Tel: 636 5739-691 2481
Celulares: 314 322 2771 • 311 472 93 43
Email: clemenciaparedes@yahoo.com
Email: twttraducciones@gmail.com

