V.S.A. vs. Salvatore Mancuso-Gomez

Civil/Criminal No. 02-388-02 (ESH)

Evid. hrg 4/1/15

| | Government ☐ Plaintiff ☐ Defendant ☑ Joint ☐ Court ☐ | | | |
|---|---|---|---|---|
| **EXHIBIT NUMBER** | **DESCRIPTION OF EXHIBITS** | **MARKED FOR I.D.** | **RECEIVED IN EVIDENCE** | **WITNESS** | **EXHIBITS SENT INTO JURY (date & time)** |
| 68 | Plea Agreement | | | |
| 69 | Transcript | 4-1-15 | | |
| 70 | Photograph of Individual | | | |
| 65 | Photocopy of AUC payments | | Speake | |