**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Case No. 02-388**-02 **Huvelle**

UNITED STATES OF AMERICA,

vs.

SALVATORE MANCUSO-GOMEZ

_____

<u>**ORDER**</u>

This matter came before this Court upon Defendant's Unopposed Motion to Unseal Transcript and after due consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED**:

1. Defendant's Unopposed Motion to Unseal the transcript of the April 1, 2015 Evidentiary hearing to the parties involved in the litigation is HEREBY_____

**DONE AND ORDERED** in chambers, on this _____ day of _____, 2015

_____
**Judge Ellen S. Huvelle**
United States District Judge