IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,
       Government,             CR No. 02-388-02

                                 Washington, DC
      vs.                      March 18, 2015
                                 10:20 a.m.
SALVATORE MANCUSO-GOMEZ,
       Defendant.
_____


TRANSCRIPT OF HEARING
BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        PAUL W. LAYMON, ESQUIRE
                        U.S. Department of Justice
                        Narcotics and Dangerous
                         Drug Section
                        145 N Street, NW
                        Washington, DC  20530
                        (202) 514-1286
                        paul.laymon@usdoj.gov


For the Defendant:         JOAQUIN G. PEREZ, ESQUIRE
                        6780 Coral Way
                        Suite 200
                        Miami, FL  33155
                        (305) 261-4000
                        jplaw1@bellsouth.net


Court Reporter:            Lisa M. Foradori, RPR, FCRR
                        Official Court Reporter
                        U.S. Courthouse, Room 6706
                        333 Constitution Avenue, NW
                        Washington, DC  20001
                        (202) 354-3269


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|
| For the Defendant: | | | | |
| IVAN VELASQUEZ | 10 | 48 | 55 | |

<pre>
 1                      P R O C E E D I N G S
 2              COURTROOM DEPUTY:  Criminal 02-388, United States
 3    of America versus Salvatore Mancuso-Gomez.  For the
 4    Government, Mr. Laymon.  For the defendant, Mr. Perez.
 5              Your Honor, the interpreter has been sworn.
 6              THE COURT:  Okay.  Fine.  Good morning.  Mr. Perez
 7    and Mr. Laymon and Mr. Gomez, we're ready to proceed.  It's my
 8    understanding that we're here to take evidence relevant to the
 9    sentencing that will occur in April; correct?
10              MR. PEREZ:  That's correct.
11              MR. LAYMON:  Yes, Your Honor.  That's correct.
12              THE COURT:  And the Government has no witnesses --
13    or they do?
14              MR. LAYMON:  We do, Your Honor.  As we had
15    previously indicated, we do have witnesses and we will call
16    two witnesses this morning or today.
17              THE COURT:  And you have how many?
18              MR. PEREZ:  I have four witnesses.  One of them is
19    a member of the United Nations and he will be the first one to
20    testify, his name is Ivan Velasquez.
21              THE COURT:  For scheduling purposes, about how long
22    do you think we'll take?
23              MR. PEREZ:  I would think we will spend the better
24    part of the day today listening to testimony.  I'll try to be
25    brief, but I think that the matter that is before the Court is
</pre>

1    the extent and value of the cooperation provided to the

2    Colombian nation.  And because of that, it is important that

3    the Court hears from some of the foreign dignitaries.

4            THE COURT:  Okay.  Whether that is my main focus in

5    the sentencing is another question for another day.  Okay.

6    Who do you have, Mr. Laymon?

7            MR. PEREZ:  The first witness is Mr. Ivan

8    Velasquez, who is here and ready to testify.

9            THE COURT:  That's fine.  Go ahead.  Who are you

10   going to call?

11           MR. LAYMON:  Your Honor, we have two witnesses from

12   Colombia that represent the Justice and Peace process, and

13   they will be testifying right after Mr. Velasquez.

14           THE COURT:  Oh, okay.  That's fine.  And then have

15   we picked a date for Mr. Perez to submit a sentencing

16   memorandum?

17           MR. LAYMON:  We did, Your Honor.

18           THE COURT:  I can't remember when that was.

19           MR. PEREZ:  The date is Monday -- this coming

20   Monday.  May I ask the Court for some indulgence so I can have

21   two additional days? I believe it will be important to have

22   some time for my summation.  Today is the 18th, so I think it

23   would be due Monday.  I'm asking that the Court will extend

24   until Wednesday so I have an additional amount of time to

25   prepare my report.

1          THE COURT:  When is the reply?  The 30th before.

2     So when are you going to reply?

3          MR. LAYMON:  If Mr. Perez needs two extra days,

4     Your Honor, I don't object to that and I would ask for two

5     extra days.

6          THE COURT:  I think that puts you on April 3rd

7     maybe?

8          MR. LAYMON:  That would be fine, Your Honor.

9          THE COURT:  Is that right?  April 3rd?  And then

10    you will be filing -- the opposition by the defendant will be

11    on the 25th.  Is that right?  The 25th?

12         MR. PEREZ:  Say it again.

13         THE COURT:  April 25th is next Wednesday.

14         MR. PEREZ:  I believe it is.

15         MR. LAYMON:  March.

16         THE COURT:  March 25th.  All right.  Call your

17    first witness, Mr. Perez.

18         MR. LAYMON:  Your Honor, before we proceed to the

19    first witness, there is one other preliminary matter we need

20    to resolve.  Your Honor, this case -- the case itself is not

21    under seal.  Though we have been filing certain sensitive

22    matters before the Court under seal, the case itself is not

23    under seal.

24         The United States is not moving that this

25    proceeding be sealed.  We don't -- obviously, I've not sought

1    permission from the appropriate authority in the Department of

2    Justice to do that.  So, we, the Government -- it's the

3    Government's position that this hearing is open to the public.

4              Now, there may be some portions of it, for example,

5    in some of the witnesses where they are talking about more

6    sensitive matters that concern his assistance to the United

7    States, and that would be a different matter and that's

8    something we might take up at the bench or take up in a closed

9    session.  But I think that for the most part here today we're

10   going to be talking about matters --

11             THE COURT:  -- as to which he testified to in

12   Colombia, it sounds like to me.

13             MR. LAYMON:  That are quite public in Colombia and

14   are already well-known -- well, most of them are already

15   well-known.

16             THE COURT:  Are you going to be putting on

17   witnesses at the sentencing regarding the drug activities?

18             MR. LAYMON:  Well, yes.  Part of the testimony here

19   today from one of our witnesses -- actually, both of our

20   witnesses -- will touch on the drug activities.  Yes, it

21   certainly will.

22             THE COURT:  And some of that may or may not need to

23   be sealed?

24             MR. LAYMON:  I don't believe any of that would need

25   to be sealed, Judge.

1          THE COURT:  Okay.

2          MR. LAYMON:  Again, that's fairly well-known.

3          THE COURT:  Well, when we get to any portion,

4   you'll have to explain to me why.  Otherwise, it's open to the

5   public.  This is not under seal.  And I don't know whether the

6   pleadings I received are under seal.

7          MR. LAYMON:  They are, Your Honor.  We did that out

8   of an abundance of caution.  Although --

9          THE COURT:  Well, I'd ask that you go back -- and

10  the same applies for your opposition and the reply, and only

11  file under seal -- so if the Government would kindly go back

12  and refile redacting only that which is absolutely necessary.

13         MR. LAYMON:  Yes.  Thank you, Your Honor.  I was

14  about to mention that is what we wish to do and we will do

15  that.

16         THE COURT:  We have Document 114 that has been

17  filed under seal.  And then I received an addendum -- I don't

18  have the document number, but I would expect that before you

19  file your reply that you file unsealed copies of everything

20  the Government's filing, and if there are certain things that

21  need to be redacted, just limit yourself to what is necessary,

22  and the same should apply to the defense.  Okay?

23         MR. LAYMON:  Yes, we will do that, Your Honor.

24  Thank you.

25         THE COURT:  Any problem with that, Mr. Perez?

1          MR. PEREZ:  No, ma'am.

2          THE COURT:  Let us begin and swear the witness.

3          MR. PEREZ:  For the record, we have submitted to

4    the Court a list of the exhibits which are admitted without

5    objection, and they will be Defendant's Exhibits 1 through, I

6    believe, it's 60.

7          THE COURT:  Okay.  I have a copy.  I don't know, it

8    looks like 1 through 29 to me, but --

9          MR. PEREZ:  It is 1 through 67, although some of

10   them -- there will be some gaps.  For instance, Number 2 is

11   missing because it was objected to and so on.  But by and

12   large everything that is before the Court has already been --

13   it's not objected and, therefore, we ask the Court to admit

14   it.

15         THE COURT:  Okay.  That's fine.  But they say

16   Defense Numbers 1 through 29 with a few missing, but the

17   exhibits are labeled differently.

18         MR. PEREZ:  They are exhibits through 67.

19         THE COURT:  Is it -- well --

20         MR. PEREZ:  For instance, we have 1, we do not

21   have 2.  We have 4.  We have 5.  They have been attached to

22   our summation.

23         THE COURT:  Okay.  Is there a second page of this?

24         MR. PEREZ:  Yes.  In order to make it easier --

25         THE COURT:  All right.  The exhibits that are

1    listed here -- and there are some gaps, I understand -- that

2    go through 67, missing a few here and there and are agreed to

3    and they'll be admitted for purposes of sentencing.

4            Do you intend to call witnesses on the 7th, too?

5            MR. PEREZ:  I may.  I may.  I believe right now

6    what I'd like to do is present the witnesses regarding the

7    extent and value of Colombian cooperation.  And then in the

8    context of my memorandum I will advise the Court as to who I

9    may call on April 7th.

10           THE COURT:  Well, maybe we need to switch the day.

11   I didn't realize -- I thought we were taking today so we

12   wouldn't take testimony then.  Why don't you call your

13   witness.

14           MR. PEREZ:  Okay.  We call Ivan Velasquez.  And the

15   rule has been invoked.

16           THE COURT:  Okay.  Sir, if you would come over

17   here, please, to the witness box.

18   Thereupon,

19                    IVAN VELASQUEZ GOMEZ,

20   the witness, having been first duly sworn, was examined and

21   testified as follows:

22           MR. PEREZ:  May I proceed?

23           THE COURT:  Yes.  There is a rule on witnesses.  I

24   think most of the witnesses have stepped out.  Okay.

25

1                           DIRECT EXAMINATION

2    BY MR. PEREZ:

3      Q.    Will you tell the Court your name and occupation.

4      A.    My name is Ivan Velasquez Gomez.   I'm an attorney.

5      Q.    Are you presently employed?

6      A.    Currently, I'm a commissioner.   And I'm a commissioner

7    against impunity in Guatemala.

8      Q.    Is that part of the United Nations?

9      A.    This is part and parcel of an agreement between the

10   United Nations and Guatemala.

11     Q.    Now, how long have you occupied that position in

12   Guatemala?

13     A.    Starting October 1st, 2013.

14     Q.    Now, before that, sir -- are you a Colombian attorney?

15     A.    Yes, I am a Colombian attorney.

16     Q.    And when did you become an attorney in Colombia?

17     A.    In 1983.

18     Q.    And in addition to being an attorney, did you at any

19   point become associated with any judicial entity in Colombia?

20     A.    Yes.   Initially I was Attorney General of the

21   country -- of the Nation between 1991 and 1994.   After that I

22   was the director of the attorney's office -- of the

23   prosecutors's office in Medellin between 1997 and 1999.

24   Starting in 2000 and until 2012, I was assistant magistrate

25   for the Supreme Court.

1    Q.   Now, what were your functions as an assistant

2    magistrate for the Supreme Court of Colombia?

3    A.   Between 2000 and 2006 I acted in a supporting role for

4    the head magistrate of the court.  Between 2006 and 2012, I

5    provided support, investigative support, related to

6    investigations about members of congress with illegal and

7    paramilitary elements.

8    Q.   Now, so the Court understands, the system in Colombia

9    is different than the United States.  When you say that you

10   investigated cases for the Supreme Court of Colombia, what

11   exactly did that entail?

12   A.   The Supreme Court in Colombia has investigative,

13   accusatory and trial powers when it comes to members of the

14   political system in Colombia.  And so the role of the

15   commission was to investigate the relationship of members of

16   congress with members of the paramilitary and the guerrillas.

17             So I was -- one of my roles was that I was a

18   coordinator for a group of nine assistant magistrate judges.

19   I fulfilled that function until mid-2012.  I was in that role

20   until September 30th, 2012.

21   Q.   Was it in the context of your role as a prosecutor, I

22   guess chief prosecutor for the Supreme Court of Colombia, that

23   you came to know a person that became known to you as

24   Salvatore Mancuso?

25   A.   That is correct.

1    Q.   What year did you meet Mr. Mancuso?

2    A.   It must have been in 2007 when he was in prison -- in

3  jail -- in the jail of Itagui in Colombia.

4    Q.   Itagui is in Medellin, Colombia?

5    A.   Yes.  Yes.

6    Q.   Now, did you meet Mr. Mancuso in an official capacity

7  as a prosecutor?

8    A.   Yes.  As part of my role as an assistant magistrate

9  judge for the Supreme Court is when I met Mr. Mancuso.

10   Q.   Now, what was the circumstances upon which you decided

11 to meet with Mr. Mancuso?  What was the reason for meeting

12 him?

13   A.   As part of the investigation conducted by the

14 commission, our role was to interview and listen to

15 paramilitary members, and among them, Mr. Mancuso.

16   Q.   Now, your primary concern, was it not, were

17 politicians; correct?

18   A.   That was the subject of the investigation.  That was

19 the competency of the court -- the investigative competency of

20 the court to investigate the politicians.

21   Q.   When you met Mancuso in 2007, he was part of what's

22 referred to as the Justice and Peace process?

23   A.   In court it is known as the parapolitics process.

24   Q.   I think they also call it a Paragate?

25   A.   Parapolitics.

1    Q.    Paragate.  And you went to see Mr. Mancuso on behalf of

2    the Supreme Court?

3    A.    I was a magistrate judge in the Supreme Court and I was

4    conducting -- I was fulfilling my duties -- my investigative

5    duties by doing so.

6    Q.    By the time you went to see Mancuso, you were in

7    possession of a document that was referred to as the Pact of

8    Ralito, that's R-A-L-I-T-O.  Were you?

9    A.    No.  That was prior to that.

10   Q.    Can you explain how the connection between you meeting

11   with Mancuso and the so-called Pact of Ralito?

12   A.    In truth, my meeting with Salvatore Mancuso and with

13   other military who were prisoners in the country and in Itagui

14   was to get testimony and collaboration about the --

15   testimony about the collaboration with members of Congress.

16   Q.    And how did you find out a member of congress may have

17   been involved with the paramilitaries?

18   A.    Beginning with some statements of Salvatore Mancuso

19   himself and Vicente Castano gave to a certain media in

20   Colombia.  In that statement they said that paramilitaries

21   enjoyed the friendship of 30 to 35 percent of the congress in

22   Colombia.  And that's when the Supreme Court began the

23   investigative process to prove whether or not these things

24   were true.  And I was part of that group of nine assistant

25   magistrates that were to prove that role -- our role was to

1    prove whether or not said illegal relationship did exist or

2    not.

3      Q.   And you said that there was suspicion that 35 percent

4    of the members of congress were associated with the AUC or

5    with the paramilitaries?

6      A.   Yes.

7      Q.   Now, I'm going to show you Exhibit 54.  I'm going to

8    ask you if you recognize -- this is the original.  Do you

9    recognize this document?

10     A.   Yes.

11     Q.   This is the second page.

12     A.   Yes.  Yes.  I do recognize it.  It's what was later to

13   become known as the Ralito pact.

14     Q.   Now, I notice --

15             THE COURT:  What pact?

16             INTERPRETER:  Ralito.

17             MR. PEREZ:  Pact, P-A-C-T.

18             THE COURT:  Yes.

19             MR. PEREZ:  Like a treaty.  Like an agreement.

20             THE COURT:  Yes.  But what was the word before

21   that?

22             MR. PEREZ:  Ralito is the name of the --

23   R-A-L-I-T-O.

24   BY MR. PEREZ:

25     Q.   Now, I notice that it contains certain signatures.

1   Do you know when this document was executed?

2   A.   As far as I know it's as it appears on the text.   That

3   would be June of 2001, the 23rd day of that month.

4   Q.   Now, were there elections in Colombia in 2002?

5   A.   Yes.   There were Congressional elections as well as the

6   Presidential election in 2002.

7   Q.   And who was elected in 2002?   Who was elected President

8   in 2002?

9   A.   The President that was elected was Alvaro Uribe.

10   Q.   Now, I notice that there are some signatures that

11   appeared on this document.   It indicates, for instance, that

12   there is Salvatore Arana Sus.   He's the governor of one

13   particular state.   Do you know who he is?

14   A.   Yes.   Yes.   He was the Governor of Sucre and later he

15   became the Colombian Ambassador to Chile.   And then he was

16   investigated by the Supreme Court and was sentenced.   I need

17   to clear up something about the jurisdiction or the powers of

18   the court.   These relate specifically to members of congress,

19   and this gentleman, Salvatore Arana, was investigated --

20   actually, he was investigated by the prosecutor's office and

21   they built the case, and then that was brought before the

22   Supreme Court where he was found guilty.

23   Q.   Now, you are saying that this person that signed this

24   document in 2001 was subsequently appointed to become an

25   ambassador to a foreign country by Mr. Uribe, the President?

1    A.   I know that he was Ambassador to Chile.  I don't know

2    that it was President Uribe that appointed him.

3    Q.   Right next to Mr. Arana there's another name, Jose

4    Maria Lopez.  Do you see that name?

5    A.   Yes.

6    Q.   What was his function?

7    A.   He was also the Governor of the Department of Cordoba.

8    Q.   Was he investigated by the Supreme Court?

9    A.   He was investigated by the prosecutor's office because

10   he was -- he held the office of governor.  The Supreme Court

11   only investigated congressmen.

12   Q.   Now, both of the individuals who were mentioned, were

13   those individuals mentioned to you by Mancuso when you met

14   with him?

15   A.   As far as Mr. Jose Maria Lopez, I remember that

16   Mr. Mancuso mentioned him.  With the regard to Mr. Arana,

17   I couldn't tell you at this moment.

18   Q.   Was the information that Mancuso presented to you about

19   Governor Lopez useful in your investigation?

20   A.   Yes.  They were useful because the information dealt

21   with the relationship that existed between the AUC and the

22   paramilitaries in the Department of Cordoba with politicians,

23   including Jose Maria Lopez, and what their relationship was in

24   the electoral process for governor and congressmen from that

25   department.

1    Q.   Now, what part of Colombia, if you know, Mr. Mancuso

2    hails from?

3    A.   From Cordoba, Monteria.

4    Q.   It's the same location where Mr. Lopez was the

5    governor?

6    A.   That's right.

7    Q.   So, therefore, Mr. Mancuso had a significant amount of

8    information that he would share with you about Mr. Lopez?

9              MR. LAYMON:  Objection, leading.

10             THE COURT:  Yes.  Sustained.

11   BY MR. PEREZ:

12   Q.   Now, I wanted to turn your attention to the other

13   person, Reginaldo Montes.  Do you know if he was convicted?

14   A.   Well, at this time I really couldn't tell you because

15   he was among several congressmen who signed the Pact of

16   Ralito.  And there was some objection to the process and the

17   process was interrupted.

18   Q.   Now, when Mancuso agreed to testify in 2007, were his

19   appearances covered by the media, the newspapers and

20   television?

21   A.   Yes.

22   Q.   Would you say that whenever he will make statements

23   that will have an impact, if you know, upon the media in

24   Colombia, that his statements would be reflected in the

25   different media outlets in Colombia?

1   A.   Yes.  It was always news whenever any –– when he made

2   any statements.  But I should also clear something up.

3   Parallel to the investigation being carried out by the Supreme

4   Court, there was another process going on, carried out by the

5   prosecutor's office, which is the process of Justice and

6   Peace.  And at that time there were statements being made on

7   both fronts constantly, both before the Supreme Court as well

8   as in relation to the process of Justice and Peace.

9   Q.   Now, will you explain to the Court briefly what the

10  Justice and Peace process was?

11  A.   Well, it's the process that was developed –– it

12  actually still goes on to this day –– for the demobilization

13  of members of the paramilitary groups.  And it had as its

14  objective, truth, justice and reparation for the activities

15  carried out by the paramilitaries throughout the country.

16  And this fell under Law 975, which I believe was passed in

17  2005, which establishes the framework under which the

18  paramilitaries will be judged or will be processed when they

19  turn themselves over to the judicial system.

20  Q.   And what was the –– when you say truth, justice and so

21  on, what were the individuals required to do?

22  A.   Well, what that means –– when referring to the truth is

23  that these individuals are required to provide information,

24  make statements about all events known to them that involved

25  paramilitary activity.  When we refer to justice, that means

1    that they will be subject to jail time of five to eight years

2    under that specific law that I was -- that I mentioned.  In

3    terms of reparation, the paramilitaries must make some kind

4    of -- must indemnify the victims of their activities.  That

5    is, the objective of all this is to get confessions from these

6    individuals about the activities in which they participated,

7    providing adequate descriptions of everything that was done

8    and that the victims be indemnified in some way.

9        Q.    What was the role of Mancuso -- Mr. Mancuso in being a

10   driving force behind the Justice and Peace process?

11       A.    Well, he participated -- he provided *Versiones Libres*

12   or free --

13                 MR. PEREZ:  -- versions.

14                 THE WITNESS:  -- versions of events that had taken

15   place.  He made statements about those and how they came to

16   the Justice and Peace plan.  He came and provided a

17   representative of that program with the document of the Ralito

18   Pact.  And, basically, he complied with what he was supposed

19   to do.  He did what he was supposed to do.

20                 And the commission of the Supreme Court, to which I

21   belong, actually did not handle anything to do with the

22   Justice and Peace program, but we did receive the versions

23   with descriptions of -- that program was receiving, was

24   getting, and these were used to guide or orient the Supreme

25   Court's investigation.

1          THE COURT:  I'm sorry.  Did the witness say that he

2   got three versions of events?  I didn't understand.  Could you

3   clarify that?

4          THE WITNESS:  No, not three versions.  The Justice

5   and Peace program received information from all these

6   individuals and this information was compiled and then went to

7   the Supreme Court so that they could carry out the

8   investigations in specific areas that fell under their

9   authority -- the Supreme Court's authority.  And there were

10  many -- tens or so -- more than that -- many statements were

11  made that were provided.

12         MR. PEREZ:  I think I can clarify for the Court,

13  the word "version," V-E-R-S-I-O-N, is the equivalent of

14  statements.  They call it the *Versiones Libres*, which is free

15  statements.  And it is kind of unusual when you translate into

16  English, it sounds like a free version.

17         THE COURT:  Okay.

18         MR. PEREZ:  But I just want to clarify that is --

19  is that correct?

20         INTERPRETER:  Yes.

21         THE COURT:  Okay.  I understand.  Thank you.

22  BY MR. PEREZ:

23   Q.   Now, in 2004 before the Justice and Peace Act was

24  passed, was Mancuso instrumental in the process of

25  demobilizing the agency members?

1    A.   I don't understand.

2    Q.   Was he instrumental in demobilizing the people under

3    his command?

4    A.   If what you mean is that -- is whether he had an impact

5    on demobilizing the members of the block as a commander, then

6    the answer is yes.

7    Q.   Was he instrumental, if you know, in getting the

8    approval for the Justice and Peace process?

9    A.   Actually, when it comes to the process of Justice and

10   Peace, I have the knowledge that a citizen would have, but I

11   don't have -- I'm not privy to what happened in court.

12   Q.   Now, let me just briefly finish with the exhibit that

13   has to do with the Pact of Ralito.

14            Do you recognize some of the signatures in that

15   document?

16   A.   Yes.  I see representative Alfonso Campo Escobar, he's

17   in the right column, second line.  He was a representative for

18   the Department of Magdalena.  Following is William Montes, who

19   was a Senator for the Department of Bolivar.

20   Q.   Were they convicted?

21   A.   Yes.  Both were convicted.

22   Q.   Was the information given to you by Mr. Mancuso helpful

23   in leading to that conviction?

24   A.   Yes.  He was very helpful.  And specifically as it

25   pertains to William Montes because of activities that were

1    being conducted by paramilitaries at the time of elections

2    that were conducted in the Department of Bolivar, where a

3    person by the name of Jose Libardo Simancas was meeting with

4    politicians in an effort to have his rival lose support in the

5    elections.

6        Q.    Now, without going to a specific -- I see some

7    senators, like on this side -- Representative Miguel de la

8    Espriella.  Were most of the individuals in this -- who signed

9    this document, eventually convicted by the Supreme Court or by

10   the courts in Colombia?

11       A.    Yes.  Miguel de la Espriella, he appeared in the left

12   column.  I remember the details about his investigation.

13       Q.    What was his title?  I don't see it.  Oh, I see it.

14   This gentleman here (indicating)?

15       A.    Yes.

16       Q.    And was he convicted.

17       A.    Yes.  Yes.  He was convicted.

18       Q.    Was Mr. Mancuso instrumental in that conviction?

19       A.    He was very important.  But let me clarify one issue.

20   Because of the investigation and because of information

21   provided by Mr. Mancuso, it became known that Miguel Alfonso

22   Espriella and Eleanora Pineda, who was a member of Council --

23   of the City Council of Tierralta became, according to what

24   Mancuso was able to tell us, a spokesperson, a political

25   spokesperson.

1                    And Mancuso told us about the relationship that

2      they had -- the paramilitaries and these politicians had

3      developed --

4                    INTERPRETER:  With the indulgence of the parties.

5                    THE WITNESS:  And Miguel Alfonso de la Espriella

6      became practically his agent as Eleanora Pineda did, too, in

7      the political life of Cordoba.

8      BY MR. PEREZ:

9      Q.    In other words, when Mancuso -- Mancuso told you about

10     de la Espriella and Pineda, and they in turn provided

11     assistance against other congressmen?

12     A.    Yes.

13     Q.    Now, we're going to move on now to his extradition.

14     Was there a time that somebody who was -- President Uribe's

15     cousin was prosecuted by the Supreme Court?

16     A.    Yes.  Mario Uribe Escobar.

17     Q.    What was the connection?  Was he a senator?

18     A.    Yes.

19     Q.    Was there a time that Mr. Mancuso provided highly

20     publicized information about Senator Uribe?

21     A.    Yes.

22     Q.    Can you explain?

23     A.    Mancuso told about a meeting he had -- a meeting that

24     he had with Mario Uribe in a farm that belonged to

25     Mr. Mancuso.  And he was present because he had brought Mario

24

1    Uribe to that meeting with Mr. Mancuso, and they were there to

2    discuss the elections, the congressional elections that were

3    to take place in the country.  And Mancuso was supporting or

4    was to -- for some of -- of Senator Uribe's -- it was for the

5    senate campaign of 2002.  He was supposed to provide support

6    for the campaign.  Support for the campaign for Mario Uribe in

7    Cordoba.

8      Q.   Now, these allegations against Senator Uribe, did they

9    receive a lot of media attention?

10             THE COURT:  Was he the President?

11             MR. PEREZ:  Yes.  He was the cousin to President

12   Uribe, the person that was convicted.  He is a senator.  And

13   he's saying that in 2002 they received --

14             INTERPRETER:  Would Counsel repeat the question,

15   please.

16             MR. PEREZ:  I think I forgot the question, but I'll

17   try again.

18   BY MR. PEREZ:

19     Q.   The allegations made by Mr. Mancuso against Senator

20   Uribe, did they receive a lot of media attention?

21     A.   Yes.

22     Q.   And how so?

23     A.   Well, the statements Mancuso made were presented on the

24   news.

25     Q.   Do you know if any threats were made against

1  Mr. Mancuso before he was extradited to the United States?

2  A.   I don't remember.  I don't know.

3  Q.   Now, in connection with 2008, did there come a time

4  that you became aware that Mr. Mancuso had been extradited to

5  the United States?

6  A.   Yes.

7          THE COURT:  When was he first incarcerated in

8  Colombia?

9          MR. PEREZ:  In 2006.  Actually, it would be a

10  little bit before that in 2006.  The plea agreement

11  specifically states that he was to receive credit for time --

12  that since the moment he became incarcerated.  When he went to

13  see him, he was already in jail.

14  BY MR. PEREZ:

15  Q.   Now, sir, do you know when he came to the United

16  States?

17  A.   May of 2008.

18  Q.   Do you know if the Supreme Court of Colombia, for whom

19  you worked, was consulted about extraditing Mr. Mancuso who

20  was one of the leading witnesses for the Supreme Court?

21  A.   I was not a full magistrate of the court so I would not

22  be able to tell you about that because that kind of

23  situation -- those kinds of consultations took place with the

24  full magistrates of the court.

25  Q.   Now, when Mancuso arrived in the United States and

26

1   appeared before the Court in May of 2008, were there, if you

2   know, concerns in Colombia as to whether he will continue to

3   participate in the Justice and Peace process?

4   A.   I can't really say anything with regard to the Justice

5   and Peace program specifically because I was never a member of

6   that or a functionary involved with that.

7   Q.   What about the Supreme Court?  Were they concerned

8   about the prosecution of people since he was in the United

9   States?

10   A.   Of course, the fact that various members of the

11   paramilitary groups had been extradited to the United States

12   who were testifying before the Supreme Court at that time

13   would and did affect the investigations being carried out by

14   the court.  And the ability to continue seeking the truth on

15   specific subjects through the testimony of these

16   individuals -- because those testimonies would then only be

17   able to -- they would only be able to get the testimony of

18   such individuals or statements by such individuals by a video

19   conference and other means.

20   Q.   Were there concerns that his extradition was going to

21   undermine certain prosecutions that were pending before the

22   Supreme Court?

23   A.   They would make it difficult to get full accounts of

24   the matters that were before the Court.

25   Q.   Now, in 2008 -- in the summer of 2008 there were two

27

1    senators that were being prosecuted by the Supreme Court.

2    Do you remember their names?

3      A.   I could not tell you because there were many, many

4    congressmen that were prosecuted.  I wouldn't know which two.

5      Q.   What about Senator Cabrales and Senator -- Manuel Lopez

6    Cabrales and Senator Reginaldo Montes.  That is M-O-N-T-E-S.

7    And Senator Cabrales.  That's C-A-B-R-A-L-E-S.

8      A.   In 2008 they were probably being prosecuted.

9      Q.   And you were working for the Supreme Court in the

10   summer of 2008?

11     A.   Yes.  The entire year of 2008 I worked with the court.

12     Q.   I'm going to show you an exhibit which I think is

13   Number 66 of the Supreme Court of Colombia.  I'm going to ask

14   you to see if you recognize what's depicted there.

15   Exhibit 66.

16            MR. PEREZ:  Is the volume down?

17            (Videotape played).

18   BY MR. PEREZ:

19     Q.   Do you recognize -- this was in September of -- do you

20   recognize this video?  Let me continue.  Let me see if you

21   identify some of the --

22            MR. PEREZ:  Please continue.  Stop there.

23   BY MR. PEREZ:

24     Q.   Do you recognize the people in that image?

25     A.   Yes.  The lady on the left is Maria Rosario Gonzalez

28

1   and on the right you have the former magistrate, Javier

2   Zapata.

3      Q.   This image depicts members of the Supreme Court?

4      A.   The two of them are magistrates on the Supreme Court.

5      Q.   How many magistrates in the Supreme Court of Colombia?

6      A.   In the criminal section, which handles this type of

7   case, there are nine magistrates.

8      Q.   Okay.  Please continue.

9              (Audiotape played).

10             MR. PEREZ:  Stop there.

11  BY MR. PEREZ:

12     Q.   Did you hear what Mr. Mancuso is saying there?

13     A.   Not very clearly.

14     Q.   Were you present when this testimony was

15  teleconferenced to the Supreme Court in September of 2008

16  before Mr. Mancuso signed his plea agreement?  Were you

17  present the day that this particular hearing took place?

18     A.   No.  Given the fact that I was an assistant magistrate,

19  I was not because assistant magistrates do not participate in

20  this type of proceeding.  These are strictly proceeded over by

21  the full magistrates of the court.

22     Q.   The image that is depicted appears to be a courtroom.

23  Do you recognize that courtroom?

24     A.   Yes.  That is the Supreme Court of Colombia's

25  courtroom.

1    Q.    There appears to be two or four people sitting in front

2    of the court.  Do you recognize what that table -- do you

3    recognize any of the individuals in that table?

4    A.    No.  With their backs to me, it's very difficult.

5    Q.    Incidentally, before I -- you and I have not -- you and

6    I -- before today, you and I did not discuss any of this

7    testimony; have we?

8    A.    No.

9    Q.    In fact, we have spoken over the phone two or three

10   times, but we never really discussed what your testimony was

11   going to be?

12   A.    No.  Not about the content.  And given the time that

13   has gone by, there are many subjects that are no longer clear

14   to me.  I no longer remember them especially since my activity

15   now is focused in Guatemala.

16   Q.    And you're not getting paid by me or by anyone on

17   behalf of Mr. Mancuso to testify here today, are you?

18   A.    No.

19   Q.    In fact, my understanding is that you're paying for all

20   your expenses.  You are staying with family members.

21   A.    Actually, I am on a mission.  I'm carrying out

22   activities on behalf of the International Commission Against

23   Impunity of Guatemala.  We're having several meetings and I am

24   here on behalf TISEEC (phonetic) and that's why I can be here

25   to testify.

1   Q.   I'm not paying you for a hotel to be here for two or

2   three days or anything like that, am I?

3   A.   No.   I wanted to say this.   That my investigatory

4   activities were carried out by myself and other assistant

5   magistrates for the Supreme Court -- of the Supreme Court.

6   Now, when I undertook those activities, I undertook a

7   commitment to that as well as others of the paramilitaries who

8   provided information before the Supreme Court.

9           And I'm here keeping that -- my word to them that

10  I would provide information as to how much they had

11  cooperated.   I am not here as a representative of the Supreme

12  Court.   I want to say that I do have gaps about things that

13  occurred at that time because I have not been involved in it

14  since 2012.   I haven't really thought about those subjects

15  that I dealt with at the time.

16          Right now I'm involved in other activities and I

17  just wanted to leave that very clear.

18  Q.   But if I understand your testimony, you're here to tell

19  the truth about what Mancuso -- the cooperation that Mancuso

20  provided to the Supreme Court of Colombia?

21  A.   That is correct.

22  Q.   Now, when Mancuso was extradited to the United States

23  there were many people that wanted to come over and talk to

24  him, right?

25  A.   Yes.

1    Q.    Including yourself?

2    A.    That's right.

3    Q.    And in order to be able to fulfill your

4    responsibilities to the Supreme Court, you had to go through

5    channels in order to be able to meet with Mancuso?

6    A.    Well, naturally.  In order to get -- to have those

7    meetings, I had the great assistance of the legal attache of

8    the United States Embassy in Colombia, who is always very

9    helpful in arranging -- in going through the federal

10   prosecutors in this country and other individuals so that I

11   could have access to these paralegal -- paramilitary members

12   who I spoke with and listened to their statements on several

13   occasions.

14   Q.    In fact, now referring to -- if we can go back to the

15   ELMO.  You came to see Mancuso many times, and sometimes you

16   even went to some of the meetings with the prosecutor, who is

17   here, Mr. Laymon; right?

18   A.    Yes.

19   Q.    And the reason why you would come over is because you

20   needed to get the truth from Mancuso so you could prosecute

21   some of the politicians in Colombia?

22   A.    Yes.  Yes.  The purpose of this was to get evidence in

23   support of the investigations of the Supreme Court.

24   Q.    And, for instance, in referring now to Exhibit 16 --

25   it's in English, but I'll translate for you.  You requested

1    from Mr. Laymon permission to meet with Mr. Mancuso for three

2    days in order to conduct meetings and to audiotape certain

3    meetings.  Remember that?

4      A.   Yes.  Yes.  As I stated below -- as I stated before, I

5    went through the U.S. legal attache at that embassy in

6    Colombia.  And in a statement or any information was needed,

7    Mr. Jim Falkner would be the intermediary and get that access

8    either to the U.S. Department of Justice, to DEA agents or to

9    federal prosecutors.

10            THE COURT:  What did you read from?  What is the

11   exhibit number?

12            MR. PEREZ:  This is Exhibit Number 16.  Admitted

13   into evidence.

14            THE COURT:  Okay.

15   BY MR. PEREZ:

16     Q.   When you asked for that permission is because Mancuso

17   was an essential and important witness in your prosecutions?

18            MR. LAYMON:  Objection.  Leading, Judge.

19            THE COURT:  Yes.

20   BY MR. PEREZ:

21     Q.   Why would you ask to see Mancuso for three days?

22            INTERPRETER:  Interpreter requests an opportunity

23   to interpret.

24            THE WITNESS:  I do not remember the particular

25   subjects, but I do remember that it was several times that I

1   interviewed Mr. Salvatore Mancuso, and this was about

2   connections between congress and paramilitaries.

3   BY MR. PEREZ:

4   Q.   So your reason for traveling was to get Mancuso's

5   testimony and prosecutions in Colombia?

6   A.   Yes.

7   Q.   And during those -- how many times do you think you met

8   with Mancuso in the course of the last five years?

9   A.   I wouldn't be able to tell you exactly, but

10  between 2010 and 2012 I must have come to the United States

11  maybe four times.  But at the same time that I came for that,

12  there were statements by others who may have even been in the

13  same prison with Mr. Mancuso.  And since I don't have a list

14  with the exact information, I can tell you that there were

15  12 or 13 that were extradited in 2000.  So I would have come

16  and at certain times interviewed some of them.

17  Q.   My question was -- my question was:  Between 2006

18  or 2007 when you met Mancuso, and 2012, approximately how many

19  times did you meet with Mancuso to discuss matters pertaining

20  to his testimony before the Supreme Court?

21  A.   Many times.

22  Q.   Did you at any point during those initial meetings and

23  thereafter have any question about the fact that Mr. Mancuso

24  was telling you the truth about the involvement of many

25  politicians in -- many politicians in Colombia with the AUC?

1    A.   All of this was really an investigation that was

2   fraught with difficulties.  And so sometimes there were --

3   there was testimony that was planned.  There was an interview

4   that was planned with Mr. Mancuso.  But because of issues that

5   were happening in his department or issues pertaining to his

6   family -- there was an issue of fear regarding the safety of

7   his family, and then he would refrain from testifying.

8    Q.   In other words, are you telling me that Mancuso

9   expressed to you concern about the safety of his family

10  because of his testimony?

11   A.   Yes.

12   Q.   Let me --

13        THE COURT:  I'm sorry.  When was this?  When he was

14  in Colombia or in the United States?

15        THE WITNESS:  In the United States.  I remember

16  sometimes when this happened in Colombia, at the beginning.  I

17  couldn't tell you exactly.

18  BY MR. PEREZ:

19   Q.   I'm going to show you what was admitted as Exhibit 8 --

20  Number 8 on the issue -- I'm going to ask you to see if you

21  recognize the people who are depicted in this picture.

22        This is the person that you described as being

23  very close to Mancuso; right?

24   A.   Yes.  I recognize the man on the left.  Yes.  And,

25  actually, as the names appear, I recognize Miguel Alfonso de

 1   la Espriella on the left.

 2              INTERPRETER:  The interpreter requests a repetition

 3   of counsel's question.

 4   BY MR. PEREZ:

 5   Q.   I apologize.  Mr. de la Espriella, I believe you

 6   testified before that he was very close to Mr. Mancuso?

 7   A.   Yes.

 8   Q.   And I believe you testified that he was a senator?

 9   A.   Miguel Alfonso de la Espriella.  Yes.  Yes.  He was a

10   member of congress.

11   Q.   Now, you also testified about another politician whose

12   name was Pineda, P-I-N-E-D-A; right?

13   A.   Yes.  Eleanora Pineda, who was a member of the City

14   Council in Tierralta and then she was a representative to the

15   chamber.

16   Q.   And I believe that you testified that she was

17   convicted; right?

18   A.   Yes.  She was convicted.

19   Q.   Now, who is the person in the middle of the two

20   convicted felons who appears in the picture?

21   A.   Alvaro Uribe.

22   Q.   And was Alvaro Uribe the President of Colombia when

23   Mr. Mancuso was extradited?

24   A.   Yes.  Alvaro Uribe was President between 2002 and 2010.

25   Q.   And is that President Uribe who is holding a baby in

1    his hand?

2                   THE COURT:  What exhibit number?

3                   MR. PEREZ:  It's part of the Composite

4    Exhibit 7 -- 8.

5                   THE COURT:  Both pictures were from 8?

6                   MR. PEREZ:  Yes.

7                   THE WITNESS:  I can't see it very clearly, but it

8    could be.

9    BY MR. PEREZ:

10       Q.    Do you recognize the past-President in that picture?

11       A.    Miguel Alfonso de la Espriella.  Yes.

12       Q.    That is the --

13       A.    On the left.

14       Q.    You don't know who this person is (indicating)?

15       A.    Could be --

16       Q.    Who?

17       A.    Alvaro Uribe.

18       Q.    And that's the senator that you mentioned that was

19    convicted because he was very closely aligned with the

20    paramilitaries?

21       A.    Miguel Alfonso de la Espriella.  Yes.

22       Q.    Now, referring to another exhibit.  Let me see if I

23    can -- I think we mentioned a governor that was prosecuted,

24    his name was Jose Maria Lopez.

25       A.    Yes.

37

1    Q.    What was he accused of?

2    A.    Of relations with the paramilitaries.

3    Q.    Was he convicted?

4    A.    Yes.

5    Q.    By the Supreme Court?

6    A.    I'm not sure.  Because back then there was -- there

7    were legal issues regarding the competency of lower court

8    judges in terms of congress people and their competence to

9    judge them.  So I wasn't sure whether it was the authority of

10   the Supreme Court or the lower court.

11   Q.    Who is the person that appears to be embracing him?

12   A.    The person on the left seems to be Alvaro Uribe.  I do

13   not know the person -- the other person.

14   Q.    Governor Lopez was convicted for being involved in what

15   was called parapolitica, Paragate.

16   A.    Yes.

17             THE COURT:  What does that mean, Paragate?

18             MR. PEREZ:  Parapolitica is like -- remember

19   Watergate years ago.  Watergate was a scandal and it was named

20   after Watergate because of the building in the Nixon

21   administration.  In Colombia they refer to this scandal that

22   involved 35 percent of the congressmen in Colombia as

23   parapolitica referring to like Paragate and so on.  And they

24   also refer to it in English as Paragate.

25             So parapolitica is the process by which it was

1   establish by members of the Supreme Court and members of the

2   Justice and Peace Court that 35 percent -- a very large

3   percentage of the politicians that were elected in 2002, the

4   same year President Uribe was elected, were associated with

5   the AUC.  All of that will become relevant in the future for

6   purpose of argument.  It will be --

7                THE COURT:  Are any of these issues going to be

8   contested, Mr. Laymon?  I'm sort of at a loss.  Isn't it

9   pretty well agreed that --

10               MR. LAYMON:  So far in terms of this witness's

11  substantive testimony, Judge -- I mean, I may object or have

12  difficulty with some --

13               THE COURT:  -- inferences.

14               MR. LAYMON:  -- some inferences or minor aspects of

15  it.  But as a general rule, what he's saying is that Mancuso

16  assisted people and assisted --

17               THE COURT:  -- Supreme Court --

18               MR. LAYMON:  -- Supreme Court investigations and

19  there were convictions that arose from that.  As a general

20  rule, we don't object to that.

21               THE COURT:  And that may be that he put hisself or

22  his family at risk, since not everybody agreed with what he

23  was doing, I suspect.  Do you agree with that?

24               MR. LAYMON:  I would acknowledge that at some point

25  Mr. Mancuso expressed a concern -- a fear for his family.

 1            THE COURT:  Okay.

 2            MR. LAYMON:  Beyond that, I don't know.

 3            THE COURT:  Right.  All right.  I think you can

 4   move a little quicker, please.

 5            MR. PEREZ:  I can go a little quicker, but let me

 6   answer the Court's concern the following way.  If the Court

 7   can briefly look at this letter.  This was written by the head

 8   of NDDS in 2008.  That's Exhibit 3.

 9            THE COURT:  Okay.  Keep going.  Let's finish.

10            MR. PEREZ:  I'm almost through.  I just want to

11   answer the Court's questions about safety issues.  This letter

12   was written after he testified before the Supreme Court in the

13   case of this gentleman.

14   BY MR. PEREZ:

15   Q.   Mr. Velasquez, do you recognize the individuals who are

16   depicted in that -- in that exhibit -- I think it's 6 -- 7?

17   A.   Yes.  Juan Manuel Lopez Cabrales, he's on the left.

18   I did not meet him personally, but the one on the right who is

19   Reginaldo Montes, I did meet with him.

20   Q.   Now, Mancuso testified against them in September

21   of 2008.  Are you aware of that?

22   A.   I wouldn't be able to tell you the exact date.

23   Q.   You were saying that there were threats that you were

24   aware had been made against Mancuso's family.

25   A.   Yes.  Sometimes the Supreme Court was petitioned to

1      intervene and obtain security from the Ministry of the
2      Interior for Mr. Mancuso because of -- protection for his
3      family because of the situation that had arisen.
4          Q.   Do you know if that protection was ever afforded to his
5      family?
6          A.   As far as the National Security Unit, and as far as I
7      know, the protection was not provided.
8          Q.   And the National Security Unit was a branch of the
9      executive?
10         A.   Yes.
11         Q.   The Supreme Court could only ask for protection?
12         A.   Yes.   The Court in and of itself does not provide
13     protection.
14         Q.   Now, most of the individuals that were convicted in
15     this case hailed from the northern part of Colombia, right?
16         A.   Yes.
17         Q.   Do you know where Mancuso's family was located?
18         A.   In the Department of Cordoba.
19         Q.   And the Department of Cordoba.  Is this particular --
20     if I may -- let me see if I can pinpoint its location here
21     (indicating).
22         A.   Yes.
23         Q.   Now, you indicated that most of the people against whom
24     Mancuso testified were from Sucre; right?
25         A.   I don't know whether they were all Sucre.  They were

1   from Sucre, from Bolivar, but particularly Sucre.

2   Q.   What about Cordoba where his family was at?

3   A.   Also.

4   Q.   So you would agree with me that by testifying against

5   powerful people in that region of Colombia, Mr. Mancuso

6   exposed his family to danger?

7   A.   It is probable.

8           THE COURT:  Was he convicted -- Mancuso -- in

9   Colombia?

10          MR. PEREZ:  He was convicted --

11          THE WITNESS:  As far as I know there was a decision

12   from Justice and Peace, but it was only something that

13   appeared in the press.  So I don't know for sure.

14   BY MR. PEREZ:

15   Q.   If you look at Exhibit 52 and 53.  I have presented the

16   Court with the findings on November 20th, 2014, and

17   October 31st, 2014, where he's found to have complied with the

18   provisions of the Justice and Peace Act insofar as telling the

19   truth, repairing the victims and complying with the -- they

20   are all incorporated in that decision.

21          THE COURT:  And they have never sentenced him.

22          MR. PEREZ:  Huh?

23          THE COURT:  He has never been sentenced?

24          MR. PEREZ:  He was sentenced to eight years under

25   the amnest --

1              THE COURT:  For everything?

2              MR. PEREZ:  For everything.  If you look at the

3    judgment, it provides that he would be sentenced for eight

4    years, but he will not get credit for the time that he has

5    served in the United States.  So that whatever sentence the

6    Court -- and there's a Court of Appeals decision on this

7    issue.

8              Whatever sentence the Court renders in this case,

9    even though the plea agreement -- the Government did not agree

10   not to, you know, not to oppose it -- it is the position of

11   the Colombian Attorney General that they will ask that the

12   sentence in Colombia be run consecutive to the sentence

13   imposed by this Court.  And I think --

14             MR. LAYMON:  Judge, my objection is two-fold.

15   That's not accurate and we strongly disagree with that.

16   Secondly, we should be directing our questions to this

17   witness.

18             THE COURT:  Okay.  Okay.

19             MR. PEREZ:  I was answering the Court's questions.

20   The Court is the one who asked me for that.

21             THE COURT:  Apparently it's not agreed to.  Okay.

22   Finish up, please.

23             MR. PEREZ:  Okay.

24   BY MR. PEREZ:

25     Q.   You left the Supreme Court in 2012?

1    A.   Yes.

2    Q.   You're coming to testify here to tell the truth about

3    the many meetings that you had with Mr. Mancuso, correct?

4    A.   Yes.

5    Q.   You're not here on behalf of the Colombian government?

6    A.   No.

7    Q.   You no longer work for the Colombian government?

8    A.   No.

9    Q.   In fact, in mid-2012 there was a dispute with members

10   of the Supreme Court and there was an issue about whether you

11   had obtained some information -- I think that's what it boils

12   down to is you kept some files for historical reasons and

13   members of the Supreme Court filed a complaint against you,

14   which didn't amount to too much; correct?

15   A.   Well, that's not exactly how it happened.  In mid-2012

16   I was removed as coordinator of the commission of

17   investigational -- investigatory support.  I believe the month

18   was August.  And this was a result of some reasons generated

19   by internal events in the criminal division of the court.

20        Basically, they asked me why -- why I had scanned

21   certain documentation.  And I was asked why I had copied

22   certain files belonging to the court.  And I responded that as

23   coordinator, I did so as part of my duties, which was to keep

24   a historical record of events.  And the magistrate said that I

25   should have sought permission to do so before doing anything.

1    But no complaint was ever made against me.

2              It was months later in January of 2013, after I

3    had left the court, that the Attorney General didn't actually

4    lodge a complaint against me, but he did take action against

5    me with the support of various media, and an investigation was

6    initiated about the event.  Basically, it was more of an

7    administrative action that required some kind of disciplinary

8    action for having made copies of those files as part of my

9    duties.  I was accused of having exceeded my authority in

10   performing my duty.

11   Q.   That has nothing to do -- I'm sure Mr. Laymon will want

12   to ask you questions about that, but that has nothing to do

13   with Mr. Mancuso; right?

14   A.   Yes.  That has absolutely nothing to do.

15   Q.   You were not accused of taking money; right?

16   A.   No.

17   Q.   On the contrary, during the time that you were the

18   prosecutor in the Supreme Court of Colombia you were highly

19   acclaimed by many people?

20   A.   And there were many people who pursued me -- who went

21   after me as well.

22   Q.   Including President Uribe?

23   A.   Including from the Presidential Palace.

24   Q.   That's the White House.  The equivalent of the White

25   House?

1    A.    Yes.

2              MR. PEREZ:  Give me one second.  One more question.

3    BY MR. PEREZ:

4    Q.    Would you say that Exhibit 54 was a crucial document in

5    the prosecution of many congressmen and senators in Colombia?

6              THE COURT:  What is 54, please?

7              MR. PEREZ:  54 is the Ralito pact.

8              THE COURT:  What does it provide?

9              MR. PEREZ:  Huh?

10             THE COURT:  What does it provide?  Can you just

11   summarize in a sentence or two?

12             MR. PEREZ:  That is the one that is signed by all

13   the senators.  It was attending to -- actually, to refound the

14   state.  It was almost like, we need to be able to do this in

15   order to provide for the security of the nation.  As the Court

16   will find out, in the early 2000s Colombia was in the middle

17   of a civil war.  The country was split in different factions.

18   And one of the factions was the AUC, the other one was the

19   FARC.

20             This document was signed by people, congressmen,

21   from the northern part of Colombia, basically saying:  We need

22   to provide for our security.  We need to provide for our

23   safety.  And it contains the signatures of the politicians in

24   the area.  And the significance of that is that Mancuso turned

25   that over to the authorities, and as a result of that the

46

1   politicians were prosecuted.  And if you look at the names --

2              THE COURT:  I understand that.

3              MR. PEREZ:  But the purpose was really to create a

4   structure outside of the regular structure of the state.

5              THE COURT:  Got it.

6              MR. PEREZ:  Most of these people were charged with

7   sedition.

8   BY MR. PEREZ:

9   Q.   A final question.  Would you say this document that was

10  provided by Mancuso was essential in the prosecution of the

11  politicians?

12  A.   Well, I would say it's a very important document that

13  allowed us greater understanding of the relationship between

14  the political sector and the paramilitary groups.  And that

15  together with meetings allowed us -- with meetings of the

16  paramilitaries themselves, Mancuso themselves -- allowed to

17  document.  In November and December of 2001, I believe, the

18  paramilitaries sat down and spoke about how they were going to

19  intervene with the political elections of 2002.

20  Q.   And I think that the Court asked a question that I

21  think is important to understand.  In 2001, was Colombia

22  divided into different groups that were fighting for control

23  of the country?

24  A.   That began many years prior to 2001.  In the 80s and

25  the 90s.  And if you look at the guerrillas, that was back in

1    the 60s.

2    Q.   And the guerrillas played a very important role in the

3    history of Colombia in the late 90s and the beginning of

4    the 2000s?

5    A.   The guerrillas have carried out a rather important role

6    in the past 50 years in what has happened in Colombia.

7    Q.   When you say important role, what does that mean?

8    A.   Well, they have always been present in confrontations

9    with the government.  They have carried out activities that

10   based on their own ideology they sought power in the country.

11   They maintained armed and active armies throughout the

12   country.  That's what I referred to.

13   Q.   And the AUC, in essence, became an arm of the state to

14   fight the guerrillas?

15           MR. LAYMON:  Objection to the leading, Judge.

16           THE COURT:  I don't even know what period of time

17   we're in.

18           MR. PEREZ:  I'll rephrase it.  Forgive me.

19   BY MR. PEREZ:

20   Q.   What was the role of the AUC in the late 1990s and the

21   beginning of the 2000s, insofar as confronting the FARC, the

22   left-wing guerrillas?

23   A.   Well, the AUC were always carrying out

24   counterinsurgency activities, but they also acted against the

25   population -- the people.

1    Q.    Did they receive support from the armed forces?

2    A.    Well, there are some documented cases establishing a

3    relationship between the armed forces and the paramilitary

4    forces for activities carried out in different parts of the

5    national territory.

6    Q.    Are you aware if Mr. Mancuso identified some high

7    ranking army officers and police officers who joined with the

8    AUC in fighting the guerrillas?

9    A.    Yes.  Well, in some instances I think he made reference

10   to a battalion in the Department of Cordoba.  And he also had

11   some type of a relationship with some military -- members of

12   the armed forces in Uraba in the northern part of Antioquia.

13   But those are things that did not come under the jurisdiction

14   of the Supreme Court.

15              MR. PEREZ:  I thank you, Mr. Velasquez, for being

16   here.  I have no further questions at this point.

17              THE COURT:  Do you have a lot or a little?

18              MR. LAYMON:  No, Your Honor, very brief.

19              THE COURT:  Okay.  We'll break for lunch when you

20   finish.

21              MR. LAYMON:  Thank you, Your Honor.

22                         CROSS-EXAMINATION

23   BY MR. LAYMON:

24   Q.    Senor Velasquez, when you first began testifying, you

25   described your job between 1991 and 1994.

1    A.   Yes.

2    Q.   And the interpretation of your answer was that you were

3    the Attorney General of the Nation?

4    A.   No.  I worked with the Attorney General's office of

5    Antioquia.  I was an attorney in that office.

6    Q.   Si. You stated in your testimony that you were not here

7    today to testify on behalf of the Colombian Supreme Court and

8    that is true; is it not?

9    A.   Yes.  I have no relationship with the Supreme Court,

10   nor am I here as their representative.  Nor have I been

11   delegated to come on their behalf.

12   Q.   Let me show you what I have marked as Government

13   Exhibit 1.

14        MR. PEREZ:  I object because he has already

15   admitted that he's not here on behalf of the country of

16   Colombia.  And this document that is supposed to be in

17   Spanish, all it says is that.  So I'm not disputing that he's

18   here as a witness.

19        THE COURT:  Okay.  But let him show it to him.

20   Overruled.

21   BY MR. LAYMON:

22   Q.   Do you recognize what I've marked as Government

23   Exhibit 1?  Do you recognize that signature?

24   A.   I recognize Jose Luis Barcelo Camacho, who is a

25   magistrate on the Supreme Court.  I don't have a sure memory

1   of his signature, but I do believe that's his.

2   Q.   All right.  So you would not deny that that is a letter

3   from the President of the Supreme Court?

4           THE COURT:  I'm sorry.  I don't know when it's

5   dated or what it says.

6           MR. LAYMON:  Oh, I'm coming to that, Judge.  I'm

7   going to get through it briefly, but I'm not done yet.

8   BY MR. LAYMON:

9   Q.   You would acknowledge that that is a letter from the

10  President of the Supreme Court?

11          MR. PEREZ:  Objection, Your Honor.  How would he

12  know?

13          THE COURT:  Well, I think he already said he thinks

14  it's his signature.  There's no dispute; is there?

15          MR. PEREZ:  No.

16  BY MR. LAYMON:

17  Q.   If I might show you the exhibit.

18          MR. LAYMON:  I'll be very quick, Your Honor.  If I

19  might approach?

20          THE COURT:  Sure.

21  BY MR. LAYMON:

22  Q.   Do you see that?

23  A.   Yes.

24  Q.   Do you see that the President of the Supreme Court has

25  said that neither the court nor the full chamber has

1    authorized you to take part in any matter, general or

2    specific, before United States authorities.  Do you see that?

3     A.   Yes.

4              MR. LAYMON:  I offer that in as Government's

5    Exhibit 1 and 1A.

6              THE COURT:  Any objection?

7              MR. PEREZ:  No objection.

8    BY MR. LAYMON:

9     Q.   Again, very quickly, Senor Velasquez, can you take a

10   look at what I marked as Government's Exhibit 2.

11             Do you recognize that document?

12    A.   Yes.  That's what I made reference to, which are

13   charges brought by the Attorney General against me.

14    Q.   So you don't -- you agree that that is a copy of the

15   investigative report and charges prepared against you; is that

16   right?

17             MR. PEREZ:  Judge, I disagree.  I object because

18   it's not a conviction.  It's not really relevant to any issue

19   of credibility.

20             THE COURT:  I didn't really think his credibility

21   is much at issue here, so I really am a little loss.

22             MR. PEREZ:  Yeah.

23             THE COURT:  I don't know.  I don't know how it's

24   taken us over two and a half hours for a witness who really

25   doesn't progress the ball very much on either side.

52

1          MR. LAYMON:  I'll move on, Your Honor.  I think we

2  got his answer.

3  BY MR. LAYMON:

4  Q.   Again, Senor Velasquez, I only have just a couple more

5  questions.  As you have candidly acknowledged, you were not

6  part of the Justice and Peace process.  That is correct; is it

7  not?

8  A.   Yes.  That's right.

9  Q.   And the cases that involved governors or former

10  governors was not under your purview; is that correct?

11  A.   That's right.  With regard to the investigation.  Now,

12  once charges were brought against these individuals, the case

13  would come to the Supreme Court and the commission did have a

14  role to play.  But it did not play any role in the

15  investigation, that was carried out by the office of the

16  prosecution.

17  Q.   Your job with the Supreme Court was to investigate

18  senators and congressmen; is that true?

19  A.   Yes.  Senators and representatives of the congress or

20  the chamber, that's how we call them in Colombia.

21  Q.   And you have mentioned here today a few names of

22  senators and congressmen that you identified that Mancuso --

23  Senor Mancuso provided you information about?

24  A.   Yes.

25  Q.   Let me ask you this.  Tell me if you agree with me.

1  The cases upon which you worked would take months, if not

2  years to investigate?

3     A.   Yes.

4     Q.   You and the investigators that worked for you were very

5  thorough, isn't that correct?

6     A.   I would suppose so.  Yes.

7     Q.   And that thoroughness involved interviews of many

8  witnesses and any individual senator or congressional case; is

9  that correct?

10     A.   Yes.

11     Q.   And there were other AUC commanders and AUC leaders and

12  AUC personnel that provided information to you and your

13  investigators; is that correct?

14     A.   Yes.

15     Q.   And oftentimes their information was helpful as well?

16     A.   Yes.

17     Q.   So that when your office finished its investigation of

18  a particular senator or a particular congressman, that report

19  contained the testimony of many witnesses; isn't that correct?

20     A.   Yes.  In keeping with the investigation that was

21  carried on -- carried out, all the evidence had to be

22  presented in the report.

23     Q.   And, lastly, Senor Velasquez, you testified that

24  Mr. Mancuso talked about concerns he had for his family.  Yes?

25     A.   Yes.

1    Q.   You have, as you sit here today, you have no

2    information that Mr. Mancuso's family was ever harmed; do you?

3    A.   I don't remember that anything of that sort was ever

4    reported.

5    Q.   Lastly, were you aware that Mr. Mancuso's wife

6    surrendered or gave up, in the Justice and Peace process,

7    1.4 billion pesos?

8                  INTERPRETER:  The interpreter asks:  1.4 billion?

9                  MR. LAYMON:  Yes.  Billion with a B.

10                 THE WITNESS:  No, I didn't know that.

11   BY MR. LAYMON:

12   Q.   Would you at least agree that 1.4 billion pesos is a

13   lot of money in Colombia?

14                 MR. PEREZ:  Objection to the --

15                 THE COURT:  Sustained.  I don't know what it means

16   in U.S. dollars.

17                 INTERPRETER:  The interpreter would correct the

18   figure.

19                 THE WITNESS:  I don't know anything about that.

20                 MR. LAYMON:  All right.  No further questions, Your

21   Honor.  Thank you.

22                 THE COURT:  Okay.  Can you just kindly tell me how

23   much is 1.4 billion pesos?

24                 MR. PEREZ:  Right now the rate of exchange is about

25   2,000 pesos per dollar.  So we have to divide it -- what it

1   is.  That was his part of the reparations that he was paying

2   to the victims.

3              THE COURT:  What is that in dollars?

4              MR. PEREZ:  I'm not very good at math, but I'll

5   provide you with that.  I guess we have to divide it into

6   2,000 and it would be a very significant amount.

7              MR. LAYMON:  Your Honor, we calculated the amount

8   yesterday, given the value of the dollar against the peso, and

9   it was between half a million dollars and $600,000.

10             THE COURT:  Okay.  Well, if you can get more

11  specific.

12             MR. PEREZ:  The rate of the peso now is different

13  than when the -- just one question about safety.

14                      REDIRECT EXAMINATION

15  BY MR. PEREZ:

16   Q.   Are you aware in 2007 one of Salvatore Mancuso's son

17  was the subject of an assassination attack?  Do you remember?

18   A.   I don't remember.  Just from what was mentioned today,

19  I remembered that the National Protection Unit was asked to

20  provide protection.  They were trying to find a way or how

21  Mr. Mancuso could qualify to be provided with protection for

22  his family, but they were unable to do so.  That's all I

23  remember.  Nothing regarding specific cases.

24   Q.   And then, finally.  Mr. Laymon told you that there were

25  many witnesses that you heard from, and among those witnesses

1   that you heard from was Salvatore Mancuso one of the most

2   important witnesses that you used in your investigations?

3               MR. LAYMON:  Objection, Your Honor.

4               THE COURT:  I agree.  But let me see if he can

5   answer this.  Let's cut through this.  Can you answer that?

6               THE WITNESS:  Yes.  He was an important witness in

7   the investigation.

8               MR. PEREZ:  No further questions.

9               THE COURT:  Okay.  Can we excuse the witness,

10  please.

11              MR. PEREZ:  Yes.

12              THE COURT:  Okay.  Let us discuss scheduling.

13  Mr. Perez, where are we going here?  If we have four more

14  witnesses -- I can't do four more witnesses today.

15              MR. LAYMON:  Judge, the Government has two

16  witnesses that we really do need to call today.  I would

17  propose that we call them after lunch.  I think we can get

18  through their testimony this afternoon.

19              THE COURT:  What about the rest of his?  Where are

20  they coming from?

21              MR. PEREZ:  One of them is Mr. Robert Spelke.

22              THE COURT:  He can come a different day.

23              MR. PEREZ:  Yeah.  And the other one is somebody

24  who came in from the Organization of American States is here,

25  and his testimony should be very brief.

1          THE COURT:  Well, I would have thought this

2    gentleman would have been very brief.  How long are your two

3    witnesses?

4          MR. LAYMON:  Your Honor --

5          THE COURT:  It seems to me we're really chasing a

6    lot of butterflies.  I read what the Government says.  They

7    acknowledge a great deal of assistance here.  It's not as if

8    they don't knowledge it.  It's not for me to decide, you know,

9    whether he's the best witness in Colombia or not.  It's just

10   not.  It's not necessary nor will it make a difference.

11          So I just -- I hope we can keep this limited.  What

12   are your witnesses about?

13          MR. LAYMON:  Your Honor, we have two witnesses from

14   the Justice and Peace part of this.

15          THE COURT:  Okay.

16          MR. LAYMON:  I believe we can get through their

17   testimony fairly efficiency.

18          THE COURT:  An hour total?

19          MR. LAYMON:  Well, because of the translations --

20   if we were speaking English, yes.  But it may take a little

21   longer because of the back and forth.  But I think we can get

22   through it quickly.  It may take two hours.

23          THE COURT:  I don't know.  Two hours.  Mr. Spelke

24   can testify.  I don't think we're going to get to sentencing

25   on the 7th.  I mean, let's be realistic.  You can't hear

1    testimony and then go immediately to sentencing, so we'll have

2    to pick a different date.  If we have to hear Mr. Spelke, we

3    can do it in the morning, I guess.  But let's see where we end

4    off here.  I have a conference call at 4:00 o'clock.  We'll

5    resume at 2:00.  Thank you.

6             I expect both of you to move this along though.

7    Okay.

8    LUNCHEON RECESS AT 12:50 P.M.

9

10

11             C E R T I F I C A T E

12             I, Lisa M. Foradori, RPR, FCRR, certify that

13    the foregoing is a correct transcript from the record of

14    proceedings in the above-titled matter.

15

16

17

18    Date:_____        _____

19                               Lisa M. Foradori, RPR, FCRR

20

21

22

23

24

25

59

**$**

**$600,000 [1]**  55/9

**0**

**02 [1]**  1/3
**02-388 [1]**  3/2
**02-388-02 [1]**  1/3

**1**

**1.4 [1]**  54/23
**1.4 billion [3]**  54/7 54/8 54/12
**10 [1]**  2/4
**10:20 [1]**  1/5
**114 [1]**  7/16
**12 [1]**  33/15
**1286 [1]**  1/15
**12:50 P.M [1]**  58/8
**13 [1]**  33/15
**145 [1]**  1/14
**16 [2]**  31/24 32/12
**18 [1]**  1/5
**18th [1]**  4/22
**1983 [1]**  10/17
**1990s [1]**  47/20
**1991 [2]**  10/21 48/25
**1994 [2]**  10/21 48/25
**1997 [1]**  10/23
**1999 [1]**  10/23
**1A [1]**  51/5

**2**

**2,000 [2]**  54/25 55/6
**200 [1]**  1/17
**2000 [3]**  10/24 11/3 33/15
**20001 [1]**  1/22
**2000s [3]**  45/16 47/4 47/21
**2001 [5]**  15/3 15/24 46/17 46/21 46/24
**2002 [9]**  15/4 15/6 15/7 15/8 24/5 24/13
35/24 38/3 46/19
**2004 [1]**  20/23
**2005 [1]**  18/17
**2006 [5]**  11/3 11/4 25/9 25/10 33/17
**2007 [5]**  12/2 12/21 17/18 33/18 55/16
**2008 [11]**  25/3 25/17 26/1 26/25 26/25
27/8 27/10 27/11 28/15 39/8 39/21
**2010 [2]**  33/10 35/24
**2012 [10]**  10/24 11/4 11/19 11/20 30/14
33/10 33/18 42/25 43/9 43/15
**2013 [2]**  10/13 44/2
**2014 [2]**  41/16 41/17
**2015 [1]**  1/5
**202 [2]**  1/15 1/22
**20530 [1]**  1/14
**23rd [1]**  15/3
**25th [4]**  5/11 5/11 5/13 5/16
**261-4000 [1]**  1/18
**29 [2]**  8/8 8/16
**2:00 [1]**  58/5

**3**

**30 [1]**  13/21
**305 [1]**  1/18
**30th [1]**  5/1
**3269 [1]**  1/22
**33155 [1]**  1/18
**333 [1]**  1/21
**35 percent [4]**  13/21 14/3 37/22 38/2
**354-3269 [1]**  1/22
**388 [1]**  3/2
**3rd [2]**  5/6 5/9

**4**

**4000 [1]**  1/18

**48 [1]**  5/24
**4:00 o'clock [1]**  58/4

**5**

**50 [1]**  47/6
**514-1286 [1]**  1/15
**52 [1]**  41/15
**53 [1]**  41/15
**54 [4]**  14/7 45/4 45/6 45/7
**55 [1]**  2/4

**6**

**60 [1]**  8/6
**60s [1]**  47/1
**66 [2]**  27/13 27/15
**67 [3]**  8/9 8/18 9/2
**6706 [1]**  1/21
**6780 [1]**  1/17

**7**

**7th [3]**  9/4 9/9 57/25

**8**

**80s [1]**  46/24

**9**

**90s [1]**  46/25 47/3
**975 [1]**  18/16

**A**

**a.m [1]**  1/5
**ability [1]**  26/14
**able [9]**  22/24 25/22 26/17 26/17 31/3
31/5 33/9 39/22 45/14
**about [46]**  3/21 6/5 6/10 7/14 11/6 13/14
13/15 15/17 16/18 17/8 18/24 19/6
19/15 22/12 23/1 23/9 23/20 23/23
25/19 25/22 26/7 26/8 27/5 29/12 30/12
30/14 30/19 33/1 33/23 33/24 34/9
35/11 39/11 41/2 43/2 43/10 44/6 44/12
46/18 52/23 53/24 54/19 54/24 55/13
59/19 57/12
**above [1]**  58/14
**above-titled [1]**  58/14
**absolutely [2]**  7/12 44/14
**abundance [1]**  7/8
**access [2]**  31/11 32/7
**acclaimed [1]**  44/19
**according [1]**  22/23
**accounts [1]**  26/23
**accurate [1]**  42/15
**accusatory [1]**  11/13
**accused [3]**  37/1 44/9 44/15
**acknowledge [3]**  38/24 50/9 57/7
**acknowledged [1]**  52/5
**Act [2]**  20/23 41/18
**acted [2]**  11/3 47/24
**action [3]**  44/4 44/7 44/8
**active [1]**  47/11
**activities [13]**  6/17 6/20 18/14 19/4 19/6
21/25 29/22 30/4 30/6 30/16 47/9 47/24
48/4
**activity [2]**  18/25 29/14
**actually [10]**  6/19 15/20 18/12 19/21
21/9 25/9 29/21 34/25 44/3 45/13
**addendum [1]**  7/17
**addition [1]**  10/18
**additional [2]**  4/21 4/24
**adequate [1]**  19/7
**administration [1]**  37/21
**administrative [1]**  44/7
**admit [1]**  8/13
**admitted [5]**  8/4 9/3 32/12 34/19 49/15
**advise [1]**  9/8

**affect [1]**  26/9
**afforded [1]**  40/4
**after [7]**  4/13 10/21 37/20 39/12 44/2
44/21 56/17
**afternoon [1]**  56/18
**again [5]**  5/12 7/2 24/17 51/9 52/4
**against [19]**  10/7 23/11 24/8 24/19
24/25 29/22 39/20 39/24 40/23 41/4
43/13 44/1 44/4 44/4 47/24 51/13 51/15
52/12 55/8
**agency [1]**  20/25
**agent [1]**  23/6
**agents [1]**  32/8
**ago [1]**  37/19
**agree [7]**  38/23 41/4 42/9 51/14 52/25
54/12 56/4
**agreed [5]**  9/2 17/18 38/9 38/22 42/21
**agreement [5]**  10/9 14/19 25/10 28/16
42/9
**ahead [1]**  4/9
**aided [1]**  1/25
**Alfonso [7]**  21/16 22/21 23/5 34/25 35/9
36/11 36/21
**aligned [1]**  36/19
**all [17]**  5/16 8/25 18/24 19/5 20/5 29/19
34/1 38/5 39/3 40/25 41/20 45/12 49/17
50/2 53/21 54/20 55/22
**allegations [2]**  24/8 24/19
**allowed [3]**  46/13 46/15 46/16
**almost [2]**  39/10 45/14
**along [1]**  58/6
**already [6]**  6/14 6/14 8/12 25/13 49/14
50/13
**also [8]**  12/24 16/7 18/2 35/11 37/24
41/3 47/24 48/10
**although [2]**  7/8 8/9
**Alvaro [6]**  15/9 35/21 35/22 35/24 36/17
37/12
**always [4]**  18/1 31/8 47/8 47/23
**am [7]**  10/15 29/21 29/23 30/2 30/11
49/10 51/21
**ambassador [3]**  15/15 15/25 16/1
**AMERICA [2]**  1/3 3/3
**American [1]**  56/24
**amnest [1]**  41/25
**among [3]**  12/15 17/15 55/25
**amount [5]**  4/24 17/7 43/14 55/6 55/7
**and 2010 [1]**  33/24
**and 2012 [3]**  11/4 33/10 33/18
**another [6]**  4/5 4/5 16/3 18/4 35/11
36/22
**answer [7]**  21/6 39/6 39/11 49/2 52/2
56/5 56/5
**answering [1]**  42/19
**Antioquia [2]**  48/12 49/5
**any [19]**  6/24 7/3 7/25 10/18 10/19 18/1
18/2 24/25 29/3 29/6 32/6 32/6 33/22
38/7 51/1 51/6 51/18 52/14 53/8
**anyone [1]**  29/16
**anything [6]**  19/21 26/4 30/2 43/25 54/3
54/19
**apologize [1]**  35/5
**Apparently [1]**  42/21
**Appeals [1]**  42/6
**appear [1]**  34/25
**appearances [2]**  1/11 17/19
**appeared [4]**  15/11 22/11 26/1 41/13
**appears [5]**  15/2 28/22 29/1 35/20 37/11
**applies [1]**  7/10
**apply [1]**  7/22
**appointed [2]**  15/24 16/2
**approach [1]**  50/19
**appropriate [1]**  6/1
**approval [1]**  21/8

Case 1:02-cr-00388-ESH   Document 541   Filed 04/17/19   Page 60 of 68

# A

approximately [1] 33/18
April [5] 3/9 5/6 5/9 5/13 9/9
April 25th [1] 5/13
April 3rd [2] 5/6 5/9
April 7th [1] 9/9
Arana [4] 15/12 15/19 16/3 16/16
are [43] 4/9 5/2 6/5 6/13 6/14 6/16
7/6 7/7 7/20 8/4 8/17 8/18 8/25 9/1 9/2
10/5 10/14 15/10 15/23 18/23 28/4 28/7
28/20 29/13 29/13 29/17 29/20 34/8
34/21 38/7 39/15 39/21 41/20 48/2 48/6
48/13 51/2 55/16 56/13 56/19 57/2
57/12
area [1] 45/24
areas [1] 20/8
argument [1] 38/6
arisen [1] 40/3
arm [1] 47/13
armed [4] 47/11 48/1 48/3 48/12
armies [1] 47/11
army [1] 48/7
arose [1] 38/19
arranging [1] 31/9
arrived [1] 25/25
as [67]
ask [12] 4/20 5/4 7/9 8/13 14/8 27/13
32/21 34/20 40/11 42/11 44/12 52/25
asked [6] 32/16 42/20 43/20 43/21
46/20 55/19
asking [1] 4/23
asks [1] 54/8
aspects [1] 38/14
assassination [1] 55/17
assistance [4] 6/6 23/11 31/7 57/7
assistant [8] 10/24 11/1 11/18 12/8
13/24 28/18 28/19 30/4
assisted [2] 38/16 38/16
associated [3] 10/19 14/4 38/4
attache [1] 31/7 32/5
attached [1] 8/21
attack [1] 55/17
attending [1] 45/13
attention [3] 17/12 24/9 24/20
attorney [12] 10/4 10/14 10/15 10/16
10/18 10/20 42/11 44/3 49/3 49/4 49/5
51/13
attorney's [1] 10/22
AUC [12] 14/4 16/21 33/25 38/5 45/18
47/13 47/20 47/23 48/8 53/11 53/11
53/12
audiotape [2] 28/9 32/2
August [1] 43/18
authorities [2] 45/25 51/2
authority [5] 6/1 20/9 20/9 37/9 44/9
authorized [1] 51/1
Avenue [1] 1/21
aware [6] 25/4 39/21 39/24 48/6 54/5
55/16

# B

baby [1] 35/25
back [6] 7/9 7/11 31/14 37/6 46/25
57/21
backs [1] 29/4
ball [1] 51/25
Barcelo [1] 49/24
based [1] 47/10
basically [4] 19/18 43/20 44/6 45/21
battalion [1] 48/10
be [57] 3/19 3/24 4/13 4/21 4/23 5/8
5/10 5/10 5/25 6/4 6/7 6/10 6/16 6/23
6/25 7/21 8/5 8/10 9/3 15/3 17/24 18/18

18/20 19/6 24/2 25/23 26/16 28/17 28/19
28/22 29/1 29/11 29/24 30/1 31/3 31/5
32/7 33/9 36/8 36/15 37/11 37/12 38/6
38/7 38/21 39/22 42/3 42/12 42/16
45/14 49/16 50/18 53/21 55/6 55/21
56/25 57/25
became [8] 11/23 15/15 22/21 22/23
23/6 25/4 25/12 47/13
because [28] 4/2 6/11 16/9 16/20 17/14
21/25 22/20 22/20 23/25 25/22 26/5
26/16 27/3 28/19 30/13 31/19 32/16
34/4 34/10 36/19 37/6 37/20 40/2 40/3
49/14 51/17 57/19 57/21
become [5] 10/16 10/19 14/13 15/24
38/5
been [18] 3/5 5/21 7/16 8/12 8/21 9/15
9/20 12/2 13/17 25/4 26/11 30/13 33/12
39/24 41/23 47/8 49/10 57/3
before [28] 1/9 3/25 5/1 5/18 5/22 7/18
8/12 10/14 14/20 15/21 18/7 20/23 25/1
25/10 26/1 26/12 26/21 26/24 28/16
29/5 29/6 30/8 32/4 33/20 35/6 39/12
43/25 51/2
began [3] 13/22 46/24 48/24
begin [1] 8/2
beginning [4] 13/18 34/16 47/3 47/21
behalf [8] 13/1 29/17 29/22 29/24 43/5
49/7 49/11 49/15
behind [1] 19/10
being [11] 10/18 18/3 18/6 19/9 22/1
26/13 27/1 27/8 34/22 37/14 48/15
believe [13] 4/21 5/14 6/24 8/6 9/5 18/6
35/5 35/8 35/16 43/17 46/17 50/1 57/16
bellsouth.net [1] 1/19
belong [1] 19/21
belonged [1] 23/24
belonging [1] 43/22
below [1] 32/4
bench [1] 6/8
best [1] 57/9
better [1] 3/23
between [15] 10/9 10/21 10/23 11/3 11/4
13/10 16/21 33/2 33/10 33/17 35/24
46/13 48/3 48/25 55/9
Between 2000 [1] 11/3
between 2002 [1] 35/24
Between 2006 [1] 33/17
between 2010 [1] 33/10
Beyond [1] 39/2
billion [5] 54/7 54/8 54/9 54/12 54/23
bit [1] 25/10
block [1] 21/5
boils [1] 43/11
Bolivar [3] 21/19 22/2 41/1
both [7] 6/19 16/12 18/7 18/7 21/21 36/5
58/6
box [1] 9/17
branch [1] 40/8
break [1] 48/19
brief [4] 3/25 48/18 56/25 57/2
briefly [4] 18/9 21/12 39/7 50/7
brought [4] 15/21 23/25 51/13 52/12
building [1] 37/20
built [1] 15/21
butterflies [1] 57/6

# C

C-A-B-R-A-L-E-S [1] 27/7
Cabrales [4] 27/5 27/6 27/7 39/17
calculated [1] 55/7
call [13] 3/15 4/10 5/16 9/4 9/9 9/12
9/14 12/24 20/14 52/20 56/16 56/17
58/4
called [2] 33/11 37/15

came [7] 11/23 19/15 19/16 25/15 31/15
33/11 56/24
campaign [3] 24/5 24/6 24/6
Campo [1] 21/16
can [26] 4/20 13/10 20/12 23/22 29/24
31/14 33/14 36/23 39/3 39/5 39/7 40/20
45/10 51/9 54/22 55/10 56/4 56/5 56/9
56/17 56/22 57/11 57/16 57/21 57/24
58/3
can't [5] 4/18 26/4 36/7 56/14 57/25
candidly [1] 52/5
capacity [1] 12/6
carried [11] 18/3 18/4 18/15 26/13 30/4
47/5 47/9 48/4 52/15 53/21 53/21
carry [1] 20/7
carrying [2] 29/21 47/23
case [10] 5/20 5/20 5/22 15/21 28/7
39/13 40/15 42/8 52/12 53/8
cases [5] 11/10 48/2 52/9 53/1 55/23
Castano [1] 13/19
caution [1] 7/8
certain [9] 5/21 7/20 13/19 14/25 26/21
32/2 33/16 43/21 43/22
certainly [1] 6/21
certify [1] 58/12
chamber [3] 35/15 50/25 52/20
channels [1] 31/5
charged [1] 46/6
charges [3] 51/13 51/15 52/12
chasing [1] 57/5
chief [1] 11/22
Chile [2] 15/15 16/1
circumstances [1] 12/10
citizen [1] 21/10
City [2] 22/23 35/13
civil [1] 45/17
clarify [4] 20/3 20/12 20/18 22/19
clear [4] 15/17 18/2 29/13 30/17
clearly [1] 28/13 36/7
close [2] 34/23 35/6
closed [1] 6/8
closely [1] 36/19
collaboration [2] 13/14 13/15
Colombia [51] 4/12 6/12 6/13 10/16
10/19 11/2 11/8 11/10 11/12 11/14
11/22 12/3 12/4 13/20 13/22 15/4 17/1
17/24 17/25 22/10 25/8 25/18 26/2
27/13 28/5 30/20 31/8 31/21 32/6 33/5
33/25 34/14 34/16 35/22 37/21 37/22
40/15 41/5 41/9 42/12 44/18 45/5 45/16
45/21 46/21 47/3 47/6 49/16 52/20
54/13 57/9
Colombia's [1] 28/24
Colombian [9] 4/2 9/7 10/14 10/15 15/15
42/11 43/5 43/7 49/7
COLUMBIA [1] 1/1
column [2] 21/17 22/12
come [10] 9/16 25/3 30/23 31/19 33/10
33/15 48/13 49/11 52/13 56/22
comes [2] 11/13 21/9
coming [4] 4/19 43/2 50/6 56/20
command [1] 21/3
commander [1] 21/5
commanders [1] 53/11
commission [6] 11/15 12/14 19/20
29/22 43/16 52/13
commissioner [2] 10/6 10/6
commitment [1] 30/7
competence [1] 37/8
competency [3] 12/19 12/19 37/7
compiled [1] 20/6
complaint [3] 43/13 44/1 44/4
complied [2] 19/18 41/17

**C**

**complying [1]** 41/19
**Composite [1]** 36/3
**computer [1]** 1/25
**computer-aided [1]** 1/25
**concern [5]** 6/6 12/16 34/9 38/25 39/6
**concerned [2]** 26/7
**concerns [3]** 26/2 26/20 53/24
**conduct [1]** 32/2
**conducted [3]** 12/13 22/1 22/2
**conducting [1]** 13/4
**conference [2]** 26/19 58/4
**confessions [1]** 19/5
**confrontations [1]** 47/8
**confronting [1]** 47/21
**congress [11]** 11/6 11/16 13/15 13/16
13/21 14/4 15/18 33/2 35/10 37/8 52/19
**congressional [3]** 15/5 24/2 53/8
**congressman [1]** 53/18
**congressmen [10]** 16/11 16/24 17/15
23/11 27/4 37/22 45/5 45/20 52/18
52/22
**connection [3]** 13/10 23/17 25/3
**connections [1]** 33/2
**consecutive [1]** 42/12
**constantly [1]** 18/7
**Constitution [1]** 1/21
**consultations [1]** 25/23
**consulted [1]** 25/19
**contained [1]** 53/19
**contains [2]** 14/25 45/23
**content [1]** 29/12
**contested [1]** 38/8
**context [2]** 9/8 11/21
**continue [5]** 26/2 26/14 27/20 27/22
28/8
**contrary [1]** 44/17
**control [1]** 46/22
**convicted [16]** 17/13 21/20 21/21 22/9
22/16 22/17 24/12 35/17 35/18 35/20
36/19 37/3 37/14 40/14 41/8 41/10
**conviction [3]** 21/23 22/18 51/18
**convictions [1]** 38/19
**cooperated [1]** 30/11
**cooperation [1]** 4/1 9/7 30/19
**coordinator [3]** 11/18 43/16 43/23
**copied [1]** 43/21
**copies [2]** 7/19 44/8
**copy [2]** 8/7 51/14
**Coral [1]** 1/17
**Cordoba [9]** 16/7 16/22 17/3 23/7 24/7
40/18 40/19 41/2 48/10
**correct [17]** 3/9 3/10 3/11 11/25 12/17
20/19 30/21 43/3 43/14 52/6 52/10 53/5
53/9 53/13 53/19 54/17 58/13
**could [9]** 20/2 20/7 27/3 31/11 31/20
36/8 36/15 40/11 55/21
**couldn't [3]** 16/17 17/14 34/17
**Council [3]** 22/22 22/23 35/14
**Counsel [1]** 24/14
**counsel's [1]** 35/3
**counterinsurgency [1]** 47/24
**country [11]** 10/21 13/13 15/25 18/15
24/3 31/10 45/17 46/23 47/10 47/12
49/15
**couple [1]** 52/4
**course [2]** 26/10 33/8
**court [108]**
**Court's [5]** 19/25 20/9 39/6 39/11 42/19
**Courthouse [1]** 1/21
**courtroom [3]** 28/22 28/23 28/25
**courts [1]** 22/10
**cousin [2]** 23/15 24/11

**covered [1]** 57/19
**CR [1]** 1/3
**create [1]** 46/3
**credibility [2]** 51/19 51/20
**credit [2]** 25/11 42/4
**criminal [3]** 3/2 28/6 43/19
**CROSS [2]** 2/2 48/22
**CROSS-EXAMINATION [1]** 48/22
**crucial [1]** 45/4
**Currently [1]** 10/6
**cut [1]** 56/5

**D**

**danger [1]** 41/6
**Dangerous [1]** 1/13
**date [5]** 4/15 4/19 39/22 58/2 58/18
**dated [1]** 50/5
**day [7]** 3/24 4/5 9/10 15/3 18/12 28/17
56/22
**days [6]** 4/21 5/3 5/5 30/2 32/2 32/21
**DC [3]** 1/4 1/14 1/22
**de [9]** 22/7 22/11 23/5 23/10 34/25 35/5
35/9 36/11 36/21
**DEA [1]** 32/8
**deal [1]** 57/7
**dealt [2]** 16/20 30/15
**December [1]** 46/17
**decide [1]** 57/8
**decided [1]** 12/10
**decision [3]** 41/11 41/20 42/6
**defendant [5]** 1/6 1/16 2/3 3/4 5/10
**Defendant's [1]** 8/5
**defense [2]** 7/22 8/16
**delegated [1]** 49/11
**demobilization [1]** 18/12
**demobilizing [3]** 20/25 21/2 21/5
**deny [1]** 50/2
**department [13]** 1/12 6/1 16/7 16/22
16/25 21/18 21/19 22/2 32/8 34/5 40/18
40/19 48/10
**depicted [4]** 27/14 28/22 34/21 39/16
**depicts [1]** 28/3
**described [2]** 34/22 48/25
**descriptions [2]** 19/7 19/23
**details [1]** 22/12
**developed [2]** 4/1 18/23
**did [32]** 4/17 7/7 10/16 10/18 11/11 12/1
12/6 13/16 14/1 19/19 19/21 19/22 20/1
23/6 24/8 24/20 25/3 26/13 28/12 29/6
32/10 33/19 33/22 39/18 39/19 42/9
43/23 44/4 48/1 48/13 52/13 52/14
**didn't [6]** 9/11 20/2 43/14 44/3 51/20
54/10
**difference [1]** 57/10
**different [9]** 6/7 11/9 17/25 45/17 46/22
48/4 55/12 56/22 58/2
**differently [1]** 8/17
**difficult [2]** 26/23 29/4
**difficulties [1]** 34/2
**difficulty [1]** 38/12
**dignitaries [1]** 4/3
**DIRECT [2]** 2/2 10/1
**directing [1]** 42/16
**director [1]** 10/22
**disagree [2]** 42/15 51/17
**disciplinary [1]** 44/7
**discuss [4]** 24/2 29/6 33/19 56/12
**discussed [1]** 21/20
**dispute [2]** 43/9 50/14
**disputing [1]** 49/17
**DISTRICT [3]** 1/1 1/1 1/10
**divide [1]** 54/25 55/5
**divided [1]** 46/22
**division [1]** 43/19

**do [64]**
**document [17]** 7/16 7/18 13/7 14/9 15/1
15/11 15/24 19/17 21/15 22/9 45/4
45/20 46/9 46/12 46/17 49/16 51/11
**documentation [1]** 43/21
**documented [1]** 48/2
**does [5]** 37/17 40/12 45/8 45/10 47/7
**doesn't [1]** 51/25
**doing [3]** 13/5 38/23 43/25
**dollar [2]** 54/25 55/8
**dollars [3]** 54/16 55/3 55/9
**don't [32]** 5/4 5/25 6/24 7/5 7/17 8/7
9/12 16/1 21/1 21/11 22/13 25/2 25/2
33/13 36/14 38/20 39/2 40/25 41/13
47/16 49/25 50/4 51/14 51/23 51/23
54/3 54/15 54/19 55/18 57/8 57/23
57/24
**done [2]** 19/7 50/7
**down [3]** 27/16 43/12 46/18
**driving [1]** 19/10
**drug [3]** 1/13 6/17 6/20
**due [1]** 4/23
**duly [1]** 9/20
**during [3]** 33/7 33/22 44/17
**duties [4]** 13/4 13/5 43/23 44/9
**duty [1]** 44/10

**E**

**early [1]** 45/16
**early 2000s [1]** 45/16
**easier [1]** 8/24
**efficiency [1]** 57/17
**effort [1]** 22/4
**eight [3]** 19/1 41/24 42/3
**either [2]** 32/8 51/25
**Eleanora [3]** 22/22 23/6 35/13
**elected [5]** 15/7 15/7 15/9 38/3 38/4
**election [1]** 15/6
**elections [7]** 15/4 15/5 22/1 22/5 24/2
24/2 46/19
**electoral [1]** 16/24
**elements [1]** 11/7
**ELLEN [1]** 1/9
**ELMO [1]** 31/15
**embassy [2]** 31/8 32/5
**embracing [1]** 37/11
**employed [1]** 10/5
**end [1]** 58/3
**English [4]** 20/16 31/25 37/24 57/20
**enjoyed [1]** 13/21
**entail [1]** 11/11
**entire [1]** 27/11
**entity [1]** 10/19
**equivalent [2]** 20/13 44/24
**Escobar [2]** 21/16 23/16
**especially [1]** 29/14
**Espriella [10]** 22/8 22/11 22/22 23/5
23/10 35/1 35/5 35/9 36/11 36/21
**ESQUIRE [2]** 1/12 1/16
**essence [1]** 47/13
**essential [2]** 32/17 46/10
**establish [1]** 38/1
**establishes [1]** 18/17
**establishing [1]** 48/2
**even [4]** 31/16 33/12 42/9 47/16
**event [1]** 44/6
**events [5]** 18/24 19/14 20/2 43/19 43/24
**eventually [1]** 22/9
**ever [4]** 40/4 44/1 54/2 54/3
**everybody [1]** 38/22
**everything [5]** 7/19 8/12 19/7 42/1 42/2
**evidence [4]** 3/8 31/22 32/13 53/21
**exact [2]** 33/14 39/22
**exactly [4]** 11/11 33/9 34/17 43/15

**E**

**EXAMINATION [3]** 10/1 48/22 55/14
**examined [1]** 9/20
**example [1]** 6/4
**exceeded [1]** 44/9
**exchange [1]** 54/24
**excuse [1]** 56/9
**executed [1]** 15/1
**executive [1]** 40/9
**exhibit [20]** 14/7 21/12 27/12 27/15 31/24 32/11 32/12 34/19 36/2 36/4 36/22 39/8 39/16 41/15 45/4 49/13 49/23 50/17 51/5 51/10
**exhibits [5]** 8/4 8/5 8/17 8/18 8/25
**exist [1]** 14/1
**existed [1]** 16/21
**expect [2]** 7/18 58/6
**expenses [1]** 29/20
**explain [4]** 7/4 13/10 18/9 23/22
**exposed [1]** 41/6
**expressed [2]** 34/9 38/25
**extend [1]** 4/23
**extent [2]** 4/1 9/7
**extra [2]** 5/3 5/5
**extradited [6]** 25/1 25/4 26/11 30/22 33/15 35/23
**extraditing [1]** 25/19
**extradition [2]** 23/13 26/20

**F**

**fact [7]** 26/10 28/18 29/9 29/19 31/14 33/23 43/9
**factions [2]** 45/17 45/18
**fairly [2]** 7/2 57/17
**Falkner [1]** 32/7
**family [15]** 29/20 34/6 34/7 34/9 38/22 38/25 39/24 40/3 40/5 40/17 41/2 41/6 53/24 54/2 55/22
**far [6]** 15/2 16/15 38/10 40/6 40/6 41/11
**FARC [2]** 45/19 47/21
**farm [1]** 23/24
**FCRR [3]** 1/20 58/12 58/19
**fear [2]** 34/6 38/25
**federal [2]** 31/9 32/9
**fell [2]** 18/16 20/8
**felons [1]** 35/20
**few [3]** 8/16 9/2 52/21
**fight [1]** 47/14
**fighting [2]** 46/22 48/8
**figure [1]** 54/18
**file [3]** 7/11 7/19 7/19
**filed [2]** 7/17 43/13
**files [3]** 43/12 43/22 44/8
**filing [3]** 5/10 5/21 7/20
**final [1]** 46/9
**finally [1]** 55/24
**find [3]** 13/16 45/16 55/20
**findings [1]** 41/16
**fine [5]** 3/6 4/9 4/14 5/8 8/15
**finish [4]** 21/12 39/9 42/22 48/20
**finished [1]** 53/17
**first [7]** 3/19 4/7 5/17 5/19 9/20 25/7 48/24
**five [2]** 19/1 33/8
**FL [1]** 1/18
**focus [1]** 4/4
**focused [1]** 29/15
**fold [1]** 42/14
**following [2]** 21/18 39/6
**follows [1]** 9/21
**Foradori [3]** 1/20 58/12 58/19
**force [1]** 19/10
**forces [4]** 48/1 48/3 48/4 48/12

**foregoing [1]** 58/11
**foreign [2]** 4/3 15/25
**Forgive [1]** 47/18
**forgot [1]** 24/16
**former [2]** 28/1 52/9
**forth [1]** 57/21
**found [2]** 15/22 41/17
**four [5]** 3/18 29/1 33/11 56/13 56/14
**framework [1]** 18/17
**fraught [1]** 34/2
**free [3]** 19/12 20/14 20/16
**friendship [1]** 13/21
**front [1]** 29/1
**fronts [1]** 18/7
**fulfill [1]** 31/3
**fulfilled [1]** 11/19
**fulfilling [1]** 13/4
**full [5]** 25/21 25/24 26/23 28/21 50/25
**function [2]** 11/19 16/6
**functionary [1]** 26/6
**functions [1]** 11/1
**further [3]** 48/16 54/20 56/8
**future [1]** 38/5

**G**

**gaps [3]** 8/10 9/1 30/12
**gave [2]** 13/19 54/6
**general [8]** 10/20 38/15 38/19 42/11 44/3 49/3 51/1 51/13
**General's [1]** 49/4
**generated [1]** 43/18
**gentleman [4]** 15/19 22/14 39/13 57/2
**get [17]** 7/3 13/14 19/5 26/17 26/23 31/6 31/20 31/22 32/7 33/4 42/4 50/7 55/10 56/17 57/16 57/21 57/24
**getting [3]** 19/24 21/7 29/16
**Give [1]** 45/2
**given [4]** 21/22 28/18 29/12 55/8
**go [8]** 4/9 7/9 7/11 9/2 31/4 31/14 39/5 58/1
**goes [1]** 18/12
**going [22]** 4/10 5/2 6/10 6/16 14/7 14/7 18/4 22/6 23/13 26/20 27/12 27/13 29/11 31/9 34/19 34/20 38/7 39/9 46/18 50/7 56/13 57/24
**GOMEZ [5]** 1/6 3/3 3/7 9/19 10/4
**gone [1]** 29/13
**Gonzalez [1]** 27/25
**good [2]** 3/6 55/4
**got [3]** 20/2 46/5 52/2
**government [14]** 1/3 1/12 3/4 3/12 6/2 7/11 42/9 43/5 43/7 47/9 49/12 49/22 56/15 57/6
**Government's [6]** 6/3 7/20 51/4 51/10
**governor [9]** 15/12 15/14 16/7 16/10 16/19 16/24 17/5 36/23 37/14
**governors [2]** 52/9 52/10
**great [2]** 31/7 57/7
**greater [1]** 46/13
**group [2]** 11/18 13/24
**groups [4]** 13/21 46/14 46/22
**Guatemala [5]** 10/7 10/10 10/12 29/15 29/23
**guerrillas [7]** 11/16 46/25 47/2 47/5 47/14 47/22 48/8
**guess [3]** 11/22 55/5 58/3
**guide [1]** 19/24
**guilty [1]** 15/22

**H**

**had [25]** 3/14 17/7 18/13 19/14 21/4 23/2 23/2 23/23 23/24 23/25 25/4 26/11 30/10 31/4 31/7 39/24 40/3 43/3 43/11 43/20 43/21 44/3 48/10 53/21 53/24

**jailed [1]** 40/5
**hails [1]** 17/2
**half [2]** 51/24 55/9
**hand [1]** 36/1
**handle [1]** 19/21
**handles [1]** 28/6
**happened [4]** 21/11 34/16 43/15 47/6
**happening [1]** 34/5
**harmed [1]** 54/2
**has [18]** 3/5 3/12 7/16 8/12 9/15 11/12 21/13 29/13 41/23 42/4 44/11 44/12 44/14 47/6 49/14 50/24 50/25 56/15
**have [71]**
**haven't [1]** 30/14
**having [4]** 9/20 29/23 44/8 44/9
**he [87]**
**he's [9]** 15/12 21/16 24/13 38/15 39/17 41/17 49/15 49/17 57/9
**head [2]** 11/4 39/7
**hear [3]** 28/12 57/25 58/2
**heard [2]** 55/25 56/1
**hearing [3]** 1/9 6/3 28/17
**hears [1]** 4/3
**held [1]** 16/10
**helpful [4]** 21/22 21/24 31/9 53/15
**here [31]** 3/8 4/8 6/9 6/18 9/1 9/2 9/17 22/14 29/17 29/24 29/24 30/1 30/9 30/11 30/18 31/17 40/20 43/2 43/5 48/16 49/6 49/10 49/15 49/18 51/21 52/21 54/1 56/13 56/24 57/7 58/4
**high [1]** 48/6
**highly [2]** 23/19 44/18
**him [12]** 12/12 16/2 16/14 16/16 25/13 30/24 37/11 39/18 39/19 41/21 49/19 49/19
**himself [1]** 13/19
**his [37]** 3/20 6/6 16/6 17/18 17/24 21/3 22/4 22/12 22/13 23/6 23/13 26/20 28/16 33/20 34/5 34/5 34/7 34/9 34/10 36/1 36/24 38/22 38/25 40/2 40/4 41/2 41/6 50/1 50/1 50/14 51/20 52/2 53/24 55/1 55/22 56/19 56/25
**hisself [1]** 38/21
**historical [2]** 43/12 43/24
**history [1]** 47/3
**holding [1]** 35/25
**Honor [22]** 3/5 3/11 3/14 4/11 4/17 5/4 5/8 5/18 5/20 7/7 7/13 7/23 48/18 48/21 50/11 50/18 52/1 54/21 55/7 56/3 57/4 57/13
**HONORABLE [1]** 1/9
**hope [1]** 57/11
**hotel [1]** 30/1
**hour [1]** 57/18
**hours [3]** 51/24 57/22 57/23
**House [2]** 44/24 44/25
**how [19]** 3/17 3/21 10/11 13/10 13/16 19/15 24/22 28/5 30/10 33/7 33/18 43/15 46/18 50/11 51/23 52/20 54/22 55/20 57/2
**Huh [2]** 41/22 45/9
**HUVELLE [1]** 1/9

**I**

**I'd [2]** 7/9 9/6
**I'll [7]** 3/24 24/16 31/25 47/18 50/18 52/1 55/4
**I'm [27]** 4/23 10/4 10/6 10/6 14/7 14/7 20/1 21/11 27/12 27/13 29/21 30/1 30/9 30/16 34/13 34/19 34/20 37/6 38/8 39/10 44/11 49/17 50/4 50/6 50/6 50/7 55/4
**I've [2]** 5/25 49/22
**identified [2]** 48/6 52/22

Case 1:02-cr-00388-ESH Document 441 Filed 04/14/14 Page 63 of 68

# I

**identify [1]** 27/21
**ideology [1]** 47/10
**illegal [2]** 11/6 14/1
**image [3]** 27/24 28/3 28/22
**immediately [1]** 58/1
**impact [2]** 17/23 21/4
**important [11]** 4/2 4/21 22/19 32/17
46/12 46/21 47/2 47/5 47/7 56/2 56/6
**imposed [1]** 42/13
**impunity [2]** 10/7 29/23
**in 2000 [2]** 10/24 33/15
**in 2001 [1]** 15/24 46/21
**in 2002 [5]** 15/4 15/6 15/7 15/8 24/13
**in 2004 [1]** 20/23
**in 2006 [2]** 25/9 25/10
**in 2007 [4]** 12/2 12/21 17/18 55/16
**in 2008 [3]** 26/25 27/8 39/8
**in 2012 [1]** 42/25
**incarcerated [2]** 25/7 25/12
**Incidentally [1]** 29/5
**including [4]** 16/23 31/1 44/22 44/23
**incorporated [1]** 41/20
**indemnified [1]** 19/8
**indemnify [1]** 19/4
**indicated [2]** 3/15 40/23
**indicates [1]** 15/11
**indicating [3]** 22/14 36/14 40/21
**individual [1]** 53/8
**individuals [15]** 16/12 16/13 18/21 18/23
19/6 20/6 22/8 26/16 26/18 26/18 29/3
31/10 39/15 40/14 52/12
**indulgence [2]** 4/20 23/4
**inferences [2]** 38/13 38/14
**information [18]** 16/18 16/20 17/8 18/23
20/5 20/6 21/22 22/20 23/20 30/8 30/10
32/6 33/14 43/11 52/23 53/12 53/15
54/2
**initial [1]** 33/22
**Initially [1]** 10/20
**initiated [1]** 44/6
**insofar [2]** 41/18 47/21
**instance [4]** 8/10 8/20 15/11 31/24
**instances [1]** 48/9
**instrumental [4]** 20/24 21/2 21/7 22/18
**intend [1]** 9/4
**Interior [1]** 40/2
**intermediary [1]** 32/7
**internal [1]** 43/19
**International [1]** 29/22
**interpret [1]** 32/23
**interpretation [1]** 49/2
**interpreter [5]** 3/5 32/22 35/2 54/8 54/17
**interrupted [1]** 17/17
**intervene [2]** 40/1 46/19
**interview [2]** 12/14 34/3
**interviewed [2]** 33/1 33/16
**interviews [1]** 53/7
**investigate [4]** 11/15 12/20 52/17 53/2
**investigated [7]** 11/10 15/16 15/19
15/20 16/8 16/9 16/11
**investigation [14]** 12/13 12/18 16/19
18/3 19/25 22/12 22/20 34/1 44/5 52/11
52/15 53/17 53/20 56/7
**investigational [1]** 43/17
**investigations [6]** 11/6 20/8 26/13 31/23
38/18 56/2
**investigative [6]** 11/5 11/12 12/19 13/4
13/23 51/25
**investigators [2]** 53/4 53/13
**investigatory [2]** 30/3 43/17
**invoked [1]** 9/15
**involved [9]** 13/17 18/24 26/6 30/13

30/16 34/14 37/23 42/9 43/7
**involvement [1]** 33/24
**is [125]**
**is like [1]** 37/18
**isn't [3]** 38/8 53/5 53/19
**issue [7]** 22/19 34/6 34/20 42/7 43/10
51/18 51/21
**issues [5]** 34/4 34/5 37/7 38/7 39/11
**it [86]**
**it's [24]** 3/7 6/2 7/4 8/6 8/13 14/12 15/2
17/4 18/11 29/4 31/25 36/3 39/16 42/21
46/12 50/4 50/14 51/18 51/18 51/23
57/7 57/8 57/9 57/17
**Itagui [3]** 12/3 12/4 13/13
**its [3]** 18/13 40/20 53/17
**itself [5]** 5/20 5/22 40/12
**IVAN [6]** 2/4 3/20 4/7 9/14 9/19 10/4

# J

**jail [4]** 12/3 12/3 19/1 25/13
**January [1]** 44/2
**Javier [1]** 28/1
**Jim [1]** 32/7
**JOAQUIN [1]** 1/16
**job [2]** 48/25 52/17
**joined [1]** 48/7
**Jose [6]** 16/3 16/15 16/23 22/3 36/24
49/24
**jplaw1 [1]** 1/19
**Juan [1]** 39/17
**judge [14]** 1/10 6/25 12/9 13/3 32/18
37/9 38/11 42/14 47/15 50/6 51/17
56/15
**judged [1]** 18/18
**judges [2]** 11/18 37/8
**judgment [1]** 42/3
**judicial [2]** 10/19 18/19
**June [1]** 15/3
**jurisdiction [2]** 15/17 48/13
**just [12]** 7/21 20/18 21/12 30/17 39/10
45/10 52/4 54/22 55/13 55/18 57/9
57/11
**justice [26]** 1/12 4/12 6/2 12/22 18/5
18/8 18/10 18/14 18/20 18/25 19/10
19/16 19/22 20/4 20/23 21/8 21/9 26/3
26/4 32/8 38/2 41/12 41/18 52/6 54/6
57/14

# K

**keep [3]** 39/9 43/23 57/11
**keeping [2]** 30/9 53/20
**kept [1]** 43/12
**kind [4]** 19/3 20/15 25/22 44/7
**kindly [2]** 7/11 54/22
**kinds [1]** 25/23
**know [38]** 7/5 8/7 11/23 15/1 15/2 15/13
16/1 16/1 17/1 17/13 17/23 21/7 24/25
25/2 25/15 25/18 26/2 27/4 36/14 37/13
39/2 40/4 40/7 40/17 40/25 41/11 41/13
42/10 47/16 50/4 50/12 51/23 51/23
54/10 54/15 54/19 57/8 57/23
**knowledge [2]** 21/10 57/8
**known [6]** 6/14 6/15 7/2 11/23 12/23
14/13 18/24 22/21

# L

**la [9]** 22/7 22/11 23/5 23/10 35/1 35/5
35/9 36/11 36/21
**labeled [1]** 8/17
**lady [1]** 27/25
**large [2]** 8/12 38/2
**last [1]** 33/8
**lastly [2]** 53/23 54/5
**late [2]** 47/3 47/20

**later [3]** 15/4 23/6 41/1
**law [2]** 18/16 19/2
**LAYMON [9]** 1/12 3/4 3/7 4/6 31/17 32/1
38/8 44/11 55/24
**leaders [1]** 53/11
**leading [5]** 17/9 21/23 25/20 32/18
47/15
**least [1]** 54/12
**leave [1]** 30/17
**left [10]** 22/11 27/25 34/24 35/1 36/13
37/12 39/17 42/25 44/3 47/22
**left-wing [1]** 47/22
**legal [3]** 31/7 32/5 37/7
**let [14]** 8/2 21/12 22/19 27/20 27/20
34/12 36/22 39/5 40/20 49/12 49/19
52/25 56/4 56/12
**let's [4]** 39/9 56/5 57/25 58/3
**letter [4]** 39/7 39/11 50/2 50/9
**Libardo [1]** 22/3
**Libres [2]** 19/11 20/14
**life [1]** 23/7
**like [14]** 6/12 8/8 9/6 14/19 14/19 20/16
22/7 30/2 37/18 37/23 45/14
**limit [1]** 7/21
**limited [1]** 57/11
**line [1]** 21/17
**Lisa [3]** 1/20 58/12 58/19
**list [2]** 8/4 33/13
**listed [1]** 9/1
**listen [1]** 12/14
**listened [1]** 31/12
**listening [1]** 3/24
**little [6]** 25/10 39/4 39/5 48/17 51/21
57/20
**located [1]** 40/17
**location [2]** 17/4 40/20
**lodge [1]** 44/4
**long [3]** 3/21 10/11 57/2
**longer [4]** 29/13 29/14 43/7 57/21
**look [6]** 39/7 41/15 42/2 46/1 46/25
51/10
**looks [1]** 8/8
**Lopez [10]** 16/4 16/15 16/19 16/23 17/4
17/8 27/5 36/24 37/14 39/17
**lose [1]** 22/4
**loss [2]** 38/8 51/21
**lot [5]** 24/9 24/20 48/17 54/13 57/6
**lower [2]** 37/7 37/10
**Luis [1]** 49/24
**lunch [2]** 48/19 56/17
**LUNCHEON [1]** 58/8

# M

**M-O-N-T-E-S [1]** 27/6
**ma'am [1]** 8/1
**made [12]** 18/1 18/6 19/15 20/11 24/19
24/23 24/25 39/24 44/1 44/8 48/9 51/12
**Magdalena [1]** 21/18
**magistrate [1]** 10/24 11/2 11/4 11/18
12/8 13/3 25/21 28/1 28/18 43/24 49/25
**magistrates [8]** 13/25 25/24 28/4 28/5
28/7 28/19 28/21 30/5
**main [1]** 4/4
**maintained [1]** 47/11
**make [6]** 8/24 17/22 18/24 19/3 26/23
57/10
**man [1]** 34/24
**MANCUSO [82]**
**Mancuso's [6]** 33/4 39/24 40/17 54/2
54/5 55/16
**MANCUSO-GOMEZ [2]** 1/6 3/3
**Manuel [2]** 27/5 39/17
**many [22]** 3/17 20/10 20/10 27/3 27/3
28/5 29/13 30/23 31/15 33/7 33/18

**M**

many... [11]  33/21 33/24 33/25 43/3
44/19 44/20 45/5 46/24 53/7 53/19
55/25
**March [3]**  1/5 5/15 5/16
**March 25th [1]**  5/16
**Maria [5]**  16/4 16/15 16/23 27/25 36/24
**Mario [4]**  23/16 23/24 23/25 24/6
**marked [3]**  49/12 49/22 51/10
**math [1]**  55/4
**matter [5]**  3/25 5/19 6/7 51/1 58/14
**matters [5]**  5/22 6/6 6/10 26/24 33/19
**may [17]**  4/20 6/4 6/22 6/22 9/5 9/5 9/9
9/22 13/16 25/17 26/1 33/12 38/11
38/21 40/20 57/20 57/22
**maybe [3]**  5/7 9/10 33/11
**me [34]**  6/12 7/4 8/8 21/12 22/19 27/20
27/20 29/4 29/14 29/16 34/8 34/12
36/22 39/5 40/20 41/4 42/20 43/20 44/1
44/4 44/5 44/20 44/21 45/2 47/18 49/12
51/13 52/25 52/25 52/25 54/22 56/4
57/5 57/8
**mean [5]**  21/4 37/17 38/11 47/7 57/25
**means [4]**  18/22 18/25 26/19 54/15
**mechanical [1]**  1/25
**Medellin [2]**  10/23 12/4
**media [7]**  13/19 17/19 17/23 17/25 24/9
24/20 44/5
**meet [8]**  12/1 12/6 12/11 31/5 32/1
33/19 39/18 39/19
**meeting [7]**  12/11 13/10 13/12 22/3
23/23 23/23 24/1
**meetings [9]**  29/23 31/7 31/16 32/2 32/3
33/22 43/3 46/15 46/15
**member [6]**  3/19 13/16 22/22 26/5 35/10
35/13
**members [20]**  11/6 11/13 11/15 11/16
12/15 13/15 14/4 15/18 18/13 20/25
21/5 26/10 28/3 29/20 31/11 38/1 38/1
43/9 43/13 48/11
**memorandum [2]**  4/16 9/8
**memory [1]**  49/25
**mention [1]**  7/14
**mentioned [8]**  16/12 16/13 16/16 19/2
36/18 36/23 52/21 55/18
**met [5]**  12/9 12/21 16/13 33/7 33/18
**Miami [1]**  1/18
**mid [3]**  11/19 43/9 43/15
**mid-2012 [3]**  11/19 43/9 43/15
**middle [2]**  35/19 45/16
**might [3]**  6/8 50/17 50/19
**Miguel [8]**  22/7 22/11 22/21 23/5 34/25
35/9 36/11 36/21
**military [2]**  13/13 48/11
**million [1]**  55/9
**Ministry [1]**  40/1
**minor [1]**  38/14
**missing [3]**  8/11 8/16 9/2
**mission [1]**  29/21
**moment [2]**  16/17 25/12
**Monday [3]**  4/19 4/20 4/23
**money [2]**  44/15 54/13
**Monteria [1]**  17/3
**Montes [5]**  17/13 21/18 21/25 27/6
39/19
**month [2]**  15/3 43/17
**months [2]**  44/2 53/11
**more [8]**  6/5 20/10 44/6 45/2 52/4 55/10
56/13 56/14
**morning [3]**  3/6 3/16 58/3
**most [8]**  6/9 6/14 9/24 22/8 40/14 40/23
46/6 56/1
**move [4]**  23/13 39/4 52/1 58/6

moving [1] 4/4
**Mr [57]**  3/4 3/4 3/6 3/7 3/7 4/6 4/15 5/3
5/17 7/25 12/1 12/6 12/9 12/11 12/15
13/1 16/16 17/1 17/7 19/9 21/22 22/18
22/21 23/19 23/25 24/1 24/19 25/1 25/4
25/19 28/12 28/16 29/17 31/17 32/1
32/1 33/13 33/22 34/4 35/6 35/23 38/8
38/25 40/2 41/5 43/3 44/11 44/13 48/6
53/24 54/2 54/5 55/21 55/24 56/13
57/23 58/2
**Mr. [14]**  4/7 4/13 15/25 16/3 16/15 16/16
17/4 17/8 32/7 33/1 35/5 39/15 48/15
56/21
**Mr. Arana [2]**  16/3 16/16
**Mr. de [1]**  35/5
**Mr. Ivan [1]**  4/7
**Mr. Jim [1]**  32/7
**Mr. Jose [1]**  16/15
**Mr. Lopez [2]**  17/4 17/8
**Mr. Robert [1]**  56/21
**Mr. Salvatore [1]**  33/1
**Mr. Uribe [1]**  15/25
**Mr. Velasquez [3]**  4/13 39/15 48/15
**much [5]**  30/10 43/14 51/21 51/25 54/23
**must [4]**  12/2 19/3 19/4 33/10
**my [22]**  3/7 4/4 4/22 4/25 9/8 10/4 11/17
12/8 13/4 13/4 13/12 29/14 29/19 30/3
30/9 33/17 33/17 42/14 43/23 44/8 44/9
44/10
**myself [1]**  30/4

**N**

**name [9]**  3/20 10/3 10/4 14/22 16/3 16/4
22/3 35/12 36/24
**named [1]**  14/13
**names [4]**  27/2 34/25 46/1 52/21
**Narcotics [1]**  1/13
**nation [4]**  4/2 10/21 45/15 49/3
**national [4]**  40/6 40/8 48/5 55/19
**Nations [3]**  3/19 10/8 10/10
**naturally [1]**  31/6
**NDDS [1]**  39/8
**necessary [3]**  7/12 7/21 57/10
**need [10]**  5/19 6/22 6/24 7/21 9/10
15/16 45/14 45/21 45/22 56/16
**needed [2]**  31/20 32/6
**needs [1]**  5/3
**neither [1]**  50/5
**never [4]**  26/5 29/10 41/21 41/23
**news [2]**  18/1 24/24
**newspapers [1]**  17/19
**next [2]**  5/13 16/3
**nine [3]**  11/18 13/24 28/7
**Nixon [1]**  37/20
**no [29]**  1/3 3/12 8/1 13/9 20/4 28/18
29/4 29/8 29/12 29/13 29/14 29/18 30/3
43/6 43/7 43/8 44/1 44/16 48/16 48/18
49/4 49/9 50/14 50/15 51/7 54/1 54/10
54/20 56/8
**northern [3]**  40/15 45/21 48/12
**not [64]**
**nothing [4]**  44/11 44/12 44/14 55/23
**notice [3]**  14/14 14/25 15/10
**November [2]**  41/16 46/17
**November 20th, 2014 [1]**  41/16
**now [45]**  6/4 9/5 10/11 10/14 11/1 11/8
12/6 12/10 12/16 14/7 14/14 14/25 15/4
15/10 15/23 16/1 17/2 17/11 17/12 17/18
18/9 20/23 21/12 22/6 23/13 23/13 24/8
25/3 25/15 25/25 26/25 29/15 30/6
30/16 30/22 31/14 31/24 35/11 35/19
36/22 39/20 40/14 40/23 52/11 54/24
55/12
**number [7]**  7/18 8/10 27/13 32/11 32/12

34/20 36/6
**Numbers [1]**  8/16
**NW [2]**  1/14 1/21

**O**

**o'clock [1]**  58/4
**object [5]**  5/4 38/11 38/20 49/14 51/17
**objected [2]**  8/11 8/13
**objection [11]**  8/5 17/9 17/16 32/18
42/14 47/15 50/11 51/6 51/7 54/14 56/3
**objective [2]**  18/14 19/5
**obtain [1]**  40/1
**obtained [1]**  43/11
**obviously [1]**  5/25
**occasions [1]**  31/13
**occupation [1]**  10/3
**occupied [1]**  10/11
**occur [1]**  3/9
**occurred [1]**  30/13
**October [2]**  10/13 41/17
**October 1st, 2013 [1]**  10/13
**October 31st, 2014 [1]**  41/17
**of 2001 [2]**  15/3 46/17
**of 2002 [2]**  24/5 46/19
**of 2008 [7]**  25/17 26/1 26/25 27/10
27/11 28/15 39/21
**of 2013 [1]**  44/2
**off [1]**  58/4
**offer [1]**  51/4
**office [10]**  10/22 10/23 15/20 16/9 16/10
18/5 49/4 49/5 52/15 53/17
**officers [2]**  48/7 48/7
**official [2]**  1/20 12/6
**oftentimes [1]**  53/15
**Oh [3]**  4/14 22/13 50/6
**okay [30]**  3/6 4/4 4/5 4/14 7/1 7/22 8/7
8/15 8/23 9/14 9/16 9/24 20/17 20/21
28/8 32/14 39/1 39/9 42/18 42/18 42/21
42/23 48/19 49/19 54/22 55/10 56/9
56/12 57/15 58/7
**once [1]**  52/12
**one [20]**  3/18 3/19 5/19 6/19 11/17
15/12 22/19 25/20 39/18 42/20 45/2
45/2 45/12 45/18 45/18 55/13 55/16
56/1 56/21 56/23
**only [8]**  7/10 7/12 16/11 26/16 26/17
40/11 41/12 52/4
**open [2]**  6/3 7/4
**opportunity [1]**  32/22
**oppose [1]**  42/10
**opposition [2]**  5/10 7/10
**or 2007 [1]**  33/18
**order [6]**  8/24 31/3 31/5 31/6 32/2 45/15
**Organization [1]**  56/24
**orient [1]**  19/24
**original [1]**  14/8
**other [14]**  5/19 13/13 17/12 23/9 23/11
26/19 30/4 30/16 31/10 34/8 37/13
45/18 53/11 56/23
**others [2]**  30/7 33/12
**Otherwise [1]**  7/4
**our [8]**  6/19 6/19 8/22 12/14 13/25 42/16
45/22 45/22
**out [17]**  7/7 9/24 13/16 18/3 18/4 18/15
20/7 26/13 29/21 30/4 45/16 47/5 47/9
47/23 48/4 52/15 53/21
**outlets [1]**  17/25
**outside [1]**  46/4
**over [8]**  9/16 18/19 28/20 29/9 30/23
31/19 45/25 51/24
**Overruled [1]**  49/20
**own [1]**  47/10

**P**

**P-A-C-T [1]**  14/17

**P**

**P-I-N-E-D-A [1]** 35/12
**P.M [1]** 58/8
**pact [9]** 13/7 13/11 14/13 14/15 14/17 17/15 19/18 21/13 45/7
**page [2]** 8/23 14/11
**paid [1]** 29/16
**Palace [1]** 44/23
**Paragate [6]** 12/24 13/1 37/15 37/17 37/23 37/24
**paralegal [1]** 31/11
**Parallel [1]** 18/3
**paramilitaries [15]** 13/17 13/20 14/5 16/22 18/15 18/18 19/3 22/21 23/2 30/7 33/2 36/20 37/2 46/16 46/18
**paramilitary [9]** 11/7 11/16 12/15 18/13 18/25 26/11 31/11 46/14 48/3
**parapolitica [4]** 37/15 37/18 37/23 37/25
**parapolitics [2]** 12/23 12/25
**parcel [1]** 10/9
**part [20]** 3/24 6/9 6/18 10/8 10/9 12/8 12/13 12/21 13/24 17/1 36/3 40/15 43/23 44/8 45/21 48/12 51/1 52/6 55/1 57/14
**participate [2]** 26/3 28/19
**participated [2]** 19/6 19/11
**particular [6]** 15/13 28/17 32/24 40/19 53/18 53/18
**particularly [1]** 41/1
**parties [1]** 23/4
**parts [1]** 48/4
**passed [2]** 18/16 20/24
**past [2]** 36/10 47/6
**past-President [1]** 36/10
**PAUL [1]** 1/12
**paul.laymon [1]** 1/15
**paying [3]** 29/19 30/1 55/1
**Peace [20]** 4/12 12/22 18/6 18/8 18/10 19/10 19/16 19/22 20/5 20/23 21/8 21/10 26/3 26/5 38/2 41/12 41/18 52/6 54/6 57/14
**pending [1]** 26/21
**people [15]** 21/2 26/8 27/24 29/1 30/23 34/21 37/8 38/16 40/23 41/5 44/19 44/20 45/20 46/20 46/6 47/25
**per [1]** 54/25
**percent [4]** 12/21 14/3 37/22 38/2
**percentage [1]** 38/3
**PEREZ [8]** 1/16 3/4 3/6 4/15 5/3 5/17 7/25 56/13
**performing [1]** 44/10
**period [1]** 47/16
**permission [4]** 6/1 32/1 32/16 43/25
**person [12]** 11/23 15/23 17/13 22/3 24/12 34/22 35/19 36/14 37/11 37/12 37/13 37/13
**personally [1]** 39/18
**personnel [1]** 53/12
**pertaining [2]** 33/19 34/5
**pertains [1]** 21/25
**peso [2]** 55/8 55/12
**pesos [6]** 54/7 54/12 54/23 54/25
**petitioned [1]** 39/25
**phone [1]** 29/9
**phonetic [1]** 29/24
**pick [1]** 58/2
**picked [1]** 4/15
**picture [3]** 34/21 35/20 36/10
**pictures [1]** 36/5
**Pineda [5]** 22/22 23/6 23/10 35/12 35/13
**pinpoint [1]** 40/20
**place [4]** 19/15 24/3 25/23 28/17
**plan [1]** 19/16
**planned [2]** 18/14 18/25
**play [2]** 52/14 52/14
**played [3]** 27/17 28/9 47/2
**plea [3]** 25/10 28/16 42/9
**pleadings [1]** 7/6
**please [8]** 9/17 24/15 27/22 28/8 39/4 42/22 45/6 56/10
**point [4]** 10/19 33/22 38/24 48/16
**police [1]** 40/9
**political [5]** 11/14 22/24 23/7 46/14 46/19
**politician [1]** 35/11
**politicians [12]** 12/17 12/20 16/22 22/4 23/2 31/21 33/25 33/25 38/3 45/23 46/1 46/11
**politicians in [1]** 33/25
**population [1]** 47/25
**portion [1]** 7/3
**portions [1]** 6/4
**position [3]** 6/3 10/11 42/10
**possession [1]** 13/7
**power [1]** 47/10
**powerful [1]** 41/5
**powers [2]** 11/13 15/17
**practically [1]** 23/6
**preliminary [1]** 5/19
**prepare [1]** 4/25
**prepared [1]** 51/15
**present [5]** 9/6 23/25 28/14 28/17 47/8
**presented [4]** 16/18 24/23 41/15 53/22
**presently [1]** 10/5
**President [16]** 15/7 15/9 15/25 16/2 23/14 24/10 24/11 35/22 35/24 35/25 36/10 38/4 44/22 50/3 50/10 50/24
**Presidential [2]** 15/6 44/23
**press [1]** 41/13
**pretty [1]** 38/9
**previously [1]** 3/15
**primary [1]** 12/16
**prior [2]** 13/9 46/24
**prison [2]** 12/2 33/13
**prisoners [1]** 13/13
**privy [1]** 21/11
**probable [1]** 41/7
**probably [1]** 27/8
**problem [1]** 7/12
**proceed [3]** 3/7 5/18 9/22
**proceeded [1]** 26/8
**proceeding [2]** 5/25 28/20
**proceedings [2]** 1/25 58/14
**process [20]** 4/12 12/22 12/23 13/23 16/24 17/16 17/17 18/4 18/5 18/8 18/10 18/11 19/10 20/24 21/8 21/9 26/3 37/25 52/6 54/6
**processed [1]** 18/18
**produced [1]** 1/25
**program [5]** 19/17 19/22 19/23 20/5 26/5
**progress [1]** 51/25
**propose [1]** 56/17
**prosecute [1]** 10/23
**prosecuted [6]** 23/15 27/1 27/4 27/8 36/23 46/1
**prosecution [4]** 26/8 45/5 46/10 52/16
**prosecutions [3]** 26/21 32/17 33/5
**prosecutor [5]** 11/21 11/22 12/7 31/16 44/18
**prosecutor's [3]** 15/20 16/9 18/5
**prosecutors [2]** 31/10 32/9
**prosecutors's [1]** 10/23
**protection [8]** 40/2 40/4 40/7 40/11 40/13 55/19 55/20 55/21
**prove [1]** 13/23 13/25 14/1
**provide [11]** 18/23 24/5 30/10 40/12
**provided [15]** 4/1 11/5 19/11 19/6 20/11 22/21 23/10 23/19 30/8 30/20 40/7 46/10 52/23 53/12 55/21
**provides [1]** 42/3
**providing [1]** 19/7
**provisions [1]** 41/18
**public [5]** 6/3 6/13 7/5
**publicized [1]** 23/20
**purpose [3]** 31/22 38/6 46/3
**purposes [2]** 3/21 9/3
**pursued [1]** 44/20
**purview [1]** 52/10
**put [1]** 38/21
**puts [1]** 5/6
**putting [1]** 6/16

**Q**

**qualify [1]** 55/21
**question [11]** 4/5 24/14 24/16 33/17 33/17 33/23 35/3 45/2 46/9 46/20 55/13 55/20
**questions [8]** 39/11 42/16 42/19 44/12 48/16 52/5 54/20 56/8
**quick [1]** 50/18
**quicker [2]** 39/4 39/5
**quickly [1]** 51/9 57/22
**quite [1]** 6/13

**R**

**R-A-L-I-T-O [2]** 13/8 14/23
**Ralito [9]** 13/8 13/11 14/13 14/16 14/22 17/16 19/17 21/13 45/7
**ranking [1]** 48/7
**rate [2]** 54/24 55/12
**rather [1]** 47/5
**read [2]** 32/10 57/6
**ready [2]** 3/7 4/8
**realistic [1]** 57/25
**realize [1]** 9/11
**really [12]** 17/14 26/4 29/10 30/14 34/1 46/3 51/18 51/20 51/21 51/24 56/16 57/5
**reason [3]** 12/11 31/19 33/4
**reasons [2]** 43/12 43/18
**receive [5]** 19/22 24/9 24/20 25/11 48/1
**received [4]** 7/6 7/17 20/5 24/13
**receiving [1]** 19/23
**RECESS [1]** 58/8
**recognize [20]** 14/8 14/9 14/12 21/14 27/14 27/19 27/20 27/24 28/23 29/2 29/3 34/21 34/24 34/25 36/10 39/15 49/22 49/23 49/24 51/11
**record [3]** 8/3 43/24 58/13
**recorded [1]** 1/25
**RECROSS [1]** 2/2
**redacted [1]** 7/21
**redacting [1]** 7/12
**REDIRECT [2]** 2/2 55/14
**refer [3]** 18/25 37/21 37/24
**reference [2]** 48/9 51/12
**referred [3]** 12/22 13/7 47/12
**referring [5]** 18/22 31/14 31/24 36/22 37/23
**refile [1]** 7/12
**reflected [1]** 17/24
**refound [1]** 45/13
**refrain [1]** 34/7
**regard [3]** 16/16 26/4 52/11
**regarding [5]** 6/17 9/6 34/6 37/7 55/23
**Reginaldo [3]** 17/13 27/6 39/19
**region [1]** 41/5
**regular [1]** 46/4
**relate [1]** 15/18

# R

related [1]  11/5
relation [1]  18/8
relations [1]  37/2
relationship [9]  11/15 14/1 16/21 16/23
23/1 46/13 48/3 48/11 49/9
relevant [3]  3/8 38/5 51/18
remember [15]  4/18 16/15 22/12 25/2
27/2 29/14 32/3 32/24 32/25 34/15
37/18 54/3 55/17 55/18 55/23
remembered [1]  55/19
removed [1]  43/16
renders [1]  42/8
repairing [1]  41/19
reparation [2]  18/14 19/3
reparations [1]  55/1
repeat [1]  24/14
repetition [1]  35/2
rephrase [1]  47/18
reply [4]  5/1 5/2 7/10 7/19
report [4]  4/25 51/15 53/18 53/22
reported [1]  54/4
Reporter [2]  1/20 1/20
represent [1]  4/12
representative [7]  19/17 21/16 21/17
22/7 30/11 35/14 49/10
representatives [1]  52/19
requested [1]  31/25
requests [2]  32/22 35/2
required [3]  18/21 18/23 44/7
resolve [1]  5/20
responded [1]  43/22
responsibilities [1]  31/4
rest [1]  56/19
result [2]  43/18 45/25
resume [1]  58/5
right [30]  4/13 5/9 5/11 5/16 8/25 9/5
16/3 17/6 21/17 28/1 30/16 30/24 31/2
31/17 34/23 35/12 35/17 39/3 39/3
39/18 40/15 40/24 44/13 44/15 50/2
51/16 52/8 52/11 54/20 54/24
risk [1]  38/22
rival [1]  22/4
Robert [1]  56/21
role [15]  11/3 11/14 11/19 11/21 12/8
12/14 13/25 13/25 19/9 47/2 47/5 47/7
47/20 52/14 52/14
roles [1]  11/17
Room [1]  1/21
Rosario [1]  27/25
RPR [3]  1/20 58/12 58/19
rule [4]  9/15 9/23 38/15 38/20
run [1]  42/12

# S

safety [5]  34/6 34/9 39/11 45/23 55/13
said [6]  13/20 14/1 14/3 43/24 50/13
50/25
SALVATORE [10]  1/6 3/3 11/24 13/12
13/18 15/12 15/19 33/1 55/16 56/1
same [6]  7/10 7/22 17/4 33/11 33/13
38/4
sat [1]  46/18
say [13]  5/12 8/15 11/9 17/22 18/20 20/1
26/4 30/3 30/12 45/4 46/9 46/12 47/7
saying [6]  15/23 24/13 28/12 38/15
39/23 45/21
says [3]  49/17 50/5 57/6
scandal [2]  37/19 37/21
scanned [1]  43/20
scheduling [1]  3/21 56/12
seal [7]  5/21 5/22 5/23 7/5 7/6 7/11 7/17
sealed [3]  5/25 6/23 6/25

second [4]  8/23 11/11 21/17 51/45
Secondly [1]  42/16
section [2]  1/13 28/6
sector [1]  46/14
security [5]  40/1 40/6 40/8 45/15 45/22
sedition [1]  46/7
see [21]  13/1 13/6 16/4 21/16 22/6 22/13
22/13 25/13 27/14 27/20 31/15 32/21
34/20 36/7 36/22 40/20 50/22 50/24
51/2 56/4 58/3
seeking [1]  26/14
seems [2]  37/12 57/5
SEGAL [1]  1/9
senate [1]  24/5
senator [15]  21/19 23/17 23/20 24/4
24/8 24/12 24/19 27/5 27/5 27/6 27/7
35/8 36/18 53/8 53/18
senators [7]  22/7 27/1 45/5 45/13 52/18
52/19 52/22
Senor [5]  48/24 51/9 52/4 52/23 53/23
sensitive [5]  5/21 6/6
sentence [5]  42/5 42/8 42/12 42/12
45/11
sentenced [5]  15/16 41/21 41/23 41/24
42/3
sentencing [1]  3/9 4/5 4/15 6/17 9/3
57/24 58/1
September [4]  11/20 27/19 28/15 39/20
September 30th, 2012 [1]  11/20
served [1]  42/5
session [1]  6/9
several [4]  17/15 29/23 31/12 32/25
share [1]  17/8
she [3]  35/14 35/16 35/18
should [5]  7/22 18/2 42/16 43/25 56/25
show [6]  14/7 27/12 34/19 49/12 49/19
50/17
Si [1]  49/6
side [2]  22/7 51/25
signature [3]  49/23 50/1 50/14
signatures [4]  14/25 15/10 21/14 45/23
signed [6]  15/23 17/15 22/8 28/16 45/12
45/20
significance [1]  45/24
significant [2]  17/7 55/6
Simancas [1]  22/3
since [6]  25/12 26/8 29/14 30/14 33/13
38/22
since 2012 [1]  30/14
sir [3]  9/16 10/14 25/15
sit [1]  54/1
sitting [1]  29/1
situation [2]  25/23 40/3
so [43]  4/20 4/22 4/24 5/2 6/2 7/11 8/11
9/11 11/8 11/14 11/17 13/5 13/11 17/7
18/20 20/7 20/10 24/22 25/21 31/10
31/20 33/4 33/15 34/2 37/9 37/23 37/25
38/10 41/4 41/13 42/5 43/23 43/25
49/17 50/2 51/14 51/21 53/6 53/17
54/25 55/22 57/11 58/1
so-called [1]  13/11
some [33]  4/3 4/20 4/22 6/4 6/5 6/22 8/9
8/10 9/1 13/18 15/10 17/16 19/3 19/8
21/14 22/6 24/4 27/21 31/16 31/21
33/16 38/12 38/14 38/24 43/11 43/12
43/18 44/7 48/2 48/6 48/9 48/11 48/11
somebody [2]  23/14 56/23
something [4]  6/8 15/17 18/2 41/12
sometimes [4]  31/15 34/2 34/16 39/25
son [1]  55/16
sorry [5]  20/1 34/13 50/4
sort [2]  38/8 54/3
sought [5]  5/25 43/25 47/10
sounds [2]  6/12 20/16

Spanish [1]  68/3
speaking [1]  57/20
specific [7]  19/2 20/8 22/6 26/15 51/2
55/11 55/23
specifically [4]  15/18 21/24 25/11 26/5
Spelke [3]  56/21 57/23 58/2
spend [1]  3/23
split [1]  45/17
spoke [2]  31/12 46/18
spoken [1]  29/9
spokesperson [2]  22/24 22/25
Starting [1]  10/13 10/24
state [4]  15/13 45/14 46/4 47/13
stated [3]  32/4 32/4 49/6
statement [2]  13/20 32/6
statements [14]  13/18 17/22 17/24 18/2
18/6 18/24 19/15 20/10 20/14 20/15
24/23 26/18 31/12 33/12
states [22]  1/1 1/3 1/10 3/2 5/24 6/7
11/9 25/1 25/5 25/11 25/16 25/25 26/9
26/11 30/22 31/8 33/10 34/14 34/15
42/5 51/2 56/24
staying [1]  29/20
stenography [1]  1/25
stepped [1]  9/24
still [1]  18/12
Stop [2]  27/22 28/10
Street [1]  1/14
strictly [1]  28/20
strongly [1]  42/15
structure [2]  46/4 46/4
subject [3]  12/18 19/1 55/17
subjects [4]  26/15 29/13 30/14 32/25
submit [1]  4/15
submitted [1]  8/3
subsequently [1]  15/24
substantive [1]  38/11
such [2]  26/18 26/18
Sucre [5]  15/14 40/24 40/25 41/1 41/1
Suite [1]  1/17
summarize [1]  45/11
summation [2]  4/22 8/22
summer [2]  26/25 27/10
support [9]  11/5 11/5 22/4 24/5 24/6
31/23 43/17 44/5 48/1
supporting [2]  11/3 24/3
suppose [1]  53/6
supposed [4]  19/18 19/19 24/5 49/16
Supreme [63]
sure [6]  37/6 37/9 41/13 44/11 49/25
50/20
surrendered [1]  54/6
Sus [1]  15/12
suspect [1]  38/23
suspicion [1]  14/3
Sustained [2]  17/10 54/15
swear [1]  8/2
switch [1]  9/10
sworn [2]  3/5 9/20
system [3]  11/8 11/14 18/19

# T

table [2]  29/2 29/3
take [12]  3/8 3/22 6/8 6/8 9/12 24/3 44/4
51/1 51/9 53/1 57/20 57/22
taken [2]  19/14 51/24
taking [2]  9/11 44/15
talk [1]  30/23
talked [1]  53/24
talking [2]  6/5 6/10
teleconferenced [1]  28/15
television [1]  17/20
tell [14]  10/3 16/17 17/14 22/24 25/22
27/3 30/18 33/9 33/14 34/17 39/22 43/2

**T**

**tell... [2]** 52/25 54/22
**telling [3]** 33/24 34/8 41/18
**tens [1]** 20/10
**terms [3]** 19/3 37/8 38/10
**territory [1]** 48/5
**testified [10]** 6/11 9/21 35/6 35/8 35/11 35/16 39/12 39/20 40/24 53/23
**testify [8]** 3/20 4/8 17/18 29/17 29/25 43/2 49/7 57/24
**testifying [5]** 4/13 26/12 34/7 41/4 48/24
**testimonies [1]** 26/16
**testimony [22]** 3/24 6/18 9/12 13/14 13/15 26/15 26/17 28/14 29/7 29/10 30/18 33/5 33/20 34/3 34/10 38/11 49/6 53/19 56/18 56/25 57/17 58/1
**testimony about [1]** 13/15
**text [1]** 15/2
**than [3]** 11/9 20/10 55/8
**thank [7]** 7/13 7/24 20/21 48/15 48/21 54/21 58/5
**that [322]**
**that's [26]** 3/10 3/11 4/9 4/14 6/7 7/2 8/15 13/8 13/22 17/6 27/7 29/24 31/2 36/18 39/8 42/15 43/11 43/15 44/24 47/12 50/1 51/12 52/8 52/11 52/20 55/22
**the 2000s [2]** 47/4 47/21
**the 25th [1]** 5/11
**the City [1]** 22/23
**their [13]** 16/23 19/4 20/8 27/2 29/4 31/12 37/8 47/10 49/10 49/11 53/15 56/18 57/16
**them [14]** 3/18 6/14 8/10 12/15 18/24 28/4 29/14 30/9 33/16 37/9 39/20 52/20 56/17 56/21
**themselves [3]** 18/19 46/16 46/16
**then [15]** 4/14 5/9 7/7 9/7 9/12 15/15 15/21 20/6 21/5 26/16 34/7 35/14 37/6 55/24 58/1
**there [51]** 5/19 6/4 7/20 8/10 8/23 9/1 9/2 9/23 14/3 15/4 15/5 15/10 15/12 17/16 18/4 18/6 20/9 23/14 23/19 24/1 25/3 26/1 26/20 26/25 27/3 27/14 27/22 28/7 28/10 28/12 29/1 29/13 30/23 33/12 33/14 34/2 34/3 34/3 34/6 37/6 37/6 38/19 39/23 41/11 43/9 43/10 44/20 48/2 50/14 53/11 55/24
**there's [8]** 16/3 42/6 50/14
**thereafter [1]** 33/23
**therefore [2]** 8/13 17/7
**Thereupon [1]** 9/18
**these [14]** 13/23 15/18 18/23 19/5 19/24 20/5 23/2 24/8 26/15 28/20 31/11 38/7 46/6 52/12
**they [50]** 3/13 4/13 6/5 7/7 8/5 8/15 8/18 8/21 12/24 13/20 15/21 16/20 18/18 19/1 19/6 19/15 20/7 20/14 21/20 23/2 23/10 24/1 24/8 24/13 24/20 26/7 26/17 26/23 27/8 30/10 37/21 37/23 40/25 40/25 41/19 41/21 42/11 43/20 46/18 47/8 47/9 47/10 47/11 47/24 48/1 55/20 55/22 56/20 57/6 57/8
**they'll [1]** 9/3
**things [4]** 7/20 13/23 30/12 48/13
**think [26]** 3/22 3/23 3/25 4/22 5/6 6/9 9/24 12/24 24/14 26/11 30/24 37/3 36/23 39/3 39/16 42/13 43/11 46/20 46/21 48/9 50/13 51/20 52/1 56/17 57/21 57/24
**thinks [1]** 50/13
**this [71]**
**thorough [1]** 53/5

**thoroughness [1]** 53/7
**those [12]** 16/13 19/15 25/23 26/16 30/6 30/14 31/6 33/7 33/22 44/8 48/13 55/25
**though [3]** 5/21 42/9 58/6
**thought [3]** 9/11 30/14 57/1
**threats [2]** 24/25 39/23
**three [6]** 20/2 20/4 29/9 30/2 32/1 32/21
**through [16]** 8/5 8/8 8/9 8/16 8/18 9/2 26/15 31/4 31/9 32/5 39/10 50/7 56/5 56/18 57/16 57/22
**throughout [2]** 18/15 47/11
**Tierralta [2]** 22/23 35/14
**time [19]** 4/22 4/24 13/6 17/14 18/6 19/1 22/1 23/14 23/19 25/3 25/11 26/12 29/12 30/13 30/15 33/11 42/4 44/17 47/16
**times [8]** 29/10 31/15 32/25 33/7 33/11 33/16 33/19 33/21
**TISEEC [1]** 29/24
**title [1]** 22/13
**titled [1]** 58/14
**to 2001 [1]** 46/24
**today [14]** 3/16 3/24 4/22 6/9 6/19 9/11 29/6 29/17 49/7 52/21 54/1 55/18 56/14 56/16
**together [1]** 46/15
**told [3]** 23/1 23/9 23/23 55/24
**too [3]** 9/4 23/6 43/14
**took [2]** 25/23 28/17
**total [1]** 57/18
**touch [1]** 6/20
**transcript [3]** 1/9 1/25 58/13
**transcription [1]** 58/13
**translate [2]** 20/15 31/25
**translations [1]** 57/19
**traveling [1]** 14/19
**treaty [1]** 14/19
**trial [1]** 11/13
**true [3]** 13/24 49/8 52/18
**truth [10]** 13/12 18/14 18/20 18/22 26/14 30/19 31/20 33/24 41/19 43/2
**try [2]** 3/24 24/17
**trying [1]** 55/20
**turn [3]** 1/17 19/18 23/10
**turned [1]** 45/24
**two [20]** 3/16 4/11 4/21 5/3 5/4 26/25 27/4 28/4 29/1 29/9 30/1 35/19 42/14 45/11 51/24 56/15 57/2 57/13 57/22 57/23
**two-fold [1]** 42/14
**type [3]** 28/6 28/20 48/11

**U**

**U.S [5]** 1/12 1/21 32/5 32/8 54/16
**unable [1]** 55/22
**under [15]** 5/21 5/22 5/23 7/5 7/6 7/11 7/17 18/16 18/17 19/2 20/8 21/2 41/24 48/13 52/10
**undermine [1]** 26/21
**understand [7]** 9/1 20/2 20/21 21/1 30/18 46/2 46/21
**understanding [3]** 3/8 29/19 46/13
**understands [1]** 11/8
**undertook [2]** 30/6 30/6
**Unit [3]** 40/6 40/8 55/19
**UNITED [23]** 1/1 1/3 1/10 3/2 3/19 5/24 6/6 10/8 10/10 11/9 25/1 25/5 25/15 25/25 26/8 26/11 30/22 31/8 33/10 34/14 34/15 42/5 51/2
**unsealed [1]** 7/19
**until [4]** 4/24 10/24 11/19 11/20
**until 2012 [1]** 10/24
**unusual [1]** 20/15
**up [6]** 6/8 6/8 15/17 18/2 42/22 54/6

**upon [3]** 12/6 17/23 53/1
**Uraba [1]** 48/12
**Uribe [19]** 15/9 15/25 16/2 23/16 23/20 23/24 24/1 24/6 24/8 24/12 24/20 35/21 35/22 35/24 35/25 36/17 37/12 38/4 44/22
**Uribe's [2]** 23/14 24/4
**us [8]** 8/2 22/24 23/1 46/13 46/15 51/24 56/12
**usdoj.gov [1]** 1/15
**used [2]** 19/24 56/2
**useful [2]** 16/19 16/20

**V**

**V-E-R-S-I-O-N [1]** 20/13
**value [3]** 4/1 9/7 55/8
**various [2]** 26/10 44/5
**VELASQUEZ [13]** 2/4 3/20 4/8 4/13 9/14 9/19 10/4 39/15 48/15 48/24 51/9 52/4 53/23
**version [2]** 20/13 20/16
**Versiones [2]** 19/11 20/14
**versions [5]** 19/13 19/14 19/22 20/2 20/4
**versus [1]** 3/3
**very [22]** 21/24 22/19 28/13 29/4 30/17 31/8 34/23 35/6 36/7 36/19 38/2 46/12 47/2 48/18 50/18 51/9 51/25 53/4 55/4 55/6 56/25 57/2
**Vicente [1]** 13/19
**victims [1]** 19/4 19/8 41/19 55/2
**video [2]** 26/18 27/20
**Videotape [1]** 27/17
**volume [1]** 27/16

**W**

**want [4]** 20/18 30/12 39/10 44/11
**wanted [4]** 17/12 30/3 30/17 30/23
**war [1]** 45/17
**was [221]**
**Washington [3]** 1/4 1/14 1/22
**wasn't [1]** 37/9
**Watergate [3]** 37/19 37/19 37/20
**way [4]** 1/17 19/8 39/6 55/20
**we [62]**
**we'll [4]** 3/22 48/19 58/1 58/4
**we're [8]** 3/7 3/8 6/9 23/13 29/23 47/17 57/5 57/24
**Wednesday [2]** 4/24 5/13
**well [31]** 6/14 6/14 6/15 6/18 7/2 7/3 7/9 8/19 9/10 15/5 17/14 18/7 18/11 18/22 19/11 24/23 30/7 31/6 38/9 43/15 44/21 46/12 47/8 47/23 48/2 48/9 50/13 53/15 55/10 57/1 57/19
**well-known [3]** 6/14 6/15 7/2
**went [7]** 13/1 13/6 20/6 25/12 31/16 32/5 44/20
**were [83]**
**what [63]**
**what's [2]** 12/21 27/14
**whatever [2]** 42/5 42/8
**when [41]** 4/18 5/1 5/2 7/3 10/16 11/9 11/13 12/2 12/9 12/21 13/22 15/1 16/13 17/18 18/1 18/18 18/20 18/22 18/25 20/15 21/9 23/9 25/7 25/12 25/15 25/25 28/14 30/6 30/22 32/16 33/18 34/13 34/13 34/16 35/22 47/7 48/19 48/24 50/4 53/17 55/13
**whenever [2]** 17/22 18/1
**where [10]** 6/5 15/22 17/4 22/2 40/17 41/2 41/17 56/13 56/19 58/3
**whether [10]** 4/4 7/5 13/23 14/1 21/4 26/2 37/9 40/25 43/10 57/9
**which [19]** 6/11 7/12 8/4 12/10 18/5

**W**

**which... [14]** 18/16 18/17 18/17 19/6
19/20 20/14 27/4 27/12 28/6 37/25
43/14 43/23 51/12 53/1
**White [2]** 44/24 44/24
**who [38]** 4/6 4/8 4/9 9/8 13/13 15/7 15/7
15/13 16/12 17/15 21/18 22/8 22/22
23/14 25/19 26/12 30/7 31/8 31/12
31/16 33/12 34/21 35/13 35/19 35/20
35/25 36/14 36/16 37/11 39/15 39/18
42/20 44/20 44/20 48/7 49/24 51/24
56/24
**whom [2]** 25/18 40/23
**whose [1]** 35/11
**why [8]** 7/4 9/12 29/24 31/19 32/21
43/20 43/20 43/21
**wife [1]** 54/5
**will [31]** 3/9 3/15 3/19 3/23 4/13 4/21
4/23 5/10 5/10 6/20 6/21 7/14 7/23 8/5
8/10 9/8 10/3 17/22 17/23 18/9 18/18
18/18 19/1 26/2 38/5 38/6 42/4 42/11
44/11 45/16 57/10
**William [2]** 21/18 21/25
**wing [1]** 47/22
**wish [1]** 7/14
**with 2008 [1]** 25/3
**without [2]** 8/4 22/6
**witness [16]** 2/2 4/7 5/17 5/19 8/2 9/13
9/17 9/20 20/1 32/17 42/17 49/18 51/24
56/6 56/9 57/9
**witness's [1]** 38/10
**witnesses [25]** 3/12 3/15 3/16 3/18 4/11
6/5 6/17 6/19 6/20 9/4 9/6 9/23 9/24
25/20 53/8 53/19 55/25 55/25 56/2
56/14 56/14 56/16 57/3 57/12 57/13
**word [3]** 14/20 20/13 30/9
**words [2]** 23/9 34/8
**work [1]** 43/7
**worked [5]** 25/19 27/11 49/4 53/1 53/4
**working [1]** 27/9
**would [45]** 3/23 4/23 5/4 5/8 6/7 6/24
7/11 7/18 9/16 15/3 17/8 17/22 17/24
21/10 24/14 25/9 25/21 26/13 26/16
26/17 26/23 30/10 31/19 32/7 32/21
33/15 34/7 38/24 41/4 42/3 45/4 46/9
46/12 50/2 50/9 50/11 52/13 53/1 53/6
54/12 54/17 55/6 56/16 57/1 57/2
**wouldn't [4]** 9/12 27/4 33/9 39/22
**written [2]** 39/7 39/12

**Y**

**Yeah [2]** 51/22 56/23
**year [3]** 12/1 27/11 38/4
**years [8]** 19/1 33/8 37/19 41/24 42/4
46/24 47/6 53/2
**yes [99]**
**yesterday [1]** 55/8
**yet [1]** 50/7
**you [218]**
**you'll [1]** 7/4
**you're [5]** 29/16 29/19 30/18 43/2 43/5
**your [48]** 3/5 3/11 3/14 4/11 4/17 5/4 5/8
5/16 5/18 5/20 7/7 7/10 7/13 7/19 7/23
9/12 10/3 11/1 11/21 12/16 16/19 17/12
29/10 29/20 30/18 31/3 32/17 33/4
48/18 48/21 48/25 49/2 49/6 50/11
50/18 52/1 52/10 52/17 53/12 53/17
54/20 55/7 56/2 56/3 57/2 57/4 57/12
57/13
**yourself [2]** 7/21 31/1

**Z**

**Zapata [1]** 28/2