## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 02-388-02 (ESH) |
| | : | |
| | : | |
| SALVATORE MANCUSO-GOMEZ | : | |
|     a/k/a "El Mono," | : | |
|     a/k/a "Santander Lozada," | : | |
|        Defendant. | : | |
| | : | |

## MOTION TO UNSEAL PLEA AGREEMENT AND STATEMENT OF FACTS

Comes the United States, by and through its attorneys, and moves to unseal the plea agreement and statement of facts. The defendant does not object to the motion.

At the direction of the District Court, the parties have reviewed the sealed filings in the case, to include the plea agreement and statement of facts, to determine which documents should be unsealed. The parties agree that the plea agreement and statement of facts can be unsealed. Accordingly, the government moves to unseal the plea agreement and statement of facts. A separate motion and order will be filed later to address the remaining documents now under seal.

Respectfully submitted,

Arthur Wyatt, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

_____/s/_____
By: Paul W. Laymon, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

1

paul.laymon@usdoj.gov
202-330-1400

## CERTIFICATE OF SERVICE

A copy of this motion was mailed, via electronic mail, to counsel for defendant, Joaquin Perez, 6780 Coral Way, Miami, Florida, on April 29, 2015.   .

_____/s/_____
Paul W. Laymon