UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SALVATORE MANCUSO-GOMEZ,<br><br>Defendant. | Criminal No. 02-388-02 (ESH) |

## ORDER

The United States has moved to unseal the plea agreement and the statement of facts in support of defendant's plea of guilty as to Salvatore Mancuso-Gomez filed on October 14, 2008. The defendant does not object to the motion. For good cause shown, the plea agreement and statement of facts shall be unsealed. The Clerk of the Court is directed to make the plea agreement and statement of facts available for public viewing.

**SO ORDERED**.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   April 29, 2015