**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

vs.                                             **Case No. 02-388- Huvelle**

SALVATORE MANCUSO-GOMEZ

_____/

## **MOTION TO STRIKE**

COMES NOW, undersigned attorney, and files this Notice of Striking Document, Docket entry 190, which was incompletely filed via EM/ECF on behalf of Defendant.

WHEREFORE, undersigned attorney respectfully apologizes to the Court for the error and requests the previously filed document be stricken.

Respectfully submitted,

__/s/ *Joaquin Perez*__
Joaquin Perez, Esq.
Counsel for Defendant
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
Fl. Bar No.: 335339
jplaw1@bellsouth.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2015 , I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will sent a notice of electronic filing to all corresponding parties.

                                        /s/ Joaquin Perez
                                        JOAQUIN PEREZ