**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**     \| | |
|                                           \| | **Criminal No. 02-388-02 (ESH)** |
|    **v.**                               \| | |
| **SALVATORE MANCUSO GOMEZ**    \| | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO ENFORCE PLEA AGREEMENT**

Defendant, Salvatore Mancuso, by and through the undersigned attorney, moves this Court for the entry of an order extending until May 20, 2015, the time in which to file a reply to the Government's response to the Motion to Enforce Plea Agreement. In support thereof, Defendant will show:

    1. The motion to Enforce Plea Agreement was filed on April 21, 2015. (DE 143)

    2. The Government filed a reply on May 1, 2015. (DE 150)

    3. Defendant filed a Motion to continue the hearing on May 4, 2015. (DE 151)

    4. The Court rescheduled the hearing until June 10, 2015. (Entered 05/05/15)

    5. The undersigned has been working on the Response but is awaiting to receive information from Colombian sources to respond to the Government's Response to Defendant's Motion to Enforce Plea Agreement.

6. Defendant is requesting an extension to file until May 20, 2015.

7. Counsel has communicated with AUSA Paul Laymon, who has "no objection at all" to this request for an extension.

WHEREFORE, Defendant Mancuso prays for the entry of an Order extending until May 20, 2015 the filing of the Response to the Government's reply.

Respectfully submitted,

/s/ Joaquin Perez
JOAQUIN PEREZ
Florida Bar No. 335339
DC Bar No. 989889
6780 Coral Way
Miami, Florida 33155
Telephone: (305) 261-4000
Facsimile: (305) 662-8715
jplaw1@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed this 15th day of May, 2015 and an electronic copy was sent to AUSA Paul Laymon, US Department of Justice.

/ s / **Joaquin Perez**