**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**
**:**
**v. : Criminal No. 02-388-02 (ESH)**
**:**
**:**
**SALVATORE MANCUSO-GOMEZ :**
**a/k/a "El Mono," :**
**a/k/a "Santander Lozada," :**
**Defendant. :**
**:**

**NOTICE CONCERNING DISPOSITION OF CASES OF EXTRADITED DEFENDANTS**

Comes the United States, by and through Arthur Wyatt, Chief, Narcotic and Dangerous Drug Section, and provides the District Court with this notice concerning the disposition of cases involving the other defendants extradited from Colombia to the United States with defendant Salvatore Mancuso-Gomez.

On May 13, 2008, the defendant Mancuso-Gomez was extradited from Colombia to the United States. The following defendants were extradited to the United States on the same day:

1. Rodrigo Tovar-Pupo, a/k/a "Jorge 40"
2. Hernan Giraldo-Serna
3. Ramiro Vanoy-Murillo, a/k/a "Cuco Vanoy"
4. Diego Fernando Murillo-Bejarano, a/k/a "Don Berna"
5. Francisco Zuluaga-Lindo, a/k/a "Gordo Lindo"
6. Guillermo Perez-Alzate
7. Diego Alberto Ruiz-Arroyave
8. Nodier Giraldo-Giraldo
9. Martin Peneranda-Osorio
10. Eduardo Enrique Vengoechea-Mola
11. Edwing Mauricio Gomez-Luna, and
12. Juan Carlos Sierra-Ramirez[i].

The first three listed defendants above, that is, Tovar-Pupo, Giraldo-Serna, and

Vanoy-Murillo, were paramilitary AUC commanders who were subordinate to Mancuso. These three defendants, like Mancuso, all led armed groups and controlled drug trafficking territory in Colombia, however all three reported to the ruling committee of the AUC which included the two Castano brothers and Mancuso. The fourth listed defendant, Murillo-Bejarano, was a key leader in the AUC who effectively served as the influential inspector general for the ruling committee. Tovar-Pupo and Giraldo-Serna were charged in the District of Columbia with drug trafficking, have plead guilty here, but have not been sentenced. Vanoy-Murilla was charged in the Southern District of Florida, plead guilty to drug trafficking, and on October 15, 2008 was sentenced to 293 months (case number 99-06153). Murillo-Bejarano, the inspector general, was charged in the Southern District of New York, plead guilty to drug trafficking, and on April 22, 2009 was sentenced to 375 months (case number 03-01188).

The fifth defendant, Zuluaga-Lindo, was linked to the AUC but was not a commander or key AUC leader. Instead, Lindo was a major drug trafficker who was indicted in the Southern District of Florida, plead guilty to drug trafficking, and on October 15, 2008 was sentenced to 262 months (case number 99-06153). On June 27, 2011 his sentence was reduced to 174 months pursuant to Rule 35, F.R.Cr.P.

The sixth defendant, Perez-Alzate, was charged in the Middle District of Florida with drug trafficking (case number 8:02-cr-00482). Alzate was linked to the AUC's Central Bolivar Bloque. He plead guilty to drug trafficking and on August 18, 2009 was sentenced to 210 months.

The seventh defendant, Ruiz-Arroyave, was charged in the Southern District of Texas with material support (case number 02-714). He plead guilty to providing material support to the AUC.

He was accused of attempting to acquire Russian made anti-aircraft missiles and other weapons in exchange for cocaine. On June 1, 2009, Ruiz-Arroyave was sentenced to 90 months.

Defendants 8 through 12 were charged in the District of Columbia with drug trafficking. None was an AUC commander. Defendants 8 through 11, that is, Giraldo-Giraldo, Peneranda, Vengoechea, and Gomez-Luna, were all linked to the AUC, as all four worked for Hernan Giraldo-Serna and were subordinate to Giraldo-Serna, the second listed defendant. The Court is aware of the defendant listed at 12 and his situation will not be further discussed in this notice.

Respectfully submitted,

Arthur Wyatt, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

________/s/___________________
By: Paul W. Laymon, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
paul.laymon@usdoj.gov
202-330-1400

**CERTIFICATE OF SERVICE**

A copy of this motion was mailed, via electronic mail, to counsel for defendant, Joaquin Perez, 6780 Coral Way, Miami, Florida, on June 19, 2015. .

______/s/_______________
Paul W. Laymon

---

[i] Carlos Mario Jiminez-Naranjo, a/k/a "Macaco," was extradited from Colombia to the United States a few days before May 13, 2008. Jiminez-Macaco was the commander of the AUC's Bolivar Bloque. In 2010 he pleaded guilty in the District of Columbia and the SDFL to drug trafficking. The two cases were consolidated for sentencing in the SDFL and on May 9, 2011 he was sentenced to 396 months (33 years). Manuel Enrique Torregrosa-Castro, a/k/a

"Chang," was extradited from Colombia to the United States and arrived on or about May 15, 2008. He was charged in the MDFL with drug trafficking (case number 5:07-cr-19-Oc-10GRJ.) Torregrosa supplied cocaine to a variety of clients. He was not an AUC commander, but was believed to be linked to the AUC's North Bloque. The government filed a 5K1.1 motion , which the court granted. On July 22, 2010, Torregrosa was sentenced to 130 months.