UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 02-388-02 (ESH) |
| | : | |
| | : | |
| SALVATORE MANCUSO-GOMEZ | : | |
|   a/k/a "El Mono," | : | |
|   a/k/a "Santander Lozada," | : | |
|     Defendant. | : | |
| | : | |

## GOVERNMENT'S REPLY TO RESPONSE CONCERNING DISPOSTION OF EXTRADITED DEFENDANTS

Comes the United States and replies to the response filed on June 29, 2015 (ECF 218).

Defendant's response is full of errors. The most egregious errors are in paragraph five of the response, the "defendant characteristics" contained in the chart on pages 2 through 4, and the conclusion. The defendant claims that the 10 defendant chart is a "Table of AUC Commanders" and concludes that the 10 defendants are "similarly situated AUC block commanders." Eight of the ten were not AUC commanders, and none (possibly excepting Ramiro Vanoy) are similarly situated to Mancuso.

Juan Carlos Sierra Ramirez was a prolific drug trafficker connected to the AUC, but he was not an AUC commander.

Nodier Giraldo Giraldo was a tax collector, the nephew of AUC commander Hernan Giraldo Serna, who himself was subordinate to Mancuso. Giraldo Giraldo was not an AUC commander, but served as the liaison between his uncle and another AUC commander who took over the uncle's territory. It was Mancuso who brokered the deal that made it possible for this other AUC

1

commander to take over Giraldo Sernan's territory.

Carlos Mario Aguilar Echeverri, a/k/a "Rogelio," was apparently a drug trafficker from Medellin who worked for the infamous Colombian drug lord Diego Fernando Murillo Bejarno, a/k/a "Don Berna." Don Berna is known in Colombia as the drug trafficker who opposed Pablo Escobar and betrayed Escobar to the Colombian police. Later, Don Berna became associated with the AUC and purchased control of an AUC bloque. Echeverri apparently worked for and was subordinate to Don Berna. The undersigned does not know Echeverri's sentence.

Eduardo Vengochea Mola worked for AUC commander Giraldo Serna and was subordinate to Giraldo Serna. Vengoechea was not an AUC commander.

Martin Peneranda Osorio worked for AUC commander Giraldo Sernan and was subordinate to Giraldo Serna. Peneranda was not an AUC commander.

Edwin Mauricio Gomez Luna worked for AUC commander Giraldo Serna and was subordinate to Giraldo Serna. Gomez Luna ran go fast boats. He was not an AUC commander.

Diego Alberto Ruiz Arroyave plead guilty to material support. He was connected to the AUC though it is not clear what his precise role was other than arms trafficker.

Guillermo Perez Alzate appears to have been a commander of an AUC block. He was sentenced to 210 months in the Middle District of Florida.

Javier Lindo Zuluaga, a/k/a "Gordo Lindo," was a prolific drug trafficker connected to the AUC but he was not an AUC commander. He was sentenced in the Southern District of Florida to 260 months, and later his sentence was reduced to 177 months.

Lastly, Ramiro Vanoy was an AUC commander, arguably the most similarly situated to Mancuso. He was sentenced in the Southern District of Florida to 293 months.

          Respectfully submitted,

          Arthur Wyatt
          Chief
          Narcotic and Dangerous Drug Section
          Criminal Division
          United States Department of Justice

          _____/s/_____
          By: Paul W. Laymon, Trial Attorney
          Narcotic and Dangerous Drug Section
          Criminal Division
          U.S. Department of Justice
          paul.laymon@usdoj.gov
          202-330-1400

**CERTIFICATE OF SERVICE**

On June 29, 2015, the government provided a copy of this reply via email to Joaquin Perez, 6780 Coral Way, Miami, Florida.

          _____/s/_____
          Paul W. Laymon