*J. E. Hernandez P.*
*Official Translator: Res. No. 1156 / Jul.21, 2003-Min-justicia de la Republica de Colombia*
*Cr.32B No.10-99 Apt.136 Medellin- Colombia, Cell: (57)316-3029617 / 300-792-1002*
**Please verify validity of this translation at:** hjorgeenrique@yahoo.com **or** hjorgeenrique@gmail.com

**AFFIDAVIT**

I am Jorge E. Hernandez-Parada, official translator and interpreter duly certified by Reg. 1156 of July 21, 2003 issued by the Colombian Ministry of the Interior and Justice. I have truly impartially translated **MR. NODIER GIRALDO-GIRALDO AND MR. MARTIN PEÑARANDA-OSORIO'S DEMOBILIZATION AFFIDAVITS** originally written in Spanish. **The translations are exact translations of the copy attached**. The translation in English and the Spanish version are attached hereto.

**Medellin, June 29, 2015**

JORGE E. HERNANDEZ P.
TRADUCTOR E INTERPRETE OFICIAL
INGLES - ESPAÑOL - INGLES
RESOLUCION No. 1156 MiN. JUSTICIA

Jorge e. Hernandez p.

I.D. Card no.3.181.101 Suba, Cund.

Official translator and interpreter

Colombian Ministry of the Interior and Justice

Reg. 1156 of July 21, 2003

*J. E. Hernandez P.*
*Official Translator: Res. No. 1156 / Jul.21, 2003-Min-justicia de la Republica de Colombia*
*Cr.32B No.10-99 Apt.136 Medellin- Colombia, Cell: (57)316-3029617 / 300-792-1002*
**Please verify validity of this translation at: <u>hjorgeenrique@yahoo.com</u> or <u>hjorgeenrique@gmail.com</u>**

## Republic of Colombia

## Superior court of judicial district of Bogotá D.C.

## Presidency

## Agreement no.026

Proceedings by which Mr. Jorge Enrique Hernandez-Parada is sworn in as an official translator and interpreter of the English, Spanish languages.

In Bogotá this 14th day of October 2003, Mr. Jorge Enrique Hernandez-Parada, bearer of national id card no.3, 181,101 issued in Suba, personally appeared before the president of Bogotá supreme court in order to take the mandatory oath corresponding to his post of official translator and interpreter of the English, Spanish languages granted by resolution no. 1156 of July 21, 2003, issued by the ministry of the interior and justice of the Republic of Colombia. The president swore him in and under oath he promised to fulfill all the duties corresponding to his post. It was subscribed by all parties in it. It was ordered that a copy be issued to Jorge Enrique Hernandez-Parada to certify for his qualifications as an official translator and interpreter.

Signed by

Ricardo Zopo-Mendez, president

Jorge Enrique Hernandez-Parada, party sworn-in

Jose liberal Osuna-Santiago, secretary.

JORGE E. HERNANDEZ P.
TRADUCTOR E INTERPRETE OFICIAL
INGLES · ESPAÑOL · INGLES
RESOLUCION No. 1156 MIN. JUSTICIA

REPUBLICA DE COLOMBIA



## TRIBUNAL SUPERIOR DEL DISTRITO JUDICIAL
### DE BOGOTA D.C.
### PRESIDENCIA

ACUERDO NRO. 026

DILIGENCIA DE POSESIÓN DEL SEÑOR **JORGE ENRIQUE HERNÁNDEZ PARADA** COMO TRADUCTOR E INTÉRPRETE OFICIAL DE LOS IDIOMAS ESPAÑOL- INGLES– INGLES-ESPAÑOL.

EN BOGOTÁ D.C., A CATORCE (14) DE OCTUBRE DEL AÑO DOS MIL TRES (2003), COMPARECIÓ AL DESPACHO DEL SEÑOR PRESIDENTE DEL TRIBUNAL SUPERIOR DE BOGOTÁ EL SEÑOR JORGE ENRIQUE HERNÁNDEZ PARADA IDENTIFICADO CON CÉDULA DE CIUDADANÍA No. 3.181.101 DE SUBA, CON EL FIN DE TOMAR POSESIÓN DEL CARGO DE TRADUCTOR E **INTÉRPRETE OFICIAL** DE LOS IDIOMAS ESPAÑOL-INGLES- INGLES- ESPAÑOL, PARA EL CUAL FUE ADMITIDO MEDIANTE RESOLUCION No. 1156 DEL VEINTIUNO (21) DE JULIO DE DOS MIL TRES (2003), EMANADO DEL MINISTERIO DEL INTERIOR Y DE JUSTICIA.

PARA TAL EFECTO EL SEÑOR PRESIDENTE DE LA CORPORACIÓN LE RECIBIÓ EL JURAMENTO DE RIGOR, POR CUYA GRAVEDAD PROMETIÓ CUMPLIR BIEN Y FIELMENTE CON SUS DEBERES.

SE FIRMA POR QUIENES EN LA DILIGENCIA INTERVINIERON, HACIENDO CONSTAR QUE LA COPIA QUE SE LE EXPIDE · AL INTERESADO LE ACREDITA SU CALIDAD DE TRADUCTOR E INTÉRPRETE OFICIAL.

---
RICARDO ZOPO MÉNDEZ
PRESIDENTE

---
JORGE ENRIQUE HERNÁNDEZ PARADA
POSESIONADO

---
JOSÉ LIBERAL OSUNA SANTIAGO
SECRETARIO

*J. E. Hernandez P.*
*Official Translator: Res. No. 1156 / Jul.21, 2003-Min-justicia de la Republica de Colombia*
*Cr.32B No.10-99 Apt.136 Medellin- Colombia, Cell: (57)316-3029617 / 300-792-1002*
Please verify validity of this translation at: hjorgeenrique@yahoo.com or hjorgeenrique@gmail.com

### REPUBLIC OF COLOMBIA

### PROVINCE OF CESAR

### PAILITAS TONWSHIP

### SEAL OF PAILITAS TOWN HALL

### THE UNDERSIGNED POLICE INSPECTOR

### CERTIFIES THAT:

At 10:50 a.m. on this 27th day of June 2015, Mr. MARTIN PEÑARANDA-OSORIO bearer of Colombian ID card No. 12.540.910 issued in Santa Marta, Cesar appeared before the Police inspector of this office and stated under oath to the Honorable Judge HELLEN S. HUVELLE of the District of Colombia, USA, that: "I was free, I joined the peace process of the AUC (In Spanish) Autodefensas Unidas de Colombia) United Colombian Self-defense Groups and the Colombian government. I demobilized from Bloque or Frente Resisencia de Tayrona (Block or front) of the AUC on February 3, 2006.

For our demobilization in accordance with Executive Resolution 08 of 2006 issued by the President of the Republic of Colombia creating a concentration zone or a temporary location in the Village of Vereda Quebrada del Sol in the Municipality of Santa Marta, Province of Magdalena based on Article 3 of Law 782 of 2002 which grants the National Government the faculty to agree on a temporary location for members of outlawed armed groups to conduct peace talks in determined precise zones in the territory of Colombia. The security of the zone was under the responsibility of the Government's armed forces and the State and Colombian law of rule had full effect.

The government of Colombia ordered a police record check for all the demobilized combatants to verify if we had pending arrest warrants, and if we did we were left in concentration or temporary location zones.

On that February 3, 2006 when I demobilized, I was notified that there was a warrant out for my arrest and the aim was extradition to the United States of America, so that day I was sent to a conventional jail in the town of La Ceja, Antioquia until October 12, 2006. I was placed under the custody and protection of the government in a location or concentration zone in the village of "El Mamey, Machete Pelao", Magdalena.

JORGE E. HERNANDEZ P.
TRADUCTOR E INTERPRETE OFICIAL
INGLES - ESPAÑOL - INGLES
RESOLUCION No. 1156 MIN. JUSTICIA

J. E. Hernandez P.
Official Translator: Res. No. 1156 / Jul.21, 2003-Min-justicia de la Republica de Colombia
Cr.32B No.10-99 Apt.136 Medellin- Colombia, Cell: (57)316-3029617 / 300-792-1002
Please verify validity of this translation at: hjorgeenrique@yahoo.com or hjorgeenrique@gmail.com

### REPUBLIC OF COLOMBIA

### PROVINCE OF CESAR

### PAILITAS TONWSHIP

### SEAL OF PAILITAS TOWN HALL

Therefore, it is not correct to say that I was under arrest when I demobilized, or that I was in a conventional jail since I demobilized until I was transferred to the jail in La Ceja, Antioquia.

This sworn statement is issued upon the declarant's request, plea and insistence, and it shall have all the effects set forth in the law. It is made up of one file, and it was signed by the parties hereto.

Sincerely,

MARTIN PEÑARANDA-OSORIO (signed)

Colombian ID card No. 12.540.910 issued in Santa Marta, Cesar

Under the hand of:

Jose Mario Meneses-Duarte, Police Inspector

Translator's Note:

At the bottom of the original documents there is a Lemma that reads:

PROSPERITY AND OPPORTUNITIES FOR ALL

And it has the contact information for the office.

JORGE E. HERNANDEZ P.
TRADUCTOR E INTERPRETE OFICIAL
INGLES - ESPAÑOL - INGLES
RESOLUCION No. 1156 MIN. JUSTICIA

1 of 4

*REPÚBLICA DE COLOMBIA*
*DEPARTAMENTO DEL CESAR*
*MUNICIPIO DE PAILITAS*



ALCALDIA MUNICIPAL DE PAILITAS

## EL SUSCRITO INSPECTOR DE POLICIA

### CERTIFICA QUE:

El día de hoy veintisiete (27) de Junio de 2015, ante el suscrito Inspector Central de Policía de Pailitas – Cesar, siendo las 10:50 a.m. se presentó a este despacho el señor **MARTIN PEÑARANDA OSORIO**, identificado con C.C. No. 12.540.910 de Santa Marta, Cesar, quien manifestó bajo la gravedad de juramento a la Honorable Juez **HELLEN. S. HUVELLE** del Distrito de Columbia en Estados Unidos, que estando en total libertad me vincule al proceso de Paz que adelantaron las Autodefensas Unidas de Colombia con el Gobierno Nacional; me desmovilicé del Bloque o Frente Resistencia Tayrona de las AUC el día 3 de Febrero de 2006.

Para nuestra desmovilización, mediante la Resolución Ejecutiva 08 de 2006, el Presidente de la República de Colombia creó la **ZONA DE CONCENTRACIÓN O UBICACIÓN TEMPORAL** ubicada en la Vereda Quebrada el Sol del municipio Santa Marta, departamento del Magdalena, amparado en el artículo $3^0$ de la Ley 782 de 2002 que faculta al Gobierno Nacional para acordar la ubicación temporal de miembros de grupos armados al margen de la ley con los que se adelanten negociaciones de paz, en precisas y determinadas zonas del territorio nacional. La seguridad de la zona de concentración estuvo bajo la responsabilidad de la Fuerza Pública y mantuvo plena vigencia el Estado y el ordenamiento legal colombiano.

El Gobierno de Colombia a cada uno de los desmovilizados nos hacía revisar el pasado judicial para verificar si teníamos orden de captura, y los que teníamos orden de captura nos iban dejando en las zonas de concentración o ubicación temporal.

Ese día 3 de Febrero de 2006 que me desmovilice me notificaron que tenía orden de captura con fines de extradición hacia Los Estados Unidos, por lo que desde ese día hasta el 12 de Octubre de 2006 que me trasladaron a una cárcel convencional en la Ceja, Antioquia, estuve bajo la custodia y protección del Estado dentro de la zona de ubicación o concentración de la vereda "El Mamey, Machete Pelao", Magdalena.



### REPUBLICA DE COLOMBIA
### DEPARTAMENTO DEL CESAR
### MUNICIPIO DE PAILITAS



ALCALDIA MUNICIPAL DE PAILITAS

Por ello no es correcto decir que yo estaba privado de la libertad cuando me desmovilice o decir que estaba en una cárcel convencional desde que me desmovilice hasta que fui traslado a la cárcel de la ceja, Antioquia.

Esta declaración se hace por solicitud, ruego e insistencia del declarante y tendrá los efectos previstos en la ley. Consta de un folio.    Se firma por los que en ella intervienen

Sinceramente,


MARTIN PEÑARANDA OSORIO
C.C. No.


JOSE MARIO MENESES DUARTE
INSPECTOR CENTRAL DE POLCIA

*J. E. Hernandez P.*
*Official Translator: Res. No. 1156 / Jul.21, 2003-Min-justicia de la Republica de Colombia*
*Cr.32B No.10-99 Apt.136 Medellin- Colombia, Cell: (57)316-3029617 / 300-792-1002*
**Please verify validity of this translation at:** hjorgeenrique@yahoo.com **or** hjorgeenrique@gmail.com

## AFFIDAVIT

I, NODIER GIRALDO-GIRALDO, bearer of the ID card No. written next to my signature at the end of this document, hereby certify under oath to the Honorable Judge HELLEN S. HUVELLE of the District of Colombia in the United States of America that being totally free I was free, I joined the peace process of the AUC (In Spanish) Autodefensas Unidas de Colombia) United Colombian Self-defense Groups and the Colombian government. I demobilized from Bloque or Frente Resisencia de Tayrona (Block or front) of the AUC on February 3, 2006.

For our demobilization and pursuant to Executive Resolution 08 of 2006, the President of the Republic of Colombia created a concentration zone or a temporary location in the Village of Vereda Quebrada del Sol in the Municipality of Santa Marta, Province of Magdalena based on Article 3 of Law 782 of 2002 which grants the National Government the faculty to agree on a temporary location for members of outlawed armed groups to conduct peace talks in determined precise zones in the territory of Colombia. The security of the zone was under the responsibility of the Government's armed forces and the State and Colombian law of rule had full effect.

The government of Colombia ordered a police record check for all the demobilized combatants to verify if we had pending arrest warrants, and if we did we were left in concentration or temporary location zones.

On that February 3, 2006 when I demobilized, I was notified that there was a warrant out for my arrest and the aim was extradition to the United States of America, so that day I was sent to a conventional jail in the town of La Ceja, Antioquia until October 12, 2006. I was placed under the custody and protection of the government in a location or concentration zone in the village of Quebradad del Sol.

Therefore, it is not correct to say that I was under arrest when I demobilized, or that I was in a conventional jail since I demobilized until I was transferred to the jail in La Ceja, Antioquia.

Sincerely,

NODIER GIRALDO-GIRALDO

ID card No. 7.603.349

This document was given on Bogota, June 27, 2015

JORGE E. HERNANDEZ P.
TRADUCTOR E INTERPRETE OFICIAL
INGLES - ESPAÑOL - INGLES
RESOLUCION No. 1156 MIN. JUSTICIA

CERTIFICACIÓN

Yo **NODIER GIRALDO GIRALDO**, identificado como aparece al pie de mi firma, certifico bajo la gravedad de juramento a la Honorable Juez **HELLEN. S. HUVELLE** del Distrito de Columbia en Estados Unidos, que estando en total libertad me vincule al proceso de Paz que adelantaron las Autodefensas Unidas de Colombia con el Gobierno Nacional, que me desmovilicé estando en libertad del Bloque o Frente Resistencia Tayronade las AUC el día 3 de febrero de 2006.

Para nuestra desmovilización, mediante la Resolución Ejecutiva 08 de 2006, el Presidente de la República de Colombia creó la **ZONA DE CONCENTRACIÓN O UBICACIÓN TEMPORAL** ubicada en la Vereda Quebrada el Sol del municipio Santa Marta, departamento del Magdalena, amparado en el artículo $3^0$ de la Ley 782 de 2002 que faculta al Gobierno Nacional para acordar la ubicación temporal de miembros de grupos armados al margen de la ley con los que se adelanten negociaciones de paz, en precisas y determinadas zonas del territorio nacional. La seguridad de la zona de concentración estuvo bajo la responsabilidad de la Fuerza Pública y mantuvo plena vigencia el Estado y el ordenamiento legal colombiano.

El Gobierno de Colombia a cada uno de los desmovilizados nos hacía revisar el pasado judicial para verificar si teníamos orden de captura, y los que teníamos orden de captura nos iban dejando en las zonas de concentración o ubicación temporal.

Ese día 3 de febrero de 2006 que me desmovilice me notificaron que tenía orden de captura con fines de extradición hacia Los Estados Unidos, por lo que desde ese día hasta el 12 de octubre de 2006 que me trasladaron a una cárcel convencional en la Ceja, Antioquia, estuve bajo la custodia y protección del Estado dentro de la zona de ubicación o concentración de la vereda Quebrada el Sol.

Por ello no es correcto decir que yo estaba privado de la libertad cuando me desmovilice o decir que estaba en una cárcel convencional desde que me desmovilice hasta que fui traslado a la cárcel de la ceja, Antioquia.

Sinceramente,

*Nodier Giraldo G*

NODIER GIRALDO GIRALDO

c.c. 7.603.349

Bogotá, Junio 27 de 2015.