# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 02-388-02 (ESH) |
| SALVATORE MANCUSO GOMEZ | |

## Surreply to Government's Reply

Defendant Salvatore Mancuso files his reply to the Government's response filed on June 29, 2015 (DE 220).

1. Juan Sierra Ramirez – The government fails to recognize that, without the assistance of Mr. Sierra Ramirez's drug trafficking prowess, the AUC would not have had the requisite financing to conduct their activities. Additionally, the government continues to shy away from the fact that Mr. Sierra Ramirez stands as a codefendant with Mr. Mancuso in the same indictment. The government seems blind to the fact that the indictment alleged a narcotics trafficking conspiracy and not guilt or responsibility for a geo-political struggle in Colombia. Today, Mr. Sierra is free in the United States.

2. Nodier Giraldo Giraldo – Again, the significance of Mr. Giraldo, as with other defendants, is diluted by the government. Calling Mr. Giraldo a mere "tax collector" is akin to describing Hitler as a corporal. Mr. Giraldo in essence commanded the AUC bloque related to his uncle Hernan Giraldo. The Honorable Reggie B. Walton is currently holding hearings wherein human rights organizations are voicing the abuses alleged to the bloque run by Mr. Giraldo.

- More significantly, Nodier Giraldo ran this bloque so well, that Rodrigo Tovar Pupo the commander of the bloque that took over the region elected to keep him and his subordinates in place.
- Today, Mr. Giraldo is in Colombia after recently receiving a "time-served" sentence before Judge Walton, the equivalent of a 10-year sentence.

3. Carlos Mario Aguilar Echeverri, a.k.a. "Rogelio" – This defendant was pivotal to the AUC bloque of "Don Berna" as well as a prolific drug trafficker. More importantly, after Don Berna was extradited, he headed a group of paid assasins that formed the so called Envigado office.

- Today Rogelio is detained at an ICE detention center pending removal and deportation back to Colombia.

4. Eduardo Vengochea / Martin Peneranda Osorio / Edwin Gomez Luna – These defendants were, like defendant Nodier Giraldo, pivotal in the transfer of power from one AUC bloque to another on the North Coast of Colombia. Admittedly, they were not commanders of the bloque, but each held command of troops and control of regions that collected taxes and distributed cocaine to the United States in vast quantities.

5. Javier Lindo Zuluaga, a.k.a. "Gordo Lindo" – was a drug trafficker turned paramilitary. He was responsible for the purchase of 8000 AK-47's that were smuggled to Colombia from Bulgaria. The government permitted defendant Lindo to plead to a Level 38, Aggravating Role +2, and Acceptance of Responsibility -3. The resulting offense level of 37 yielded a Guideline Range of 210-262. This sentence was further reduced to 174 months.

6. Ramiro Murillo Vanoy, (a.k.a. "Cuco Vanoy") – This defendant was an AUC commander and one of the founding members of the AUC and "El Bloque Minero" During the period of 1994-2006, defendant Vanoy was responsible for the transit

of over 200,000 kilos of cocaine with intent to import to the United States. The government permitted defendant Vanoy to plead to a Level 38 with a 3 level role enhancement yielding a Guideline Range of 235-293. On October 15, 2008 he was sentenced to 293 months confinement. He is expected to receive at least a 33% to 50% reduction. In an effort to avoid the truth, the government has not bothered to contact either the prosecutor or AUSA Frank Tamen and/or his attorney, Paul Donnelly regarding Defendant Vanoy's expectation to receive a Rule 35 reduction.

**Respectfully submitted,**

*/s/ Joaquin Perez*

Joaquin Perez, Esq.
6780 Coral Way
Miami, FL  33155
Tel: (305) 261-4000
Fax: (305) 662-4067
DC Bar No. 89889
jplaw1@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 29 th day of June, 2015 and an electronic copy was sent to AUSA, Paul Laymon.

*/s/ Joaquin Perez*