# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Criminal Case No. 1:02-CR-00388-ESH-2** |
| | : | |
| **SALVATORE MANCUSO GOMEZ** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

COMES NOW OSCAR ARROYAVE, who files this appearance as co-counsel of record for the above named defendant.  Counsel agrees to represent the defendant for all proceedings currently pending in the United States District Court for the District of Columbia.

Respectfully submitted,

Law Offices of Oscar Arroyave, P.A.
2937 SW 27th Avenue, Suite 206
Coconut Grove, Florida 33133
(305)444-0022; Fax: (305)442-7279
Arroyavelaw@gmail.com


BY    *s/ Oscar Arroyave*
  OSCAR ARROYAVE, ESQ.
  District of Columbia Bar No. MI0064

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with

the Clerk of Court via CM/ECF this 11 day of December, 2015, and served on all counsel of record

via Notice of Electronic Filing.


BY:    _____*s/ Oscar Arroyave*_____
OSCAR ARROYAVE, ESQ.
District of Columbia Bar No. MI0064